UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manhattan Telecommunications Corp., d/b/a Metropolitan Telecommunications, a/k/a MetTel<br>44 Wall Street<br>6th Floor<br>New York, NY 10005<br><br>*Plaintiff,*<br><br>v.<br><br>GLOBAL NAPS, INC.,<br><br>*Defendant* | 08 –CIV-3829 (Judge Rakoff)<br><br><br>7.1 CORPORATE DISCLOSURE<br><br>STATEMENT |

Joel Davidow (JD-4500)
KILE GOEKJIAN REED & MCMANUS, PLLC
1200 New Hampshire Avenue NW
Suite 570
Washington, DC 20036
(202) 263-0806

William J. Rooney, Jr. (WR-8317)
Jeffrey C. Melick (JM-1686)
89 Access Road, Suite B
Norwood, MA 02062
(781) 551-9956

*Counsel for Defendant*

## Rule 7.1 Corporate Disclosure Statement By Defendant

Defendant, GLOBAL NAPS, INC., certifies that it is wholly owned by FERROUS MINER HOLDINGS, LTD, a Delaware corporation, and that no publicly held entity owns, directly or indirectly, a 10 percent or more interest in Defendant or the parent of Defendant.

Respectfully submitted,

Joel Davidow (JD-4500)
KILE GOEKJIAN REED & MCMANUS, PLLC
1200 New Hampshire Avenue NW
Suite 570
Washington, DC 20036
(202) 263-0806

2