**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Manhattan Telecommunications Corp.,                    Index No.:  08 Civ 3829
d/b/a Metropolitan Telecommunications,                                    (JSR)
a/k/a MetTel
44 Wall Street, 6th Floor,
New York, NY  10005

                Plaintiff                                    MOTION FOR
     v.                                                              SUMMARY JUDGMENT

Global Naps, Inc,

               Defendant.
-------------------------------------------------------------

      PLEASE TAKE NOTICE, that upon the annexed affidavit of David Aronow,

dated August 6, 2008 the accompanying memorandum of law, and the pleadings served

and filed in this matter, the Plaintiff shall move the court on October 10, 2008 pursuant to

Rule 56 for an order granting summary judgment to plaintiff for relief requested in the

complaint based on the file rate doctrine.

Dated: New York, New York
August 6, 2008

                                 Yours, etc.

                                 David Aronow, Esq. (DA 2026)
                                 President and Counsel
                                 MetTel
                                 44 Wall Street, 6th Floor
                                 New York, New York 10005
                                 (212) 607-2003

To
Joel Davidow, Esq.  (JD-4500)
Kile Goekijan Ree & McManus, PLLC
Attorney for defendant

1200 New Hampshire Avenue NW
Suite 570
Washington, DC 20036
(202) 263-0806