**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

Manhattan Telecommunications Corp.,                    Index No.:  08 Civ 3829
d/b/a Metropolitan Telecommunications,                                    (JSR)
a/k/a MetTel
44 Wall Street, 6th Floor,
New York, NY  10005

        Plaintiff                                   AFFIDAVIT
                                                                      IN SUPPORT OF
   v.                                                        SUMMARY JUDGMENT

Global Naps, Inc,

        Defendant.
----------------------------------------------------------X


STATE OF NEW YORK
                                       ss:
COUNTY OF NEW YORK


DAVID ARONOW, being duly sworn deposes and says:

      1.    I am the president of Manhattan Telecommunications Corporation,

d/b/a MetTel. I formed MetTel in 1996. MetTel received licensing first in New York

from the New York Public Service Commission in 1996. Thereafter, MetTel received

licensing from every state in the continental United States. At all relevant times

MetTel has been licensed in all the states and jurisdictions relevant in this case.

      2.    Relevant to this matter, MetTel has filed federal and state tariffs

covering the services provided to Global Naps, namely, charges for interstate and

intrastate access and local interconnection. Relevant portions are attached. See Exhibit A.

3.    Attached to the complaint, I annexed a spreadsheet summary of outstanding bills due to MetTel from Global Naps which came to $269,835.29 as of March 2008 bills. In Its amended answer at paragraph 17, Global Naps admits that it received MetTel's bills and refused to pay them. Global Naps expressly states in its answer that it does not believe that "plaintiff's access charges invoiced to defendant are consistent with federal law governing how much and to whom intercarrier compensation is owed for defendant's traffic."

4.    Moreover, some time ago, Global Naps sent a letter saying it would not pay MetTel's invoices because it claimed the traffic was "information access traffic" and therefore, under their interpretation of law they would not pay. Global raised no other objection of any kind. See Exhibit B.

5.    Accordingly, based on the facts and relevant law of this case, it appears that there is no genuine dispute about any material fact. Global Naps acknowledges that it receives payment from third parties to carry and deliver traffic to local carriers that terminate voice traffic although, to date, it won't disclose how much it is receiving.  On the other hand, Global Naps refuses to pay for termination of traffic which is the ordinary and proper cost of doing business. It cannot be disputed that once Global Naps hands off calls to MetTel the form of traffic is traditional voice telephony. Global Naps raises a legal defense to payment and I

respectfully submit that the Court may decide the legal issue and enter judgment in

MetTel's favor based on the law outlined in the accompanying memorandum of law.

_____
DAVID ARONOW

Sworn before me this
6th day of August, 2008

_____
Notary Public

ANDONI ECONOMOU
Notary Public, State of New York
No. 02EC5080357
Qualified in New York County
Commission Expires July 31, 2009

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Preface
Original Page No. 1

**MANHATTAN TELECOMMUNICATIONS CORPORATION**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

ACCESS SERVICES

REGULATIONS, RATES AND  SCHEDULE OF INTERSTATE CHARGES

Applying To The Provision of Access Services Outside a
Local Access and Transport Area ( LATA )
for Connection to Interstate Communications Facilities
For Customers Within the Operating Territory of
Manhattan Telecommunications Corporation
d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel

Issued:  June 16, 2006                                                                    Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Preface
4th Revised Page No. 2
Cancels 3rd Revised Page No. 2

## CHECK SHEET

The Title Page and all pages listed below are effective as of the date shown at the bottom of the respective page(s).  Revised pages as named below contain all changes from the original filing that are in effect on the date listed.

| Section | Page No. | Revision | Section | Page No. | Revision | Section | Page No. | Revision |
|---|---|---|---|---|---|---|---|---|
| Preface | 1 | Original | Section 3 | 1 | Original | Section 3 | 51 | 1st* |
| Preface | 2 | 4th* | Section 3 | 2 | Original | Section 3 | 52 | 1st* |
| Preface | 3 | 4th* | Section 3 | 3 | Original | Section 3 | 53 | 1st* |
| Preface | 4 | Original | Section 3 | 4 | Original | Section 3 | 54 | 1st* |
| Preface | 5 | Original | Section 3 | 5 | Original | Section 3 | 55 | 1st* |
| Preface | 6 | Original | Section 3 | 6 | Original | Section 3 | 56 | Original |
| Section 1 | 1 | Original | Section 3 | 7 | Original | Section 3 | 57 | 1st* |
| Section 1 | 2 | Original | Section 3 | 8 | Original | Section 3 | 58 | 1st* |
| Section 1 | 3 | Original | Section 3 | 9 | Original | Section 3 | 59 | 1st* |
| Section 1 | 4 | Original | Section 3 | 10 | Original | Section 3 | 60 | 1st* |
| Section 1 | 5 | Original | Section 3 | 11 | 1st* | Section 3 | 61 | 1st* |
| Section 1 | 6 | Original | Section 3 | 12 | Original | Section 3 | 62 | 1st* |
| Section 2 | 1 | Original | Section 3 | 13 | 1st* | Section 3 | 63 | 1st* |
| Section 2 | 2 | Original | Section 3 | 14 | 1st* | Section 3 | 64 | 1st* |
| Section 2 | 3 | Original | Section 3 | 15 | Original | Section 3 | 65 | 1st* |
| Section 2 | 4 | Original | Section 3 | 16 | 1st* | Section 3 | 66 | 1st* |
| Section 2 | 5 | Original | Section 3 | 17 | 1st* | Section 3 | 67 | 1st* |
| Section 2 | 6 | Original | Section 3 | 18 | Original | Section 3 | 68 | 1st* |
| Section 2 | 7 | Original | Section 3 | 19 | 1st* | Section 3 | 69 | 1st* |
| Section 2 | 8 | Original | Section 3 | 20 | 1st* | Section 3 | 70 | 1st* |
| Section 2 | 9 | Original | Section 3 | 21 | 1st* | Section 3 | 71 | 1st* |
| Section 2 | 10 | Original | Section 3 | 22 | 1st* | Section 3 | 72 | 1st* |
| Section 2 | 11 | Original | Section 3 | 23 | 1st* | Section 3 | 73 | 1st* |
| Section 2 | 12 | Original | Section 3 | 24 | 1st* | Section 3 | 74 | 1st* |
| Section 2 | 13 | Original | Section 3 | 25 | 1st* | Section 3 | 75 | 1st* |
| Section 2 | 14 | Original | Section 3 | 26 | 1st* | Section 3 | 76 | Original |
| Section 2 | 15 | Original | Section 3 | 27 | 1st* | Section 3 | 77 | 1st* |
| Section 2 | 16 | Original | Section 3 | 28 | 1st* | Section 3 | 78 | 1st* |
| Section 2 | 17 | Original | Section 3 | 29 | 1st* | Section 3 | 79 | 1st* |
| Section 2 | 18 | Original | Section 3 | 30 | 1st* | Section 3 | 80 | Original |
| Section 2 | 19 | Original | Section 3 | 31 | 1st* | Section 3 | 81 | 1st* |
| Section 2 | 20 | Original | Section 3 | 32 | 1st* | Section 3 | 82 | 1st* |
| Section 2 | 21 | Original | Section 3 | 33 | 1st* | Section 3 | 83 | 1st* |
| Section 2 | 22 | Original | Section 3 | 34 | 1st* | Section 3 | 84 | Original |
| Section 2 | 23 | Original | Section 3 | 35 | 1st* | Section 3 | 85 | 1st* |
| Section 2 | 24 | Original | Section 3 | 36 | 1st* | Section 3 | 86 | Original |
| Section 2 | 25 | Original | Section 3 | 37 | 1st* | Section 3 | 87 | 1st* |
| Section 2 | 26 | Original | Section 3 | 38 | 1st* | Section 3 | 88 | 1st* |
| Section 2 | 27 | Original | Section 3 | 39 | 1st* | Section 3 | 89 | Original |
|  |  |  | Section 3 | 40 | 1st* | Section 3 | 90 | 1st* |
|  |  |  | Section 3 | 41 | 1st* | Section 3 | 91 | Original |
|  |  |  | Section 3 | 42 | 1st* | Section 3 | 92 | 1st* |
|  |  |  | Section 3 | 43 | 1st* | Section 3 | 93 | 1st* |
|  |  |  | Section 3 | 44 | 1st* | Section 3 | 93.1 | Original* |
|  |  |  | Section 3 | 45 | 1st* | Section 3 | 93.2 | Original* |
|  |  |  | Section 3 | 46 | 1st* | Section 3 | 93.3 | Original* |
|  |  |  | Section 3 | 47 | 1st* | Section 3 | 93.4 | Original* |
|  |  |  | Section 3 | 48 | 1st* | Section 3 | 93.5 | Original* |
|  |  |  | Section 3 | 49 | 1st* | Section 3 | 93.6 | Original* |
|  |  |  | Section 3 | 50 | 1st* | Section 3 | 93.7 | Original* |

\* Indicates tariff pages submitted with this filing.

Issued:  April 23, 2008                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Preface
4th Revised Page No. 3
Cancels 3rd Revised Page No. 3

## CHECK SHEET (Cont'd)

| Section | Page No. | Revision | Section | Page No. | Revision | Section | Page No. | Revision |
|---------|----------|----------|---------|----------|----------|---------|----------|----------|
| Section 3 | 93.8 | Original* | Section 7 | 1 | Original | Section 9 | 33 | 1st* |
| Section 3 | 93.9 | Original* | Section 7 | 2 | Original | Section 9 | 34 | 1st |
| Section 3 | 93.10 | Original* | Section 8 | 1 | Original | Section 9 | 34.1 | Original |
| Section 3 | 93.11 | Original* | Section 8 | 2 | Original | Section 9 | 35 | 1st |
| Section 3 | 93.12 | Original* | Section 8 | 3 | Original | Section 9 | 36 | 1st |
| Section 3 | 93.13 | Original* | Section 8 | 4 | Original | Section 9 | 36.1 | Original |
| Section 3 | 93.14 | Original* | Section 8 | 5 | Original | Section 9 | 37 | 1st |
| Section 3 | 93.15 | Original* | Section 8 | 6 | Original | Section 9 | 38 | Original |
| Section 3 | 93.16 | Original* | Section 8 | 7 | Original | Section 9 | 39 | 1st |
| Section 3 | 93.17 | Original* | Section 8 | 8 | Original | Section 9 | 40 | 1st |
| Section 3 | 93.18 | Original* | Section 8 | 9 | Original | Section 9 | 41 | 1st |
| Section 3 | 93.19 | Original* | Section 8 | 10 | Original | Section 9 | 42 | Original |
| Section 3 | 93.20 | Original* | Section 8 | 11 | Original | Section 9 | 43 | 1st* |
| Section 3 | 93.21 | Original* | Section 8 | 12 | Original | Section 9 | 44 | Original |
| Section 3 | 93.22 | Original* | Section 8 | 13 | Original | Section 9 | 45 | Original |
| Section 3 | 93.23 | Original* | Section 8 | 14 | 1st | Section 9 | 46 | Original |
| Section 3 | 93.24 | Original* | Section 9 | 1 | Original | Section 9 | 47 | Original |
| Section 3 | 93.25 | Original* | Section 9 | 2 | Original | Section 9 | 48 | 1st |
| Section 3 | 93.26 | Original* | Section 9 | 3 | Original | Section 9 | 49 | 2nd* |
| Section 3 | 93.27 | Original* | Section 9 | 4 | Original | Section 9 | 50 | Original |
| Section 3 | 93.28 | Original* | Section 9 | 5 | 1st | Section 9 | 51 | 1st |
| Section 3 | 93.29 | Original* | Section 9 | 6 | 1st | Section 9 | 52 | Original |
| Section 3 | 93.30 | Original* | Section 9 | 7 | 2nd | | | |
| Section 3 | 93.31 | Original* | Section 9 | 8 | 2nd | | | |
| Section 3 | 93.32 | Original* | Section 9 | 9 | 2nd | | | |
| Section 3 | 93.33 | Original* | Section 9 | 10 | 2nd | | | |
| Section 3 | 93.34 | Original* | Section 9 | 11 | 2nd | | | |
| Section 3 | 93.35 | Original* | Section 9 | 12 | 2nd* | | | |
| Section 3 | 93.36 | Original* | Section 9 | 12.1 | Original* | | | |
| Section 3 | 93.37 | Original* | Section 9 | 13 | 2nd* | | | |
| Section 3 | 93.38 | Original* | Section 9 | 13.1 | Original* | | | |
| Section 3 | 93.39 | Original* | Section 9 | 13.2 | Original* | | | |
| Section 3 | 93.40 | Original* | Section 9 | 14 | 1st | | | |
| Section 3 | 93.41 | Original* | Section 9 | 15 | 2nd | | | |
| Section 3 | 93.42 | Original* | Section 9 | 16 | 1st | | | |
| Section 3 | 94 | 1st* | Section 9 | 17 | 2nd | | | |
| Section 4 | 1 | Original | Section 9 | 18 | 2nd | | | |
| Section 5 | 1 | Original | Section 9 | 19 | 2nd | | | |
| Section 6 | 1 | Original | Section 9 | 20 | 2nd | | | |
| | 2 | | Section 9 | 21 | 1st | | | |
| | 3 | | Section 9 | 22 | 2nd | | | |
| | | | Section 9 | 23 | 1st | | | |
| | | | Section 9 | 24 | 2nd | | | |
| | | | Section 9 | 25 | 1st | | | |
| | | | Section 9 | 26 | 2nd | | | |
| | | | Section 9 | 27 | 1st | | | |
| | | | Section 9 | 28 | 2nd | | | |
| | | | Section 9 | 29 | 1st | | | |
| | | | Section 9 | 30 | 1st | | | |
| | | | Section 9 | 31 | 1st | | | |
| | | | Section 9 | 32 | 1st | | | |
| | | | Section 9 | 32.1 | Original | | | |
| | | | Section 9 | 32.2 | Original | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Issued:  April 23, 2008

Effective:  April 24, 2008

Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

## TABLE OF CONTENTS

Title Page                                           Page 1

Check Sheet                                          Page 2

Table of Contents                                    Page 4

Concurring Carriers                                  Page 5

Connecting Carriers                                  Page 5

Other Participating Carriers                         Page 5

Explanation of Notes                                 Page 6

GENERAL REGULATIONS                                  Section 1

RULES AND REGULATIONS                                Section 2

SWITCHED ACCESS                                      Section 3

SPECIAL ACCESS                                       Section 4

CARRIER COMMON LINE                                  Section 5

SPECIAL ARRANGEMENTS                                 Section 6

RECIPROCAL COMPENSATION                              Section 7

BILLING AND COLLECTION                               Section 8

END USER ACCESS SERVICE                              Section 9

Issued:  June 16, 2006                                              Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Preface
Original Page No. 5

CONCURRING CARRIERS

None


CONNECTING CARRIERS

None


OTHER PARTICIPATING CARRIERS

None

Issued:  June 16, 2006                                                Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Preface
Original Page No. 6

<u>EXPLANATION OF NOTES</u>

(C)  Indicates Changed Regulation

(D)  Indicates Discontinued Rate or Regulation

(I)  Indicated Rate Increase

(M)  Indicates Move in Location of Text

(N)  Indicates New Rate or Regulation

(R)  Indicates Rate Reduction

(T)  Indicates Change of Text Only

Issued:  June 16, 2006                                                                                     Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                           44 Wall Street, 6th Floor
                           New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 1
Original Page No. 1

CONTENTS

SECTION 1 - GENERAL REGULATIONS

PAGE

1.1 APPLICATION OF TARIFF ........................................................................................... 2

1.2 DEFINITIONS ............................................................................................................. 3

1.3 UNDERTAKING OF THE COMPANY ......................................................................... 6

Issued:  June 16, 2006                                                          Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 1
Original Page No. 2

SECTION 1 - GENERAL REGULATIONS

1.1      APPLICATION OF TARIFF

This tariff contains regulations, rates and charges applicable to the provision of access services by Manhattan Telecommunications Corporation to Customers.

The provision of service by the Company as set forth in this tariff does not constitute a joint undertaking with the Customer for the furnishing of any service.

Issued:  June 16, 2006                                                                                        Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**                    Tariff F.C.C. No. 1 – Access
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**                    Section 1
                                                                Original Page No. 3

SECTION 1 - GENERAL REGULATIONS (CONT'D)

1.2     DEFINITIONS

ACCESS CODE - Denotes a uniform code assigned by the Company to an individual Customer.  The code
has the form 10XXX, 10XXXXX, 950-0XXX, or 950-1XXX.

ACCESS MINUTES - Denotes that usage of exchange facilities in Interstate service for the purpose of
calculating chargeable usage.

ACCESS TANDEM - A switching system that provides a traffic concentration and distribution function for
originating or terminating traffic between end offices and a Customer's premises.

ANSWER SUPERVISION - The transmission of the switch trunk equipment supervisory signal (off-hook
or on-hook) to the Customer's point of termination as an indication that the called party has answered or
disconnected.

CALL - A Customer attempt for which the complete address code is provided to the service end office.

CARRIER OR COMMON CARRIER - Any individual, partnership, association, corporation or other entity
engaged in Interstate communication for hire by wire or radio between two or more exchanges.

CENTRAL OFFICE - A local Company switching system where exchange service customer station loops
are terminated for purposes of interconnection to each other and to trunks.

CHANNEL - A communications path between two or more points of termination.

COMMUNICATIONS SYSTEM - Denotes channels and other facilities which are capable of
communications between terminal equipment provided by other than the Company.

COMPANY – Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications
Corporation a/k/a MetTel.

CUSTOMER - Any individual, partnership, association, corporation or other entity which subscribes to the
services offered under this tariff, including both Interexchange Carriers and End Users.

CUSTOMER DESIGNATED PREMISES - The premises specified by the Customer for termination of
Access Services.

DUAL TONE MULTIFREQUENCY (DTMF) - Tone signaling, also known as touch tone signaling.

END OFFICE SWITCH - A Company switching system where exchange service customer station loops are
terminated for purposes of interconnection to each other and to trunks.

---

Issued: June 16, 2006                                            Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 1
Original Page No. 4

## SECTION 1 - GENERAL REGULATIONS, (CONT'D)

1.2     DEFINITIONS (Cont'd)

END USER - Any customer of an Interstate telecommunications service that is not a Carrier or Common Carrier, except that a Carrier shall be deemed to be an End User when such Carrier uses a telecommunications service for administrative purposes. A person or entity that offers telecommunications service exclusively as a reseller shall be deemed to be an End User if all resale transmissions offered by such reseller originate on the premises of such reseller when making such service available to others, directly or indirectly.

ENTRY SWITCH - First point of switching.

EXCHANGE - A group of lines in a unit generally smaller than a LATA established by the Company for the administration of communications service in a specified area. An Exchange may consist of one or more central offices together with the associated facilities used in furnishing communications service within that area.

FACILITIES - Denotes any cable, poles, conduit, carrier equipment, wire center distribution frames, central office switching equipment, etc., utilized to provide the service offered under this tariff.

FIRST POINT OF SWITCHING - The first Company location at which switching occurs on the terminating path of a call proceeding from the Customer premises to the terminating end office and, at the same time, the last Company location at which switching occurs on the originating path of a call proceeding from the originating end office to the Customer premises.

INTERSTATE COMMUNICATIONS - Any communications with that crosses over a state boundary. Interstate Communications includes interstate and international communications.

INTRASTATE COMMUNICATIONS - Any communication which originates and terminates within the same state and is subject to oversight by a state regulatory commission as provided by the laws of the state involved.

LOCAL ACCESS AND TRANSPORT AREA (LATA) - A geographic area established for the provision and administration of communications service. A LATA encompasses designated exchanges, which are grouped to serve common social, economic and other purposes.

LOCAL CALLING AREA - A geographical area, as defined in the Company's local or general exchange service tariff in which an End User may complete a call without incurring toll usage charges.

MESSAGE - A Message is a Call as defined above.

OFF-HOOK - The active condition of Switched Access Service or a telephone exchange line.

Issued:  June 16, 2006                                                          Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 1
Original Page No. 5

## SECTION 1 - GENERAL REGULATIONS, (CONT'D)

1.2    DEFINITIONS (Cont'd)

ON-HOOK - The idle condition of Switched Access Service or a telephone exchange line.

ORIGINATING DIRECTION - The use of Switched Access Service for the origination of calls from an End User premises to a carrier's premises.

POINT OF TERMINATION - The point of demarcation within a customer-designated premises at which the Company's responsibility for the provision of access service ends.  The point of demarcation is the point of interconnection between Company communications facilities and customer-provided facilities as defined in Part 68 of the Federal Communications Commission's Rules and Regulations.

PREMISES - A building or buildings on contiguous property, not separated by a public highway or right-of-way.

SERVING WIRE CENTER - The wire center from which the Customer-designated premises normally obtains dial tone from the Company.

SPECIAL ACCESS CIRCUIT - The physical pathway for transmission of information between a dedicated originating point and a dedicated terminating point.

TERMINATING DIRECTION - The use of Switched Access Service for the completion of calls from a carrier's premises to an End User premises.

TRANSMISSION PATH - An electrical path capable of transmitting signals within the range of the service offering.  A transmission path is comprised of physical or derived facilities consisting of any form or configuration of plant used in the telecommunications industry.

TRUNK - A communications path connecting two switching systems in a network, used in the establishment of an end-to-end connection.

TRUNK GROUP - A set of trunks which are traffic engineered as a unit for the establishment of connections between switching systems in which all of the communications paths are interchangeable.

WIRE CENTER - A physical location in which one or more central offices, used for the provision of exchange services, are located.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 1
Original Page No. 6

1.3     UNDERTAKING OF THE COMPANY

The Company shall be responsible only for the installation, operation and maintenance of service which it provides and does not undertake to transmit messages under this tariff.

Services provided under this tariff are provided 24 hours a day, seven days per week, unless otherwise specified in applicable sections of this tariff.

Issued:  June 16, 2006                                                                              Effective:  June 17, 2006
Issued by:           Andoni Economou, Vice President
                     44 Wall Street, 6th Floor
                     New York, New York  10005

**Manhattan Telecommunications Corporation**                     Tariff F.C.C. No. 1 – Access
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**                Section 2
                                                                Original Page No. 1

CONTENTS

SECTION 2 - RULES AND REGULATIONS

                                                                PAGE
2.1     USE OF FACILITIES AND SERVICE............................................................. 3

2.2     MINIMUM PERIOD OF SERVICE ................................................................. 5

2.3     RATE CHANGES ........................................................................................... 6

2.4     PAYMENT FOR SERVICES RENDERED.....................................................7

2.5     DEPOSITS ......................................................................................................8

2.6     ADVANCE PAYMENTS ................................................................................9

2.7     DISPUTED BILLS...........................................................................................9

2.8     INSPECTION, TESTING AND ADJUSTMENT...........................................10

2.9     SUSPENSION OR TERMINATION OF SERVICE.......................................11

2.10    OBLIGATIONS OF THE CUSTOMER .........................................................17

2.11    AUTOMATIC NUMBER IDENTIFICATION ...............................................21

Issued:  June 16, 2006                                          Effective:  June 17, 2006
Issued by:       Andoni Economou, Vice President
                 44 Wall Street, 6th Floor
                 New York, New York  10005

Manhattan Telecommunications Corporation
d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 2

CONTENTS

SECTION 2 - RULES AND REGULATIONS

PAGE

2.12    DETERMINATION OF MILEAGE ............................................................... 24

2.13    SUBSCRIPTION ........................................................................................ 24

Issued: June 16, 2006                                                                  Effective: June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 3

## SECTION 2 - RULES AND REGULATIONS

2.1     USE OF FACILITIES AND SERVICE

      2.1.1     Use of Service

            .1     Service may be used for any lawful purpose by the Customer or by any End User.

            .2     The Customer obtains no property right or interest in the use of any specific type of facility, service, equipment, number, process, or code. All right, title and interest to such items remain, at all times, solely with the Company.

            .3     Recording of telephone conversations of service provided by the Company under this tariff is prohibited except as authorized by applicable federal, state and local laws.

            .4     Any service provided under this Tariff may be resold to or shared (jointly used) with other persons at the Customer's option. The Customer remains solely responsible for all use of service ordered by it or billed to its account(s) pursuant to this Tariff, for determining who is authorized to use its service, and for promptly notifying the Company of any unauthorized use. The Customer may advise its customers that a portion of its service is provided by the Company, but the Customer shall not represent that the Company jointly participates with the Customer in the provision of the service.

                  .1     Service may be used for any lawful purpose by the Customer or by any End User.

                  .2     The Customer obtains no property right or interest in the use of any specific type of facility, service, equipment, number, process, or code. All right, title and interest to such items remain, at all times, solely with the Company.

                  .3     Recording of telephone conversations of service provided by the Company under this tariff is prohibited except as authorized by applicable federal, state and local laws.

Issued: June 16, 2006                                                              Effective: June 17, 2006
Issued by:          Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 4

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.1     USE OF FACILITIES AND SERVICE (Cont'd)

    2.1.2     Limitations

        .1     Service is offered subject to the availability of the necessary facilities and/or equipment and subject to the provisions of this tariff. The Company may decline applications for service to or from a location where the necessary facilities or equipment are not available.  The Company may discontinue furnishing service in accordance with the terms of this tariff.

        .2     The Company reserves the right to discontinue or limit service when necessitated by conditions beyond its control (examples of these conditions are more fully set forth elsewhere in this tariff), or when service is used in violation of provisions of this tariff or the law.

        .3     The Company does not undertake to transmit messages, but offers the use of its service when available, and, as more fully set forth elsewhere in this tariff, shall not be liable for errors in transmission or for failure to establish connections.

        .4     The Company reserves the right to discontinue service, limit service, or to impose requirements as required to meet changing regulatory or statutory rules and standards, or when such rules and standards have an adverse material affect on the business or economic feasibility of providing service, as determined by the Company in its reasonable judgment.

        .5     The Company reserves the right to refuse an application for service made by a present or former Customer who is indebted to the Company for service previously rendered pursuant to this Tariff until the indebtedness is satisfied.

    2.1.3     Customer-Authorized Use

        Any service provided under this Tariff may be resold to or shared (jointly used) with other persons at the Customer's option.   The Customer remains solely responsible for all use of service ordered by it or billed to its telephone number(s) pursuant to this Tariff, for determining who is authorized to use its service, and for promptly notifying the Company of any unauthorized use.   The Customer may advise its customers that a portion of its service is provided by the Company, but the Customer shall not represent that the Company jointly participates with the Customer in the provision of the service.

Issued: June 16, 2006                                                                          Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                            44 Wall Street, 6th Floor
                            New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 5

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

    2.1.4    Use and Ownership of Equipment

> The Company's equipment, apparatus, channels and lines shall be carefully used. Equipment furnished by the Company shall remain its property and shall be returned to the Company whenever requested, within a reasonable period following the request, in good condition (subject to reasonable wear and tear). The Customer is required to reimburse the Company for any loss of, or damage to, the facilities or equipment on the Customer's premises, including loss or damage caused by agents, employees or independent contractors of the Customer through any negligence.

## 2.2    MINIMUM PERIOD OF SERVICE

The minimum period for which services are provided and for which rates and charges are applicable is one month unless otherwise specified. When a service is discontinued prior to the expiration of the minimum period, charges are applicable, whether the service is used or not.

Issued: June 16, 2006

Issued by:    Andoni Economou, Vice President
                 44 Wall Street, 6th Floor
                 New York, New York 10005

Effective: June 17, 2006

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 6

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.3     RATE CHANGES

2.3.1     Conditions

a.     The Company reserves the right to change prices at any time subject to regulatory requirements by filing a revised Rate with the Commission.

b.     Customer notification of a rate change shall be made in accordance with Commission regulations.  Where there are no regulations, notification will be made in a manner appropriate to the circumstances involved.

Issued:  June 16, 2006                                                    Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 7

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.4     PAYMENT FOR SERVICE RENDERED

2.4.1     Service is provided and billed on a monthly basis. Bills are due and payable upon receipt.  In the event that the Company incurs fees or expenses, including attorney's fees, collecting, or attempting to collect, any charges owed to the Company, the Company may charge the Customer all such fees and expenses reasonably incurred, including a collection fee on the overdue charges accruing at the rate of 1.5% per month or the highest rate allowed by law, whichever is lower.  Collection fees on overdue charges shall begin to accrue when the Account is assigned to an outside collection agency.  Such collection fees are separate and distinct from attorney's fees and other costs incurred in collecting charges owed to the Company.

2.4.2     The Customer is responsible for payment of all charges for service furnished to the Customer, or the Customer's agents, End Users or customers. All charges due by the Customer are payable to the Company or to the Company's authorized billing agent.  Any objections to billed charges must be reported promptly to the Company.

2.4.3     The Company reserves the right to assess a charge of $35.00 whenever a check or draft presented for payment of service is not accepted by the institution upon which it is written.  The foregoing shall not limit the Company's right to discontinue service for returned checks or drafts under Section 2.9.1 below.

2.4.4     Application of Late Payment Charge

.1     Late payment charges do not apply to final accounts.

.2     Late payment charges do not apply to government agencies of the State of New York. These agencies are required to make payment in accordance with the provisions of Article XI-A of the New York State Finance Law (Chapter 153 of the Laws of 1984).

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 8

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.5     DEPOSITS

    2.5.1     The Company reserves the right to examine the credit record of the Customer.  If the Customer's financial condition is unknown or unacceptable to the Company, the Customer may be required to provide the Company with a security deposit which the Company may apply against overdue charges. The amount of the security deposit shall be equal to two month's estimated usage but may vary with the Customer's credit history and projected usage. The Customer shall be apprised that after one year of service the Account shall be reviewed, and in the event that all amounts due have been paid within the terms and conditions of this tariff, the deposit shall be refunded in full.  If subsequent payment or usage patterns change, the Company may request an increase in or resubmission of the security deposit as appropriate.  The Company may also require a security deposit before service is restored (along with the payment of overdue charges) from the Customer whose service has been discontinued for nonpayment of overdue charges.  Such security deposit may be based on a new credit history (taking into account the discontinuance of service) and estimates of usage.

    2.5.2     The fact that a security deposit has been made in no way relieves the Customer from the prompt payment of bills upon presentation.

    2.5.3     If the amount of a deposit is proven to be less than required to meet the requirements specified above, the Customer shall be required to pay an additional deposit upon request.

    2.5.4     When a deposit is to be returned, the Customer may request that the full amount of the deposit be issued by check.  If the Customer requests that the full amount be credited to amounts owed the Company, the Company will apply the deposit to any amount currently owed to the Company, and return any remaining amount of the deposit to the Customer by check.

Issued:  June 16, 2006                                                                 Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 9

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.6    ADVANCE PAYMENTS

The Company reserves the right to require an advance payment from the Customer instead of or in addition to a security deposit.  The advance payment shall be in an amount equal to or less than estimated installation charges plus two months estimated billing.

2.7    DISPUTED BILLS

In the case of a billing dispute between the Customer and the Company for service furnished to the Customer, which cannot be settled with mutual satisfaction, the Customer may,  within 30 days of the date of the bill containing the disputed amount, request, and the Company shall comply with the request, an in-depth investigation and review of the disputed amount. (The undisputed portion and subsequent bills must be paid on a timely basis or service shall be subject to cancellation under Section 2.9 following).  The Company shall communicate to the Customer the results of such investigation and review as soon as reasonably possible.

Issued:  June 16, 2006                                                                                    Effective:  June 17, 2006
Issued by:           Andoni Economou, Vice President
                     44 Wall Street, 6th Floor
                     New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 10

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.8     INSPECTION, TESTING AND ADJUSTMENT

2.8.1     The Company may, upon reasonable notice, make such tests and inspections as may be necessary to determine whether the terms and conditions of this tariff are being complied with in the installation, operation or maintenance of the Customer's or the Company's facilities or equipment.  The Company may interrupt service at any time, without penalty or liability, due to the departure from or reasonable suspicion of the departure from any of these terms and conditions.

2.8.2     The Customer shall be responsible for making arrangements or obtaining permission for safe and reasonable access for Company employees or agents of the Company to enter the premises of the Customer or any joint user or customer of the Customer at any reasonable hour for the purpose of inspecting, repairing, testing or removing any part of the Company's facilities.

2.8.3     Upon reasonable notice, the facilities or equipment provided by the Company shall be made available to the Company for such tests and adjustments as may be necessary for their maintenance in a condition satisfactory to the Company.  No interruption allowance shall be granted for the time during which such tests and adjustments are made, unless such interruption exceeds twenty-four hours in length and is requested by the Customer.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 11

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.9     SUSPENSION OR TERMINATION OF SERVICE

    2.9.1     Suspension or Termination for Nonpayment

        In the event that any bill rendered or any deposit required is not paid, the Company may suspend service or terminate service until the bill or the required deposit has been paid.  If service is suspended or terminated for nonpayment, the Customer must remit a Connection Charge as well as any payment due and any applicable deposits prior to reconnection.

        Suspension or termination shall not be made until:

        a.    At least 10 days after written notification has been served personally on the Customer, or at least 20 days after written notification has been mailed to the billing address of the Customer or;

        b.    At least 10 days after the Customer has either signed for or refused a registered letter containing written notification mailed to the billing address of the Customer.

    Access service shall not be suspended or terminated for nonpayment on weekends, public holidays, other federal and state holidays proclaimed by the President or the Governor, or on days when the main business office of the Company is not open for business.

Issued:  June 16, 2006                                                    Effective:  June 17, 2006
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 12

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.9    SUSPENSION OR TERMINATION OF SERVICE (Cont'd)

    2.9.2    Exceptions to Suspension and Termination

        Access service shall not be suspended or terminated for:

        a.    Nonpayment of bills rendered for charges other than access service or deposits requested in connection with access service;

        b.    Nonpayment for service for which a bill has not been rendered;

        c.    Nonpayment for service which have not been rendered;

        d.    Nonpayment of any billed charge which is in dispute or for the nonpayment of a deposit which is in dispute during the period before a determination of the dispute is made by the Company in accordance with Company's complaint handling procedures.

        e.    Access service may be suspended or terminated for nonpayment of the undisputed portion of a disputed bill or deposit if the Customer does not pay the undisputed portion after being asked to do so.

Issued:  June 16, 2006

Issued by:    Andoni Economou, Vice President
        44 Wall Street, 6th Floor
        New York, New York  10005

Effective:  June 17, 2006

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 13

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.9     SUSPENSION OR TERMINATION OF SERVICE (Cont'd)

    2.9.3          Verification of Nonpayment

        Access service shall not be suspended or terminated for nonpayment of a bill rendered or a required deposit unless The Company has verified, in a manner approved by the Commission, that payment has not been received at any office of the Company or at any office of an authorized collection agent through the end of the period indicated in the notice.

Issued:  June 16, 2006                                                                                      Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 14

## SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.9    SUSPENSION OR TERMINATION OF SERVICE (Cont'd)

    2.9.4    Termination For Cause Other Than Nonpayment

        a.    General

The Company, after notice in writing to the Customer and after having given the Customer an appropriate opportunity to respond to such notice, may terminate service and sever the connection(s) from the Customer's premises under the following conditions:

    1.    in the event of prohibited, unlawful or improper use of the facilities or service, or any other violation by the Customer of the rules and regulations governing the facilities and service furnished, or

    2.    if, in the judgment of the Company, any use of the facilities or service by the Customer may adversely affect the Company's personnel, plant, property or service.  The Company shall have the right to take immediate action, including termination of the service and severing of the connection, without notice to the Customer when injury or damage to telephone personnel, plant, property or service is occurring, or is likely to occur, or

    3.    in the event of unauthorized use, where the Customer fails to take reasonable steps to prevent the unauthorized use of the facilities or service received from the Company, or

    4.    in the event that service is connected for a Customer who is indebted to the Company for service or facilities previously furnished, that service may be terminated by the Company unless the Customer satisfies the indebtedness within 20 days after written notification.

Issued:  June 16, 2006                                                                 Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 15

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.9    SUSPENSION OR TERMINATION OF SERVICE (Cont'd)

2.9.4    Termination for Cause Other Than Nonpayment (cont'd)

b.    Prohibited, Unlawful or Improper Use of the Facilities or Service

Prohibited, unlawful or improper use of the facilities or service includes, but is not limited to:

1.    The use of facilities or service of the Company without payment of tariff charges;

2.    Permitting fraudulent use.

c.    Abandonment or Unauthorized Use of Facilities

1.    If it is determined that facilities have been abandoned, or are being used by unauthorized persons, or that the Customer has failed to take reasonable steps to prevent unauthorized use, the Company may terminate access service.

2.    In the event that access service is terminated for abandonment of facilities or unauthorized use and service is subsequently restored to the same Customer at the same location:

a.    No charge shall apply for the period during which service had been terminated, and

b.    Re-connection charges will apply when service is restored. However, no charge shall be made for reconnection if the service was terminated due to an error on the part of the Company.

Issued:  June 16, 2006                                                          Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 16

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.9    SUSPENSION OR TERMINATION OF SERVICE (Cont'd)

d.    Change in the Company's Ability to Secure Access

Any change in the Company's ability (a) to secure and retain
suitable facilities and rights for the construction and maintenance
of the necessary circuits and equipment or (b) to secure and retain
suitable space for its plant and facilities in the building where
service is provided to the Customer may require termination of a
Customer's service until such time as new arrangements can be
made.  No charges will be assessed the Customer while service is
terminated, and no connection charges will apply when the service
is restored.

Issued:  June 16, 2006                                                                                Effective:  June 17, 2006
Issued by:    Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 17

## SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.9    SUSPENSION OR TERMINATION OF SERVICE (Cont'd)

    2.9.5    Emergency Termination of Service

        The Company will immediately terminate the service of any Customer, on request, when the Customer has reasonable belief that the service is being used by an unauthorized person or persons.  The Company may require that the request be submitted in writing as a follow-up to a request made by telephone.

2.10    OBLIGATIONS OF THE CUSTOMER

    2.10.1    Damages

        The Customer shall reimburse the Company for damages to Company facilities utilized to provide services under this tariff caused by the negligence or willful act of the Customer, or resulting from improper use of the Company's facilities, or due to malfunction of any facilities or equipment provided by other than the Company, except that no Customer shall be liable for another Customer's actions.

    2.10.2    Ownership of Facilities

        Facilities utilized by the Company to provide service under the provisions of this tariff shall remain the property of the Company.  Such facilities shall be returned to the Company by the Customer, whenever requested, within a reasonable period following the request in as good condition as reasonable wear permits.

Issued:  June 16, 2006                                                                          Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 18

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.10     OBLIGATIONS OF THE CUSTOMER (Cont'd)

2.10.3          Equipment Space and Power

The Customer shall furnish to the Company, at no charge, equipment space and electrical power required by the Company to provide services under this tariff at the points of termination of such services.  The selection of AC or DC power shall be mutually agreed to by the Customer and the Company.  The Customer shall make necessary arrangements in order that the Company will have access to such spaces at reasonable times for installation, testing, repair, maintenance or removal of Company service.

2.10.4          Testing

The services provided under this tariff shall be made available to the Company at mutually agreed upon times in order to permit the Company to test, adjust and maintain the services in satisfactory operating condition.  No credit will be allowed for any interruption during such tests and adjustments.

2.10.5          Design of Customer Services

The Customer shall be responsible for its own expense for the overall design of its services and for any redesigning or rearrangements of its services which may be required because of changes in facilities, operations or procedures of the Company, minimum protection criteria or operating or maintenance characteristics of the facilities.

2.10.6          Network Contingency Coordination

The Customer shall, in cooperation with the Company, coordinate in planning the actions to be taken to maintain maximum network capability following natural or man-made disasters which affect telecommunications service.

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.10    OBLIGATIONS OF THE CUSTOMER (Cont'd)

    2.10.7    Jurisdictional Reporting

        The jurisdictional reporting requirements will be as specified below.  When a Customer utilizes Access Service provided by the Company, its projected Percent Interstate Usage (PIU) must be provided in whole numbers to the Company.  These whole number percentages will be used by the Company to apportion the use and/or charges between interstate and intrastate until a revised report is received as set forth herein.  Reported or default PIU factors are used only where the call detail is insufficient to determine the appropriate jurisdiction of the traffic.

        A.    Originating Access:  Originating access minutes is only traffic originating from the Company Local Switching Center(s).  The Customer should provide the Company with a projected PIU factor on a quarterly basis.

            If no PIU for originating minutes is submitted as specified herein, then the projected PIU will be set on a default basis of 50 percent interstate traffic and 50 percent intrastate traffic.

        B.    Terminating Access:  For Feature Group D Switched Access Service(s), the Customer should provide the Company with a projected PIU factor by supplying the Company with an interstate percentage of terminating access minutes on a quarterly basis, as described in Sections 2.10.7 below.

            If no projected PIU factor is submitted by the Customer, then the projected PIU will be set on a default basis of 50 percent interstate traffic and 50 percent intrastate traffic.

        C.    Except where the Company measured access minutes are used as set forth above, the Customer-reported projected PIU factor as set forth above will be used until the Customer reports a different projected PIU factor, as set forth below.

            (1)    When the Company receives sufficient call detail to permit it to determine the jurisdiction of some or all originating and terminating access minutes of use, the Company will use that call detail to render bills for those minutes of use and will not use the customer-reported PIU factors to determine the jurisdiction of those minutes of use.

            (2)    The Company will apply the PIU factor, either provided by the Customer as set forth herein, or as otherwise determined in accordance with this tariff, only to minutes of use for which the Company does not have sufficient call detail to determine jurisdiction.  The Customer-reported PIU factor will be used until the Customer provides an updated PIU factor as set forth in (D) following.  No prorating or back-billing will be done based on the updated report.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 20

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.10     OBLIGATIONS OF THE CUSTOMER (Cont'd)

    2.10.7     Jurisdictional Reporting (cont'd)

        D.     Effective on the first of January, April, July and October of each year, the Customer should update its interstate and intrastate jurisdictional report. The Customer should forward to the Company, to be received no later than 15 days after the first of each of such month, a revised report showing the interstate and intrastate percentage of use for the past three months and ending the last day of December, March, June and September, respectively, for each service arranged for interstate use, based solely on the traffic originating from or terminating to the Company Local Switching Center. The revised report will serve as the basis for the next three months' billing and will be effective on the bill date for that service. If the Customer does not supply the reports for those services where reports are needed, the Company will assume the percentage to be that provided previously. For those cases in which a quarterly report has never been received from the Customer, the Company will assume the percentages to be the same as those provided in 2.10.7.A and 2.10.7.B above.

        E.     Jurisdictional Reports Verification:  For Switched Access Service, if a billing dispute arises or a regulatory commission questions the projected PIU factor, the Customer will provide the data issued to determine the projected PIU factor. The Customer will supply the data within 30 days of the Company request.

        The Customer shall keep records of call detail from which the percentage of interstate and intrastate use can be ascertained and, upon request of the Company, shall make the records available for inspection as reasonably necessary for purposes of verification of the percentages. The Company reserves the right to conduct an audit at any time during the year. The Customer, at its own expense, has the right to retain an independent auditing firm.

    2.10.8     Mixed Interstate and Intrastate Access Service

    When mixed interstate and intrastate Access Service  is provided, all charges, including nonrecurring charges, usage charges, and optional features, will be prorated between interstate and intrastate. The percentage provided in the reports as set forth in 2.10.7 will serve as the basis for prorating the charges. The percentage of an Access Service to be charged as interstate is applied in the following manner:

        .1     For nonrecurring chargeable rate elements, multiply the percent interstate use times the quantity of chargeable elements times the interstate tariff rate per element.

        .2     For usage sensitive chargeable rate elements, multiply the percent interstate use times actual use (measure or Company assumed average use) times the stated rate.

Issued:  June 16, 2006                                                    Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
           44 Wall Street, 6th Floor
           New York, New York  10005

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.11    AUTOMATIC NUMBER IDENTIFICATION

   2.11.1       General

                This option provides the automatic transmission of a seven or ten digit number and
                information digits to the Customer's premises for calls originating in the LATA, to
                identify the calling station.  The ANI feature, which is a software function, will be
                associated on a call-by-call basis with (1) all individual transmission paths in a
                trunk group routed directly between an end office and a Customer's premises or,
                where technically feasible, with (2) all individual transmission paths in a trunk
                group between an access tandem and a Customer's premises.

                Additional ANI information digits are available with Feature Group D only.  These
                information digits will be transmitted as agreed to by the Customer and the
                Company.

   2.11.2       Up to 7 Digit Outpulsing of Access Digits to Customer

                This Option provides for the end office capability of providing up to 7 digits of the
                uniform access code (950-10XX) to the Customer premises.  The Customer can
                request that only some of the digits in the access code be forwarded.  The access
                code digits would be provided to the Customer premises location using
                multifrequency signaling, and transmission of the digits would precede the
                forwarding of ANI if that feature were provided.  It is available with Feature Group
                B.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 22

## SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.11    AUTOMATIC NUMBER IDENTIFICATION (Cont'd)

    2.11.3    Regulations

The Company will provide Automatic Number Identification (ANI) associated with an interstate service, by tariff, to any entity (ANI recipient), only under the following terms and conditions:

1)    The ANI recipient or its designated billing agent may use or transmit ANI information to third parties for billing and collection, routing, screening, ensuring network performance, and completion of a telephone subscriber's call or transaction, or for performing a service directly related to the telephone subscriber's original call or transaction, or for performing a service directly related to the telephone subscriber's original call or transaction.

2)    The ANI recipient may offer to any telephone subscriber with whom the ANI recipient has an established Customer relationship, a product or service that is directly related to products or service previously purchased by the telephone subscriber from the ANI recipient.

3)    The ANI recipient or its designated billing agent is prohibited from utilizing ANI information to establish marketing lists or to conduct outgoing marketing calls, except as permitted by the preceding paragraph, unless the ANI recipient obtains the prior written consent of the telephone subscriber permitting the use of ANI information for such purposes.  The foregoing provisions notwithstanding, no ANI recipient or its designated billing agent may utilize ANI information if prohibited elsewhere by law.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 23

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.11    AUTOMATIC NUMBER IDENTIFICATION (Cont'd)

    2.11.3    Regulations (cont'd)

        4)    The ANI recipient or its designated billing agent is prohibited from reselling, or otherwise disclosing ANI information to any other third party for any use other than those listed in Provision 1, unless the ANI recipient obtains the prior written consent of the subscriber permitting such resale or disclosure.

        5)    Violation of any of the foregoing terms and conditions by any ANI recipient other than a Telephone Corporation shall result, after a determination through the Commission's complaint process, in suspension of the transmission of ANI by the Company until such time as the Commission receives written confirmation from the ANI recipient that the violations have ceased or have been corrected.   If the Commission determines that there have been three or more separate violations in a 24 month period, delivery of ANI to the offending party shall be terminated under terms and conditions determined by the Commission.

        6)    The ten digit ANI telephone number is only available with Feature Group D.  The ten digit ANI telephone number consists of the Numbering Plan Area (NPA) plus the seven digit ANI telephone number.  The ten digit ANI telephone number will be transmitted on all calls except in the case of ANI failure, in which case only the NPA will be transmitted (in addition to the information digit described below).

Issued:  June 16, 2006                                                                      Effective:  June 17, 2006

Issued by:    Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 24

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.11    AUTOMATIC NUMBER IDENTIFICATION (Cont'd)

        2.11.3    Regulations (cont'd)

                7)    Where ANI cannot be provided, information digits will be provided to the Customer.

                    The information digits identify: (1) telephone number is the station billing number - no special treatment required, (2) ANI failure has occurred in the end office switch which prevents identification of calling telephone number - must be obtained by operator or in some other manner. The ANI telephone number is the listed telephone number of the Customer and is not the telephone number of the calling party.

        2.11.4    Terms and Conditions

                Violation of any of the foregoing terms and conditions by a Telephone Corporation may result in Commission prosecution of penalty and enforcement proceedings.

2.12    DETERMINATION OF MILEAGE

        Service for which rates are mileage sensitive are rated on the airline distance between the Company's switch location and Customer-designated premises or the end office of the Customer-designated premises.

2.13    SUBSCRIPTION

        Subscription is a process whereby an end user or location provider may select and designate to the company the primary toll carrier(s) they wish to access on a direct dialed basis (without dialing an access code) for calls leaving the local service area of the company. The list of toll providers providing interstate toll service(s) to the Company's serving area is made available to the end user or location provider in the Company's service guide.

        Should a caller wish to use the services of a toll provider other than the designated toll provider on the line, it will be necessary for the caller to dial the appropriate toll provider access code.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 25

## SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.13    SUBSCRIPTION (Cont'd)

2.13.1    Charge Applications

End Users or location providers placing orders for service will be asked to designate a primary toll provider at the time they place an order with the company for Exchange Service. This selection is made free of charge.

The non-recurring charge for a primary toll provider change is billed to the end user subscribed to the Exchange Service. However, a toll provider may, at its option, elect to pay the non-recurring charge on behalf of the end user.

2.13.2    Dispute Application for Subscription

If the end user or location provider disputes a toll provider change, the company will investigate the origin of the change and shall restore the end user or location provider to their previous toll provider. If the change was due to company error, the end user or location provider will be returned to their previous primary toll provider free of charge. If the change was submitted by a toll provider, and the toll provider is unable to produce the signed end user or location provider Letter of Authorization (LOA), the non-recurring charges will be assessed to the unauthorized toll provider.

If there is a conflict between an end user, a location provider or their respective agent, on one hand, and a toll provider on the other hand, over the designation of the primary toll provider, the company will honor the designation selected by the end user or location provider or their respective agent, regardless of any contractual obligations the end user, location provider or agent may have with one (1) or more toll providers.

If there is a conflict between an end user and/or location provider, on one hand, and their agent on the other hand, over designation of the primary toll provider, the Company  will honor the designation selected by the end user and/or location provider, regardless of any contractual obligations the end user and/or location provider may have with one (1) or more toll providers or agents.

The non-recurring charge for an unauthorized toll provider change is set forth in Section 3.6.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 26

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.13    SUBSCRIPTION (Cont'd)

2.13.3  Cancellation of Toll Provider Participation for Subscription

If a toll provider elects to discontinue all of its FGD service in the end office, the toll provider is obligated to do the following:

-        Notify the company of the cancellation of their FGD service, and;

-        Contact all end users or location providers that are subscribed to the canceling toll provider as their primary toll provider. Inform these end users or location providers of cancellation and request the end users or location providers to contact the company to select a new primary toll provider.

The company will bill the canceling toll provider the service order charge for each end user and location provider the canceling toll provider has currently subscribed to them.

Such charge will not apply to a canceling toll provider where the canceling toll provider transfers or assigns its FGD services and the associated carrier access code to another toll provider in such a manner that the company does not change end user or location provider toll provider designations or if another toll provider elects to pay the toll provider change charge on behalf of the canceling toll provider. The charge will apply if a mass  conversion of access codes is requested by the customer which causes the company to change end user or location provider toll provider designations.

Issued:  June 16, 2006                                                              Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 2
Original Page No. 27

SECTION 2 - RULES AND REGULATIONS, (CONT'D)

2.13    SUBSCRIPTION (Cont'd)

    2.13.4  Verification of Orders for Long Distance Telemarketing

        No toll provider shall submit to the company a primary toll provider change order generated by telemarketing unless and until the order has first been confirmed in accordance with one (1) of the following procedures:

        1.    The toll provider obtains the billed party's written authorization to submit the primary toll provider change order and confirms:

            -    The billed party's billing name and address and each telephone number to be covered by the change order;

            -    The billed party's decision to change primary toll providers; and

            -    The billed party's understanding of the change fee; or

        2.    The toll provider obtains the billed party's electronic authorization to submit the change order. The billed party will place a call, from the telephone number(s) on which the toll provider designation is to be changed, to a toll free telephone number that is dedicated to the toll providers verification process.  The verification number will connect the billed party to a voice response unit that records the originating ANI and the required information described in (1) preceding; or

        3.    An appropriately qualified and independent third party, operating in a location physically separate from the telemarketing representative, obtains the billed party's oral authorization to submit the change order.  This authorization must confirm the order and include appropriate verification data (e.g., the billed party's date of birth or social security number); or

Issued:  June 16, 2006        Effective:  June 17, 2006
Issued by:    Andoni Economou, Vice President
            44 Wall Street, 6th Floor
            New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 1

CONTENTS

SECTION 3 - SWITCHED ACCESS SERVICE

PAGE

3.1     GENERAL ......................................................................................................... 1

3.2     RATE CATEGORIES ....................................................................................... 2

3.3     OBLIGATIONS OF THE COMPANY ............................................................ 4

3.4     OBLIGATIONS OF THE CUSTOMER .......................................................... 7

3.5     RATE REGULATIONS ................................................................................... 8

3.6     RATES AND CHARGES ................................................................................ 10

Issued:  June 16, 2006                                                                    Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 2

SECTION 3 - SWITCHED ACCESS SERVICE

3.1    GENERAL

Switched Access Service, which is available to Customers for their use in furnishing their services to End Users, provides a two-point electrical communications path between a Customer's premises and an End User's premises.  It provides for the use of common terminating, switching and trunking facilities, and for the use of common subscriber plant of the Company.

The application of rates for Switched Access Service is described in Sections 3.5 and 3.6 following. Rates and charges for services other than Switched Access Service, e.g., a Customer interLATA toll message service, may also be applicable when Switched Access Service is used in conjunction with these other services.

3.2    RATE CATEGORIES

The following rate categories which apply to Switched Access Service:

-    Local Switching

-    Local Transport

-    Tandem Switching

-    Common Line  (see Section 5 of this tariff)

3.2.1    Local Switching

Local Switching provides for the use of end office switching equipment. Included in Local Switching are:

Common Switching, which provides the local end office switching functions and optional features.

Transport Termination, which provides for the trunk side arrangements which terminate the Local Transport facilities.  The number of Transport Terminations provided will be determined by the Company.

Where end offices are appropriately equipped, international dialing may be provided.  International dialing provides the capability of switching international calls with service prefix and address codes having more digits than are capable of being switched through a standard equipped end office.

---

Issued:  June 16, 2006                                                                Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 3

SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.2    RATE CATEGORIES, (Cont'd)

    3.2.2    Local Transport

        The Local Transport rate category provides the transmission facilities between the Customer premises and the end office switch(es) where the Customer traffic is switched to originate or terminate its communications.

        Local Transport is a two-way voice frequency transmission path composed of facilities determined by the Company.  The two-way voice frequency path permits the transport of calls in the originating direction (from the End User end office switch to the Customer's premises) and in the terminating direction (from the Customer premises to the end office switch), but not simultaneously.  The voice frequency transmission path may be comprised of any form or configuration of plant capable of and typically used in the telecommunications industry for the transmission of voice and associated telephone signals within the frequency bandwidth of approximately 300 to 3000 Hz.

        The Company will work cooperatively with the Customer in determining (1) whether the service is to be directly routed to an end office switch or through an access tandem switch, and (2) the directionality of the service.

        .1    Transmission Paths

            The number of Transport transmission paths provided is based on the Customer's order and is determined by the Company.

        .2    Interconnection

            Interconnection of non-Company switched access transport facilities is available between an end office and a Customer point of presence where such facilities are provided.

    3.2.3    Tandem Switching

    The Tandem Switching rate category provides transmission facilities between the Customer's POP and the end offices of the Company.

Issued:  June 16, 2006                                                                            Effective:  June 17, 2006
Issued by:       Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 4

SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.3     OBLIGATIONS OF THE COMPANY

The Company has certain obligations pertaining only to the provision of Switched Access Service. These obligations are as follows:

3.3.1          Network Management

The Company will administer its network to provide acceptable service levels to all telecommunications users of the Company's network services. Generally, service levels are considered acceptable only when both End Users and Customers are able to establish connections with little or no delay encountered within the Company's network. The Company maintains the right to apply protective controls, i.e., those actions, such as call gapping, which selectively cancel the completion of any traffic carried over its network, including that associated with a Customer's Switched Access Service. Generally, such protective measures would only be taken as a result of occurrences such as a failure or overload of Company or customer facilities, natural disasters, mass calling or national security demands.

Issued: June 16, 2006                                                                                    Effective: June 17, 2006
Issued by:          Andoni Economou, Vice President
                         44 Wall Street, 6th Floor
                         New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 5

SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.3     OBLIGATIONS OF THE COMPANY, (Cont'd)

    3.3.2          Design and Traffic Routing of Switched Access Service

        The Company shall design and determine the routing of Switched Access Service, including the selection of the first point of switching and the selection of facilities from the interface to any switching point and to the end offices where busy hour minutes of capacity are ordered.  The Company shall also decide if capacity is to be provided by originating only, terminating only, or two-way trunk groups.  Finally, the Company will decide whether trunk side access will be provided through the use of two-wire or four-wire trunk terminating equipment.  Selection of facilities and equipment and traffic routing of the service are based on standard engineering methods, available facilities and equipment and the Company's traffic routing plans.  If the Customer desires different routing or directionality than that determined by the Company, the Company will work cooperatively with the Customer in determining (1) whether the service is to be routed directly to an end office or through an access tandem switch and (2) the directionality of the service.

Issued:  June 16, 2006                                                                                   Effective:  June 17, 2006
Issued by:             Andoni Economou, Vice President
                       44 Wall Street, 6th Floor
                       New York, New York  10005

SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.3    OBLIGATIONS OF THE COMPANY, (Cont'd)

    3.3.3    Provision of Service Performance Data

        Subject to availability, end-to-end service performance data available to the Company through its own service evaluation routines, may also be made available to the Customer based on previously arranged intervals and format.  The data provides information on overall end-to-end call completion and non-completion performance e.g., Customer equipment blockage, failure results and transmission performance.  The data does not include service performance data which is provided under other tariff sections, e.g., testing service results.  If data is to be provided in other than paper format, the charges for such exchange will be determined on an individual case basis.

    3.3.4    Trunk Group Measurements Reports

        Subject to availability, the Company will make available trunk group data in the form of usage in CCS, peg count and overflow to the Customer based on previously agreed to intervals.

Issued:  June 16, 2006                                                                          Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 7

SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.4     OBLIGATIONS OF THE CUSTOMER

The Customer has certain specific obligations pertaining to the use of Switched Access Service. These obligations are as follows:

3.4.1     Report Requirements

Customers are responsible for providing the following reports to the Company, when applicable.

(A)     Jurisdictional Reports

When a Customer orders Switched Access Service for both interstate and intrastate use from the Company, the Customer is responsible for providing reports as set forth in Section 2.10.7 preceding. The Customer is still responsible for providing these reports to the Company even if the access service is not ordered directly from the Company. Charges will be apportioned in accordance with those reports.

(B)     Code Screening Reports

When a Customer orders service call routing, trunk access limitation or call gapping arrangements, it must report the number of trunks and/or the appropriate codes to be instituted in each end office or access tandem switch, for each of the arrangements ordered.

The Company will administer its network in such a manner that the impact of traffic surges due to peaked 900 Access Service traffic on other access service traffic is minimized. Network management controls as defined in Section 3.3.1 may be implemented at the Company option to ensure acceptable service levels

3.4.2     On and Off-Hook Supervision

The Customer facilities shall provide the necessary on and off-hook supervision for accurate timing of calls.

3.4.3     Trunk Group Measurements Reports

With the agreement of the Customer, trunk group data in the form of usage in CCS, peg count and overflow for its end of all access trunk groups, where technologically feasible, will be made available to the Company. The data will be used to monitor trunk group utilization and service performance and will be based on previously arranged intervals and format.

Issued: June 16, 2006                                                                 Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 8

SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.5     RATE REGULATIONS

This section contains the specific regulations governing the rates and charges that apply for Switched Access Service.

Access Charges are applied on a per access minute basis.  Access minute charges are accumulated over a monthly period.

3.5.1     ( A )     Minimum Periods

Switched Access Service is provided for a minimum period of one month.

( B )     Time of Day Usage Rates

Time of day usage rates apply only when a specific rate element is used.  These are applied on a per access minute of use basis or a per call basis. Time of day usage rates are accumulated over a monthly period. Time of day usage rates apply to Switched Access Service as set forth for specific rate elements in paragraph 3.6 following.

( 1 )     Time of Day

The time when the connection is established, determined in accordance with the time ( standard or daylight saving ) legally in use at the point where the calling station is located, determines whether day, evening or night rates apply. Where usage begins     in one rate period and ends in another, the rates in effect for the rate period in which such usage began will apply unless the local exchange carrier implements actual rate period billing. When split rate period billing is available, usage which begins in one rate period and ends in another will be billed at the rates applicable to each rate period.

( 2 )     Rate Periods, if applicable:

| Rate Period | Times From | Applicable To But Not Including | Days Applicable |
|---|---|---|---|
| Day | 8:00 A.M. | 5:00 P.M. | Monday-Friday |
| Evening | 5:00 P.M. | 11:00 P.M. | Monday-Friday |
| Night | 11:00 P.M. | 8:00 A.M. | Monday-Thursday |
|  | 11:00 P.M. | 8:00 A.M. | Weekend ( Friday-Monday ) |

Issued:  June 16, 2006                                                                                    Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                         44 Wall Street, 6th Floor
                         New York, New York  10005

SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.5    RATE REGULATIONS, (Cont'd)

      3.5.2    Cancellation of Access Service Order

            A Customer may cancel an Access Order for the installation of service on any date prior to notification by the Company that service is available for the Customer's Use or prior to the service date, whichever is later.  The cancellation date is the date the Company receives written or verbal notice from the Customer that the order is to be canceled.   The verbal notice must be followed by written confirmation within 10 days.  If a Customer or End User is unable to accept Access Service within 30 calendar days of the original service date, the Access Order will be canceled and applicable charges will apply.

          .1    Prior to Firm Order Confirmation Date

              If an Access Order is canceled prior to the Firm Order Confirmation date, no charges will apply.

          .2    On or After Firm Order Confirmation Date

              If an Access Order is canceled on or after the Firm Order Confirmation date, the Customer will be billed a flat cancellation fee.

              Cancellation Fee              $125.00

Issued:  June 16, 2006                               Effective:  June 17, 2006
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 10

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES

(A)     The following interstate switched access charges apply to customers in BellSouth exchanges in the following states:  Alabama, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina and Tennessee.

(1)     Local Switching

(a)     LS1 and LS2

Per minute of use charge:                $0.0021580

(b)     LS3 and LS4

Per minute of use charge:                $0.0021480

(c)     Transitional Switched Access (SWA) Feature Groups

Per minute of use charge:                $0.0009710

(d)     Transitional SWA Basic Serving Arrangement (BSA)

Per minute of use charge:                $0.0009670

(2)     Common Trunk Port Service

Per trunk/Per minute of use:             $0.0008000

(3)     Common Transport Facility

Per mile/per MOU:                        $0.0000230

(4)     Common Transport Facility Termination

Per mile/per MOU:                        $0.0001760

(5)     Interoffice Channel DS3 to DS1 multiplex

Per minute of use charge:                $0.0003870

(6)     Interoffice Channel DS1 to VG Multiplexer

Per minute of use charge:                $0.0008210

Issued:  June 16, 2006                                              Effective:  June 17, 2006
Issued by:       Andoni Economou, Vice President
                 44 Wall Street, 6th Floor
                 New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 11
Cancels Original Page No. 11

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(A)     The following interstate switched access charges apply to customers in BellSouth exchanges in the
following states:  Alabama, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina and
Tennessee.  (Cont'd)

    (7)     Tandem Switching

         Per minute of use charge:        $0.0011980

    (8)     Interconnection

         Per minute of use charge:        $0.0000000

    (9)     8XX Database Query Service screening with 8XX number delivery

         Per query charge:        $0.004210

    (10)    8XX Database Query Service with optional complex features

         Per query charge:        $0.004296

    (11)    8XX Database Query Service with POTS number delivery

         Per query charge:        $0.003830

    (12)    8XX Database Query Service with POTS number delivery
        and optional complex features

         Per query charge:        $0.004310

    (13)    Common Carrier Line

         Per minute of use charge:        $0.0000000

    (14)    Automatic Number Identification (ANI)

         Per call, per ANI delivered charge:        $0.00008

    (15)    Network Blocking

         Per call blocked charge:        $0.0084

T
|
T

---

Issued:  April 23, 2008

Issued by:      Andoni Economou, Vice President
           44 Wall Street, 6th Floor
           New York, New York  10005

Effective:  April 24, 2008

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 12

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(B)     The following interstate switched access charges apply to customers in Verizon (former Bell Atlantic) exchanges in the following states:  Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania and Virginia.

    (1)     Tandem Transport – All zones

        Per mile/per MOU charge:                    $0.000030

    (2)     Tandem Switching – All zones

        Per minute of use charge:                   $0.001161

    (3)     Dedicated Tandem Trunk Port – Host/Remote

        Per minute of use charge:                   $0.000451

    (4)     Transport Multiplexing DS3 to DS1

        Per minute of use charge:                   $0.000000

    (5)     Transport Interconnection

        Per minute of use charge:                   $0.000000

Issued:  June 16, 2006                                                      Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 13
Cancels Original Page No. 13

T
|
T

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (B)     The following interstate switched access charges apply to customers in Verizon (former Bell Atlantic) exchanges in the following states:  Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania and Virginia. (Cont'd)

        (6)     Local Switching

            (a)     LS1 Feature Group A & B (except for FGB when subscribed to by MTS and WATS provider)

                Per minute of use charge:                $0.002431

            (b)     LS1 Lineside BSA and Trunkside BSA 950 option (except for Trunkside 950 option when subscribed to by MTS and WATS provider)

                Per minute of use charge:                $0.002428

            (c)     LS2 Feature Group C & D (and for FGB when subscribed to by MTS and WATS provider)

                Per minute of use charge:                $0.002431

            (d)     LS2 Trunkside BSA-MTS/WATS option and trunkside BSA 101164x option and for trunkside BSA 950 option (when subscribed to by MTS and WATS provider)

                Per minute of use charge:                $0.002428

            (e)     Transitional FGA and FGB (except for FGB when subscribed to by MTS and WATS provider)

                Per minute of use charge:                $0.001094

            (f)     Transitional Lineside BSA and Trunkside BSA 950 option (except for trunkside BSA 950 option when subscribed to by MTS and WATS provider)

                Per minute of use charge:                $0.001093

            (g)     Shared End Office Trunk

                Per minute of use charge:                $0.001595

        (7)     8XX Database Query Service

                Per query charge:                $0.003702

Issued:  April 23, 2008                Effective:  April 24, 2008
Issued by:       Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 14
Cancels Original Page No. 14

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(B)     The following interstate switched access charges apply to customers in Verizon (former Bell
Atlantic) exchanges in the following states:  Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania
and Virginia. (Cont'd)

T
|
T

(8)     8XX Database Query Service with vertical feature package

Per query charge:                                $0.001937

(9)     Common Carrier Line

Per minute of use charge:                        $0.0000000

(10)    ANI

Per call:                                        $0.000500

Issued:  April 23, 2008                                                         Effective:  April 24, 2008
Issued by:           Andoni Economou, Vice President
                     44 Wall Street, 6th Floor
                     New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 15

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(C)     The following interstate switched access charges apply to customers in Verizon (former NYNEX) exchanges in the following states:  Massachusetts, New York, Connecticut, Maine, New Hampshire, Rhode Island, Vermont.

    (1)     Tandem Switched Transport and Host/Remote Switched Transport

        Per mile/Per MOU Charge:            $0.000030

    (2)     Tandem Switching

        Per minute of use:            $0.001161

    (3)     Transport Multiplexing (DS3 to DS1)

        Per minute of use:            $0.000000

    (4)     Host/Remote Transport Termination

        Per minute of use:            $0.001687

    (5)     Host/Remote Transport Facility

        Per mile:            $0.000000

    (6)     Interconnection

        Per MOU orig/term:            $0.000000

Issued:  June 16, 2006                                Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                 44 Wall Street, 6th Floor
                 New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 16
Cancels Original Page No. 16

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (C)     The following interstate switched access charges apply to customers in Verizon (former NYNEX) exchanges in the following states:  Massachusetts, New York, Connecticut, Maine, New Hampshire, Rhode Island, Vermont. (Cont'd)

T
|
T

    (7)     Network Blocking

        Per call:                                             $0.010699

        (a)     LS1 and LS2

            Per minute of use:                            $0.002084

        (b)     LS1 and LS2 – BSA

            Per minute of use:                            $0.002084

        (c)     Transitional rate FGA and FGB

            Per minute of use:                            $0.000938

        (d)     Transitional rate CSL BSA and CST BSA Option 1

            Per minute of use:                            $0.000931

    (8)     ANI – per attempt

        Per call:                                             $0.000630

    (9)     Shared End Office Trunk Port

        Per minute of use:                            $0.001595

Issued:  April 23, 2008                                                                 Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 17
Cancels Original Page No. 17

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(C)     The following interstate switched access charges apply to customers in Verizon (former NYNEX) exchanges in the following states:  Massachusetts, New York, Connecticut, Maine, New Hampshire, Rhode Island, Vermont. (Cont'd)

        T
        |
        T

    (10)     800 Data Base Access Service per query

        (a)     Customer ID Charge

            Per call:                $0.003702

        (b)     800 to POTS Number Translation

            Per call:                $0.000991

        (c)     Call Handling and Destination Feature

            Per call:                $0.001937

    (11)     Carrier Common Line – Premium and Non-Premium

        Per MOU orig/term:          $0.000000

Issued:  April 23, 2008                                 Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 18

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.).    T

CALIFORNIA – Verizon California Inc. – OCN 2319

(1)    Local Switching

(a)    End Office Switching – bundled – EOSB - Premium

Per minute of use:                                    $0.0019019

(b)    End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                                    $0.0008559

(c)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                    $0.0019019

(d)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                    $0.0008559

(e)    Information surcharge

Per minute of use:                                    $0.0000000

(f)    Shared trunk port

Per minute of use:                                    $0.0016869

Issued:  June 16, 2006                                    Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 19
Cancels Original Page No. 19

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

CALIFORNIA – Verizon California Inc. – OCN 2319     T

(2)     Transport

(a)     Tandem Switched Transport Facility (all zones)

Per Mile/Per MOU Charge:                    $0.0000180

(b)     Tandem Switched Transport Termination (all zones)

Per minute of use:                          $0.0000450

(c)     Tandem Switching (all zones)

Per minute of use:                          $0.0004228

(d)     Shared Multiplexing

Per minute of use:                          $0.0000147

(e)     Interconnection – prem/non-prem – orig/term

Per minute of use:                          $0.0000000

(3)     800/877/888 Data Base Query Service

(a)     800 DB per query Prem/Basic

Per query:                                  $0.0086990

(4)     Network Blocking

Per call:                                   $0.0170000

(5)     ANI Identification – per attempt

Per call:                                   $0.0001600

(6)     CCL – Prem/Non-Prem – Orig/Term

Per minute of use:                          $0.0000000

---

Issued:  April 22, 2208                                      Effective:  April 24, 2008
Issued by:     Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 20
Cancels Original Page No. 20

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

CALIFORNIA-WC – Verizon West Coast Inc. – OCN 2344

(1)     Local Switching

(a)     End Office Switching – bundled – EOSB - Premium

Per minute of use:                                    $0.0000000

(b)     End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                                    $0.0000000

(c)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                    $0.0000000

(d)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                    $0.0000000

(e)     Information surcharge

Per minute of use:                                    $0.0000000

(f)     Shared trunk port

Per minute of use:                                    $0.0000000

Issued by:     Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 21
Cancels Original Page No. 21

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)      T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC      |
(Micronesian Telecommunications Corp.). (Cont'd)      T

                                                                                                               T
CALIFORNIA-WC – Verizon West Coast Inc. – OCN 2344

        (2)     Transport

                (a)     Tandem Switched Transport Facility (all zones)

                        Per Mile/Per MOU Charge:                              $0.0000000

                (b)     Tandem Switched Transport Termination (all zones)

                        Per minute of use:                                   $0.0000000

                (c)     Tandem Switching (all zones)

                        Per minute of use:                                   $0.0000000

                (d)     Shared Multiplexing

                        Per minute of use:                                   $0.0000000

                (e)     Interconnection – prem/non-prem – orig/term

                        Per minute of use:                                   $0.0000000

        (3)     800/877/888 Data Base Query Service

                (a)     800 DB per query Prem/Basic

                        Per query:                                           $0.0000000

        (4)     Network Blocking

                Per call:                                                    $0.016000

        (5)     ANI Identification – per attempt

                Per call:                                                    $0.000140

        (6)     CCL – Prem/Non-Prem – Orig/Term

                Per minute of use:                                           $0.0000000

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 22
Cancels Original Page No. 22

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

    (D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

        FLORIDA – Verizon Florida Inc. – OCN 0328

      (1)    Local Switching

          (a)    End Office Switching – bundled – EOSB - Premium

              Per minute of use:                                    $0.0032104

          (b)    End Office Switching – bundled – EOSB – Non-Premium

              Per minute of use:                                    $0.0014447

          (c)    End Office Switching – unbundled – EOSU –
              circuit switched line and trunk – Premium

              Per minute of use:                                    $0.0032104

          (d)    End Office Switching – unbundled – EOSU –
              circuit switched line and trunk – Non-Premium

              Per minute of use:                                    $0.0014447

          (e)    Information surcharge

              Per minute of use:                                    $0.0000000

          (f)    Shared trunk port

              Per minute of use:                                    $0.0002324

Issued:  April 23, 2008                                                      Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 23
Cancels Original Page No. 23

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     T
(Micronesian Telecommunications Corp.). (Cont'd)

                                                                                                                T

FLORIDA – Verizon Florida Inc. – OCN 0328

(2)     Transport

        (a)     Tandem Switched Transport Facility (all zones)

                Per Mile/Per MOU Charge:                          $0.0000480

        (b)     Tandem Switched Transport Termination (all zones)

                Per minute of use:                               $0.0001360

        (c)     Tandem Switching (all zones)

                Per minute of use:                               $0.0021170

        (d)     Shared Multiplexing

                Per minute of use:                               $0.0000458

        (e)     Interconnection – prem/non-prem – orig/term

                Per minute of use:                               $0.0000000

(3)     800/877/888 Data Base Query Service

        (a)     800 DB per query Prem/Basic

                Per query:                                       $0.0075179

(4)     Network Blocking

        Per call:                                                $0.0140000

(5)     ANI Identification – per attempt

        Per call:                                                $0.0001500

(6)     CCL – Prem/Non-Prem – Orig/Term

        Per minute of use:                                       $0.0000000

---

Issued:  April 23, 2008                                          Effective:  April 24, 2008
Issued by:       Andoni Economou, Vice President
                 44 Wall Street, 6th Floor
                 New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 24
Cancels Original Page No. 24

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)       T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

HAWAII

(1)    Local Switching

(a)    End Office Switching – bundled – EOSB - Premium

Per minute of use:                          $0.0017385

(b)    End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                          $0.0008026

(c)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                          $0.0017835

(d)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                          $0.0008026

(e)    Information surcharge

Per minute of use:                          $0.0000000

(f)    Shared trunk port

Per minute of use:                          $0.0008098

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 25
Cancels Original Page No. 25

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

    (D)    The following interstate switched access charges apply to customers in Verizon (former GTE) exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC (Micronesian Telecommunications Corp.). (Cont'd)

        HAWAII

      (2)    Transport

           (a)    Tandem Switched Transport Facility (all zones)

               Per Mile/Per MOU Charge:          $0.0000300

           (b)    Tandem Switched Transport Termination (all zones)

               Per minute of use:          $0.0001300

           (c)    Tandem Switching (all zones)

               Per minute of use:          $0.0012000

           (d)    Shared Multiplexing

               Per minute of use:          $0.0000356

           (e)    Interconnection – prem/non-prem – orig/term

               Per minute of use:          $0.0000000

      (3)    800/877/888 Data Base Query Service

           (a)    800 DB per query Prem/Basic

               Per query:          $0.0082007

      (4)    Network Blocking

           Per call:          $0.0180000

      (5)    ANI Identification – per attempt

           Per call:          $0.0001600

      (6)    CCL – Prem/Non-Prem – Orig/Term

           Per minute of use:          $0.0000000

T
|
|
T

T

Issued:  April 23, 2008          Effective:  April 24, 2008
Issued by:    Andoni Economou, Vice President
          44 Wall Street, 6th Floor
          New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 26
Cancels Original Page No. 26

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

IDAHO – Verizon Northwest Inc. – OCN 4321

(1)     Local Switching

(a)     End Office Switching – bundled – EOSB - Premium

Per minute of use:                                            $0.0013794

(b)     End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                                            $0.0006207

(c)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                            $0.0013794

(d)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                            $0.0006207

(e)     Information surcharge

Per minute of use:                                            $0.0000000

(f)     Shared trunk port

Per minute of use:                                            $0.0006407

Issued:  April 23, 2008                                                Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 27
Cancels Original Page No. 27

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

IDAHO – Verizon Northwest Inc. – OCN 4321    T

(2)    Transport

(a)    Tandem Switched Transport Facility (all zones)

Per Mile/Per MOU Charge:    $0.0000160

(b)    Tandem Switched Transport Termination (all zones)

Per minute of use:    $0.0001360

(c)    Tandem Switching (all zones)

Per minute of use:    $0.0013973

(d)    Shared Multiplexing

Per minute of use:    $0.0000529

(e)    Interconnection – prem/non-prem – orig/term

Per minute of use:    $0.0000000

(3)    800/877/888 Data Base Query Service

(a)    800 DB per query Prem/Basic

Per query:    $0.0097337

(4)    Network Blocking

Per call:    $0.0220000

(5)    ANI Identification – per attempt

Per call:    $0.0001300

(6)    CCL – Prem/Non-Prem – Orig/Term

Per minute of use:    $0.0000000

Issued:  April 23, 2008    Effective:  April 24, 2008
Issued by:    Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 28
Cancels Original Page No. 28

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (D)     The following interstate switched access charges apply to customers in Verizon (former GTE) exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC (Micronesian Telecommunications Corp.). (Cont'd)

        ILLINOIS –      Verizon North Inc. – OCN 1015
                             Verizon South Inc. (AllTel) – OCN 1000

      (1)     Local Switching

            (a)     End Office Switching – bundled – EOSB - Premium

                Per minute of use:                      $0.0018715

            (b)     End Office Switching – bundled – EOSB – Non-Premium

                Per minute of use:                      $0.0008422

            (c)     End Office Switching – unbundled – EOSU –
                      circuit switched line and trunk – Premium

                Per minute of use:                      $0.0018715

            (d)     End Office Switching – unbundled – EOSU –
                      circuit switched line and trunk – Non-Premium

                  Per minute of use:                      $0.0008422

            (e)     Information surcharge

                Per minute of use:                      $0.0000000

            (f)     Shared trunk port

                  Per minute of use:                      $0.0006571

T
|
|
T

---

Issued:  April 23, 2008                                                 Effective:  April 24, 2008
Issued by:         Andoni Economou, Vice President
                   44 Wall Street, 6th Floor
                   New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 29
Cancels Original Page No. 29

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    T
(Micronesian Telecommunications Corp.). (Cont'd)

ILLINOIS –    Verizon North Inc. – OCN 1015    T
               Verizon South Inc. (AllTel) – OCN 1000    T

(2)    Transport

       (a)    Tandem Switched Transport Facility (all zones)

              Per Mile/Per MOU Charge:                             $0.0000332

       (b)    Tandem Switched Transport Termination (all zones)

              Per minute of use:                                   $0.0001280

       (c)    Tandem Switching (all zones)

              Per minute of use:                                   $0.0021335

       (d)    Shared Multiplexing

              Per minute of use:                                   $0.0000400

       (e)    Interconnection – prem/non-prem – orig/term

              Per minute of use:                                   $0.0000000

(3)    800/877/888 Data Base Query Service

       (a)    800 DB per query Prem/Basic

              Per query:                                           $0.0098375

(4)    Network Blocking

       Per call:                                                   $0.0160000

(5)    ANI Identification – per attempt

       Per call:                                                   $0.0001300

(6)    CCL – Prem/Non-Prem – Orig/Term

       Per minute of use:                                          $0.0000000

---

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:       Andoni Economou, Vice President
                 44 Wall Street, 6th Floor
                 New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 30
Cancels Original Page No. 30

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC
(Micronesian Telecommunications Corp.). (Cont'd)

T
|
|
T

INDIANA -     Verizon North Inc. – OCN 0772
              Verizon (Contel of South) – OCN 0831

(1)     Local Switching

(a)     End Office Switching – bundled – EOSB - Premium

Per minute of use:                              $0.0020889

(b)     End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                              $0.0009400

(c)     End Office Switching – unbundled – EOSU –
        circuit switched line and trunk – Premium

Per minute of use:                              $0.0020889

(d)     End Office Switching – unbundled – EOSU –
        circuit switched line and trunk – Non-Premium

Per minute of use:                              $0.0009400

(e)     Information surcharge

Per minute of use:                              $0.0000000

(f)     Shared trunk port

Per minute of use:                              $0.0007198

Issued:  April 23, 2008                                         Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 31
Cancels Original Page No. 31

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

    (D)    The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

         T
         T

             INDIANA -    Verizon North Inc. – OCN 0772
                           Verizon (Contel of South) – OCN 0831

       (2)    Transport

             (a)    Tandem Switched Transport Facility (all zones)

                 Per Mile/Per MOU Charge:    $0.0000242

             (b)    Tandem Switched Transport Termination (all zones)

                 Per minute of use:    $0.0001120

             (c)    Tandem Switching (all zones)

                 Per minute of use:    $0.0015492

             (d)    Shared Multiplexing

                 Per minute of use:    $0.0000357

             (e)    Interconnection – prem/non-prem – orig/term

                 Per minute of use:    $0.0000000

       (3)    800/877/888 Data Base Query Service

             (a)    800 DB per query Prem/Basic

                 Per query:    $0.0090888

       (4)    Network Blocking

             Per call:    $0.0190000

       (5)    ANI Identification – per attempt

             Per call:    $0.0001400

       (6)    CCL – Prem/Non-Prem – Orig/Term

             Per minute of use:    $0.0000000

Issued:  April 23, 2008    Effective:  April 24, 2008
Issued by:    Andoni Economou, Vice President
                 44 Wall Street, 6th Floor
                 New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 32
Cancels Original Page No. 32

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

                                                                                  T

MICHIGAN -     Verizon North Inc. – OCN 0695     T
                        Verizon North Inc. (AllTel) – OCN 0681     T

(1)     Local Switching

      (a)     End Office Switching – bundled – EOSB - Premium

           Per minute of use:                                  $0.0014123

      (b)     End Office Switching – bundled – EOSB – Non-Premium

           Per minute of use:                                  $0.0006355

      (c)     End Office Switching – unbundled – EOSU –
           circuit switched line and trunk – Premium

           Per minute of use:                                  $0.0014123

      (d)     End Office Switching – unbundled – EOSU –
           circuit switched line and trunk – Non-Premium

           Per minute of use:                                  $0.0006355

      (e)     Information surcharge

           Per minute of use:                                  $0.0000000

      (f)     Shared trunk port

           Per minute of use:                                  $0.0005292

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 33
Cancels Original Page No. 33

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE) exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC (Micronesian Telecommunications Corp.). (Cont'd)

|  |  | T |
| --- | --- | --- |
|  |  | &#124; |
|  |  | &#124; |
|  |  | T |

MICHIGAN -    Verizon North Inc. – OCN 0695
              Verizon North Inc. (AllTel) – OCN 0681

|  | T |
| --- | --- |
|  | T |

(2)    Transport

    (a)    Tandem Switched Transport Facility (all zones)

       Per Mile/Per MOU Charge:                              $0.0000350

    (b)    Tandem Switched Transport Termination (all zones)

       Per minute of use:                                    $0.0001502

    (c)    Tandem Switching (all zones)

       Per minute of use:                                    $0.0015858

    (d)    Shared Multiplexing

       Per minute of use:                                    $0.0000387

    (e)    Interconnection – prem/non-prem – orig/term

       Per minute of use:                                    $0.0000000

(3)    800/877/888 Data Base Query Service

    (a)    800 DB per query Prem/Basic

       Per query:                                            $0.0090183

(4)    Network Blocking

   Per call:                                                 $0.0140000

(5)    ANI Identification – per attempt

   Per call:                                                 $0.0001300

(6)    CCL – Prem/Non-Prem – Orig/Term

   Per minute of use:                                        $0.0000000

---

Issued:  April 23, 2008                                                Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 34
Cancels Original Page No. 34

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

T

NORTH CAROLINA – Verizon South Inc. – OCN 4334

(1)    Local Switching

(a)    End Office Switching – bundled – EOSB - Premium

Per minute of use:                                    $0.0023457

(b)    End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                                    $0.0010556

(c)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                    $0.0023457

(d)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                    $0.0010556

(e)    Information surcharge

Per minute of use:                                    $0.0000000

(f)    Shared trunk port

Per minute of use:                                    $0.0006170

Issued:  April 23, 2008                                                        Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 35
Cancels Original Page No. 35

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

                                                                                                    T

NORTH CAROLINA – Verizon South Inc. – OCN 4334

(2)     Transport

        (a)     Tandem Switched Transport Facility (all zones)

                Per Mile/Per MOU Charge:                          $0.0000402

        (b)     Tandem Switched Transport Termination (all zones)

                Per minute of use:                               $0.0001249

        (c)     Tandem Switching (all zones)

                Per minute of use:                               $0.0014858

        (d)     Shared Multiplexing

                Per minute of use:                               $0.0000291

        (e)     Interconnection – prem/non-prem – orig/term

                Per minute of use:                               $0.0000000

(3)     800/877/888 Data Base Query Service

        (a)     800 DB per query Prem/Basic

                Per query:                                       $0.0090800

---

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 36
Cancels Original Page No. 36

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE) exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC (Micronesian Telecommunications Corp.). (Cont'd)

        NORTH CAROLINA – Verizon South Inc. – OCN 4334

| | | |
|---|---|---|
| (4) | Network Blocking | |
| | Per call: | $0.0170000 |
| (5) | ANI Identification – per attempt | |
| | Per call: | $0.0001600 |
| (6) | CCL – Premium – Origination | |
| | Per minute of use: | $0.0029258 |
| (7) | CCL – Premium – Termination | |
| | Per minute of use: | $0.0000000 |
| (8) | CCL – Non-Premium – Origination | |
| | Per minute of use: | $0.0013166 |
| (9) | CCL – Non-Premium – Termination | |
| | Per minute of use: | $0.0000000 |

T
|
|
T

T

Issued:  April 23, 2008        Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
           44 Wall Street, 6th Floor
           New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 37
Cancels Original Page No. 37

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

OHIO – Verizon North Inc. – OCN 0615    T

(1)    Local Switching

(a)    End Office Switching – bundled – EOSB - Premium

Per minute of use:                                      $0.0022077

(b)    End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                                      $0.0009934

(c)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                      $0.0022481

(d)    End Office Switching – unbundled – EOSU –
circuit switched line – Premium

Per minute of use:                                      $0.0022077

(e)    End Office Switching – unbundled – EOSU –
circuit switched trunk – Premium

Per minute of use:                                      $0.0022207

(f)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                      $0.0009934

(g)    Information surcharge

Per minute of use:                                      $0.0000000

(h)    Shared trunk port

Per minute of use:                                      $0.0015479

Issued:  April 23, 2008                                                      Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 38
Cancels Original Page No. 38

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

    (D)    The following interstate switched access charges apply to customers in Verizon (former GTE) exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC (Micronesian Telecommunications Corp.). (Cont'd)

        OHIO – Verizon North Inc. – OCN 0615

        (2)    Transport

            (a)    Tandem Switched Transport Facility (all zones)

                Per Mile/Per MOU Charge:      $0.0000157

            (b)    Tandem Switched Transport Termination (all zones)

                Per minute of use:      $0.0000794

            (c)    Tandem Switching (all zones)

                Per minute of use:      $0.0007921

            (d)    Shared Multiplexing

                Per minute of use:      $0.0000645

            (e)    Interconnection – prem/non-prem – orig/term

                Per minute of use:      $0.0000000

        (3)    800/877/888 Data Base Query Service

            (a)    800 DB per query Prem/Basic

                Per query:      $0.0085684

        (4)    Network Blocking

            Per call:      $0.0170000

        (5)    ANI Identification – per attempt

            Per call:      $0.0001500

        (6)    CCL – Prem/Non-Prem – Orig/Term

            Per minute of use:      $0.0000000

Issued:  April 23, 2008                Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 39
Cancels Original Page No. 39

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

    (D)    The following interstate switched access charges apply to customers in Verizon (former GTE) exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC (Micronesian Telecommunications Corp.). (Cont'd)

        OREGON – Verizon Northwest Inc. – OCN 4323

        (1)    Local Switching

            (a)    End Office Switching – bundled – EOSB - Premium

                Per minute of use:          $0.0022081

            (b)    End Office Switching – bundled – EOSB – Non-Premium

                Per minute of use:          $0.0099360

            (c)    End Office Switching – unbundled – EOSU –
                circuit switched line and trunk – Premium

                Per minute of use:          $0.0022081

            (d)    End Office Switching – unbundled – EOSU –
                circuit switched line and trunk – Non-Premium

                Per minute of use:          $0.0009936

            (e)    Information surcharge

                Per minute of use:          $0.0000000

            (f)    Shared trunk port

                Per minute of use:          $0.0007144

T
|
|
T

---

Issued:  April 23, 2008                                          Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 40
Cancels Original Page No. 40

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

OREGON – Verizon Northwest Inc. – OCN 4323    T

(2)    Transport

(a)    Tandem Switched Transport Facility (all zones)

Per Mile/Per MOU Charge:                                $0.0.0000240

(b)    Tandem Switched Transport Termination (Zone 1)

Per minute of use:                                $0.0002253

(c)    Tandem Switched Transport Termination (Zone 2)

Per minute of use:                                $0.0004787

(d)    Tandem Switched Transport Termination (Zone 3)

Per minute of use:                                $0.0004787

(e)    Tandem Switching (all zones)

Per minute of use:                                $0.0032755

(f)    Shared Multiplexing

Per minute of use:                                $0.0000600

(g)    Interconnection – prem/non-prem – orig/term

Per minute of use:                                $0.0000000

(3)    800/877/888 Data Base Query Service

(a)    800 DB per query Prem/Basic

Per query:                                $0.0098131

---

Issued:  April 23, 2008                                Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 41
Cancels Original Page No. 41

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

   (D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

OREGON – Verizon Northwest Inc. – OCN 4323    T

     (4)    Network Blocking

        Per call:                                                                                      $0.0160000

     (5)    ANI Identification – per attempt

        Per call:                                                                                      $0.0001400

     (6)    CCL – Prem/Non-Prem – Orig/Term

        Per minute of use:                                                                     $0.0000000

Issued:  April 23, 2008                                                                  Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 42
Cancels Original Page No. 42

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

PENNSYLVANIA – Verizon North Inc. – OCN 0169

(1)     Local Switching

(a)     End Office Switching – bundled – EOSB - Premium

Per minute of use:                              $0.0025880

(b)     End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                              $0.0011646

(c)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                              $0.0025880

(d)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                              $0.0011646

(e)     Information surcharge

Per minute of use:                              $0.0000000

(f)     Shared trunk port

Per minute of use:                              $0.0005570

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 43
Cancels Original Page No. 43

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE) exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC (Micronesian Telecommunications Corp.). (Cont'd)

PENNSYLVANIA – Verizon North Inc. – OCN 0169

(2)    Transport

(a)    Tandem Switched Transport Facility (all zones)

Per Mile/Per MOU Charge:                              $0.0000442

(b)    Tandem Switched Transport Termination (all zones)

Per minute of use:                                   $0.0001360

(c)    Tandem Switching (all zones)

Per minute of use:                                   $0.0018301

(d)    Shared Multiplexing

Per minute of use:                                   $0.0000400

(e)    Interconnection – prem/non-prem – orig/term

Per minute of use:                                   $0.0000000

(3)    800/877/888 Data Base Query Service

(a)    800 DB per query Prem/Basic

Per query:                                           $0.0092808

(4)    Network Blocking

Per call:                                            $0.0140000

(5)    ANI Identification – per attempt

Per call:                                            $0.0001500

(6)    CCL – Prem/Non-Prem – Orig/Term

Per minute of use:                                   $0.0000000

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 44
Cancels Original Page No. 44

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC
(Micronesian Telecommunications Corp.). (Cont'd)

T
|
|
T

SOUTH CAROLINA -    Verizon South Inc. – OCN 4335
Verizon South Inc. (Contel) – OCN 0526

(1)    Local Switching

(a)    End Office Switching – bundled – EOSB - Premium

Per minute of use:                                      $0.0023714

(b)    End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                                      $0.0010672

(c)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                      $0.0023714

(d)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                      $0.0010672

(e)    Information surcharge

Per minute of use:                                      $0.0000000

(f)    Shared trunk port

Per minute of use:                                      $0.0005352

Issued:  April 23, 2008                                                        Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 45
Cancels Original Page No. 45

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

            SOUTH CAROLINA -     Verizon South Inc. – OCN 4335     T  T
                                  Verizon South Inc. (Contel) – OCN 0526     T

    (2)     Transport

        (a)     Tandem Switched Transport Facility (all zones)

            Per Mile/Per MOU Charge:     $0.0000241

        (b)     Tandem Switched Transport Termination (all zones)

            Per minute of use:     $0.0001026

        (c)     Tandem Switching (all zones)

            Per minute of use:     $0.0009747

        (d)     Shared Multiplexing

            Per minute of use:     $0.0000230

        (e)     Interconnection – prem/non-prem – orig/term

            Per minute of use:     $0.0000000

    (3)     800/877/888 Data Base Query Service

        (a)     800 DB per query Prem/Basic

            Per query:     $0.0086768

    (4)     Network Blocking

        Per call:     $0.0170000

    (5)     ANI Identification – per attempt

        Per call:     $0.0001500

    (6)     CCL – Prem/Non-Prem – Orig/Term

        Per minute of use:     $0.0000000

Issued:  April 23, 2008     Effective:  April 24, 2008
Issued by:     Andoni Economou, Vice President
              44 Wall Street, 6th Floor
              New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 46
Cancels Original Page No. 46

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

    (D)    The following interstate switched access charges apply to customers in Verizon (former GTE) exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC (Micronesian Telecommunications Corp.). (Cont'd)

        TEXAS – Verizon Southwest Inc. – OCN 4344

    (1)    Local Switching

        (a)    End Office Switching – bundled – EOSB - Premium

            Per minute of use:                $0.0023556

        (b)    End Office Switching – bundled – EOSB – Non-Premium

            Per minute of use:                $0.0010600

        (c)    End Office Switching – unbundled – EOSU –
                circuit switched line and trunk – Premium

            Per minute of use:                $0.0023556

        (d)    End Office Switching – unbundled – EOSU –
                circuit switched line and trunk – Non-Premium

            Per minute of use:                $0.00106000

        (e)    Information surcharge

            Per minute of use:                $0.0000000

        (f)    Shared trunk port

            Per minute of use:                $0.0011590

T
|
|
T

---

Issued:  April 23, 2008                                       Effective:  April 24, 2008
Issued by:       Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 47
Cancels Original Page No. 47

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

                                                                                                                                                                    T
        TEXAS – Verizon Southwest Inc. – OCN 4344

        (2)    Transport

                (a)    Tandem Switched Transport Facility (all zones)

                        Per Mile/Per MOU Charge:                              $0.0000152

                (b)    Tandem Switched Transport Termination (all zones)

                        Per minute of use:                                        $0.0000440

                (c)    Tandem Switching (all zones)

                        Per minute of use:                                        $0.0006202

                (d)    Shared Multiplexing

                        Per minute of use:                                        $0.0000500

                (e)    Interconnection – prem/non-prem – orig/term

                        Per minute of use:                                        $0.0000000

        (3)    800/877/888 Data Base Query Service

                (a)    800 DB per query Prem/Basic

                        Per query:                                                  $0.0088468

        (4)    Network Blocking

                Per call:                                                                $0.0180000

        (5)    ANI Identification – per attempt

                Per call:                                                                $0.0001600

        (6)    CCL – Prem/Non-Prem – Orig/Term

                Per minute of use:                                                $0.0000000

Issued:  April 23, 2008                                                                        Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 48
Cancels Original Page No. 48

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

VIRGINIA – Verizon South Inc. – OCN 4337

(1)     Local Switching

(a)     End Office Switching – bundled – EOSB - Premium

Per minute of use:                          $0.0042344

(b)     End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                          $0.0019055

(c)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                          $0.0042344

(d)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                          $0.0019055

(e)     Information surcharge

Per minute of use:                          $0.0000000

(f)     Shared trunk port

Per minute of use:                          $0.0004264

Issued:  April 23, 2008                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 49
Cancels Original Page No. 49

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

    (D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

        VIRGINIA – Verizon South Inc. – OCN 4337    T

| | | | |
|---|---|---|---|
| (2) | Transport | | |
| | (a) | Tandem Switched Transport Facility (all zones) | |
| | | Per Mile/Per MOU Charge: | $0.0000119 |
| | (b) | Tandem Switched Transport Termination (all zones) | |
| | | Per minute of use: | $0.0000377 |
| | (c) | Tandem Switching (all zones) | |
| | | Per minute of use: | $0.0038369 |
| | (d) | Shared Multiplexing | |
| | | Per minute of use: | $0.0000243 |
| | (e) | Interconnection – prem/non-prem – orig/term | |
| | | Per minute of use: | $0.0000000 |
| (3) | 800/877/888 Data Base Query Service | | |
| | (a) | 800 DB per query Prem/Basic | |
| | | Per query: | $0.0073320 |
| (4) | Network Blocking | | |
| | Per call: | | $0.0170000 |
| (5) | ANI Identification – per attempt | | |
| | Per call: | | $0.0001500 |
| (6) | CCL – Prem/Non-Prem – Orig/Term | | |
| | Per minute of use: | | $0.0000000 |

Issued:  April 23, 2008    Effective:  April 24, 2008
Issued by:    Andoni Economou, Vice President
        44 Wall Street, 6th Floor
        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 50
Cancels Original Page No. 50

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

WASHINGTON – Verizon Northwest Inc. – OCN 4324

(1)    Local Switching

(a)    End Office Switching – bundled – EOSB - Premium

Per minute of use:                          $0.0019030

(b)    End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                          $0.0008564

(c)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                          $0.0019030

(d)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                          $0.0008564

(e)    Information surcharge

Per minute of use:                          $0.0000000

(f)    Shared trunk port

Per minute of use:                          $0.0003861

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 51
Cancels Original Page No. 51

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

WASHINGTON – Verizon Northwest Inc. – OCN 4324     T

    (2)     Transport

        (a)     Tandem Switched Transport Facility (all zones)

            Per Mile/Per MOU Charge:                         $0.0000644

        (b)     Tandem Switched Transport Termination (all zones)

            Per minute of use:                              $0.0001733

        (c)     Tandem Switching (all zones)

            Per minute of use:                              $0.0031863

        (d)     Shared Multiplexing

            Per minute of use:                              $0.0000400

        (e)     Interconnection – prem/non-prem – orig/term

            Per minute of use:                              $0.0000000

    (3)     800/877/888 Data Base Query Service

        (a)     800 DB per query Prem/Basic

            Per query:                                      $0.0099138

    (4)     Network Blocking

        Per call:                                           $0.0160000

    (5)     ANI Identification – per attempt

        Per call:                                           $0.0001500

    (6)     CCL – Prem/Non-Prem – Orig/Term

        Per minute of use:                                  $0.0000000

Issued:  April 23, 2008                                                     Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
             44 Wall Street, 6th Floor
             New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 52
Cancels Original Page No. 52

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

WISCONSIN – Verizon North, Inc. – OCN 0886

(1)     Local Switching

(a)     End Office Switching – bundled – EOSB - Premium

Per minute of use:                    $0.0025672

(b)     End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:                    $0.0011552

(c)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                    $0.0025672

(d)     End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                    $0.0011552

(e)     Information surcharge

Per minute of use:                    $0.0000000

(f)     Shared trunk port

Per minute of use:                    $0.0006610

Issued:  April 23, 2008                                                        Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 53
Cancels Original Page No. 53

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(D)     The following interstate switched access charges apply to customers in Verizon (former GTE)     T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,     |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC     |
(Micronesian Telecommunications Corp.). (Cont'd)     T

WISCONSIN – Verizon North, Inc. – OCN 0886

(2)     Transport

(a)     Tandem Switched Transport Facility (all zones)

Per Mile/Per MOU Charge:                    $0.0000240

(b)     Tandem Switched Transport Termination (all zones)

Per minute of use:                          $0.0001199

(c)     Tandem Switching (all zones)

Per minute of use:                          $0.0011985

(d)     Shared Multiplexing

Per minute of use:                          $0.0000291

(e)     Interconnection – prem/non-prem – orig/term

Per minute of use:                          $0.0000000

(3)     800/877/888 Data Base Query Service

(a)     800 DB per query Prem/Basic

Per query:                                  $0.0079984

(4)     Network Blocking

Per call:                                   $0.0210000

(5)     ANI Identification – per attempt

Per call:                                   $0.0001300

(6)     CCL – Prem/Non-Prem – Orig/Term

Per minute of use:                          $0.0000000

Issued:  April 23, 2008                                                 Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 54
Cancels Original Page No. 54

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

MTC

(1)    Local Switching

(a)    End Office Switching – bundled – EOSB - Premium

Per minute of use:    $0.0022409

(b)    End Office Switching – bundled – EOSB – Non-Premium

Per minute of use:    N/A

(c)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:    $0.0022409

(d)    End Office Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:    N/A

(e)    Information surcharge

Per minute of use:    $0.0000000

(f)    Shared trunk port

Per minute of use:    $0.0008280

Issued:  April 23, 2008                                                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 55
Cancels Original Page No. 55

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(D)    The following interstate switched access charges apply to customers in Verizon (former GTE)    T
exchanges in the following states:  California, California-WC, Florida, Hawaii, Idaho, Illinois, Indiana, Michigan,    |
North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington, Wisconsin, MTC    |
(Micronesian Telecommunications Corp.). (Cont'd)    T

                                                                                                        T

MTC                                                                                                     T

(2)    Transport

        (a)    Tandem Switched Transport Facility (all zones)

                Per Mile/Per MOU Charge:                        $0.0001408

        (b)    Tandem Switched Transport Termination (all zones)

                Per minute of use:                              $0.0004224

        (c)    Tandem Switching (all zones)

                Per minute of use:                              $0.0030680

        (d)    Shared Multiplexing

                Per minute of use:                              $0.0000303

        (e)    Interconnection – prem/non-prem – orig/term

                Per minute of use:                              $0.0000000

(3)    800/877/888 Data Base Query Service

        (a)    800 DB per query Prem/Basic

                Per query:                                      $0.0140000

(4)    Network Blocking

        Per call:                                               $0.0180000

(5)    ANI Identification – per attempt

        Per call:                                               $0.0001600

(6)    CCL – Prem/Non-Prem – Orig/Term

        Per minute of use:                                      $0.0000000

Issued:  April 23, 2008                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 56

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina, Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington.

CALIFORNIA – Verizon (Contel) CA – OCN 4420
OCN 2302

(1)     Local Switching

    (a)     Local Switching – bundled – EOSB – Premium

        Per minute of use:                                            $0.0015664

    (b)     Local Switching – bundled – EOSB – Non-Premium

        Per minute of use:                                            $0.0007049

    (c)     Local Switching – unbundled – EOSU –
        circuit switched line and trunk – Premium

        Per minute of use:                                            $0.0015664

    (d)     Local Switching – unbundled – EOSU –
        circuit switched line and trunk – Non-Premium

        Per minute of use:                                            $0.0007049

(2)     Information Surcharge – Premium and Non-Premium

    Per minute of use:                                            $0.0000000

(3)     Shared Trunk Port

    Per minute of use:                                            $0.0007207

(4)     Shared Multiplexing

    Per minute of use:                                            $0.0000020

Issued:  June 16, 2006

Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

Effective:  June 17, 2006

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 57
Cancels Original Page No. 57

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina, Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)

T<br>|<br>T<br><br>T<br>T

CALIFORNIA – Verizon (Contel) CA – OCN 4420
OCN 2302

(5)     Transport

    (a)     Tandem Switched Transport Facility

        Per mile/per MOU charge:                    $0.0000021

    (b)     Tandem Switched Tandem Termination

        Per minute of use:                    $0.0000067

    (c)     Tandem Switching

        Per minute of use:                    $0.0000920

(6)     Interconnection – Prem/Non-Prem – Orig/Term

    Per minute of use:                    $0.0000000

(7)     800/877/888 Data Base Query Service

    (a)     800 DB per query Prem/Basic

        Per call:                    $0.0085760

    (b)     FGD and BSA-D Blocking

        Per call:                    $0.0100000

    (c)     ANI Identification – per attempt

        Per call:                    $0.0001900

(8)     CCL – Premium and Non-Premium – Orig/Term

    Per minute of use:                    $0.0000000

Issued:  April 23, 2008                                        Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 58
Cancels Original Page No. 58

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE     T
Systems Telephone Company) exchanges in the following states:   California, Illinois, Indiana, North Carolina,     |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)     T

ILLINOIS – Verizon (GTE) North, Inc. – IL – OCN 1036     T

(1)     Local Switching

(a)     Local Switching – bundled – EOSB – Premium

Per minute of use:                                    $0.0023904

(b)     Local Switching – bundled – EOSB – Non-Premium

Per minute of use:                                    $0.0010757

(c)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                    $0.0023904

(d)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                    $0.0010757

(2)     Information Surcharge – Premium and Non-Premium

Per minute of use:                                    $0.0000000

(3)     Shared Trunk Port

Per minute of use:                                    $0.0011316

(4)     Shared Multiplexing

Per minute of use:                                    $0.0000310

Issued:  April 23, 2008                                        Effective:  April 24, 2008
Issued by:     Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 59
Cancels Original Page No. 59

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(E)    The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)    T

ILLINOIS – Verizon (GTE) North, Inc. – IL – OCN 1036    T

(5)    Transport

(a)    Tandem Switched Transport Facility

Per mile/per MOU charge:                $0.0000048

(b)    Tandem Switched Tandem Termination

Per minute of use:                $0.0000206

(c)    Tandem Switching

Per minute of use:                $0.0008384

(6)    Interconnection – Prem/Non-Prem – Orig/Term

Per minute of use:                $0.0000000

(7)    800/877/888 Data Base Query Service

(a)    800 DB per query Prem/Basic

Per call:                $0.0093560

(b)    FGD and BSA-D Blocking

Per call:                $0.0100000

(c)    ANI Identification – per attempt

Per call:                $0.0001300

(8)    CCL – Premium and Non-Premium – Orig/Term

Per minute of use:                $0.0000000

Issued:  April 23, 2008                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 60
Cancels Original Page No. 60

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)    T

INDIANA – Verizon North Inc. – IN (Contel) – OCN 0779

(1)     Local Switching

(a)     Local Switching – bundled – EOSB – Premium

Per minute of use:                                          $0.0018813

(b)     Local Switching – bundled – EOSB – Non-Premium

Per minute of use:                                          $0.0008466

(c)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                          $0.0018813

(d)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                          $0.0008466

(2)     Information Surcharge – Premium and Non-Premium

Per minute of use:                                          $0.0000000

(3)     Shared Trunk Port

Per minute of use:                                          $0.0008994

(4)     Shared Multiplexing

Per minute of use:                                          $0.0000380

Issued:  April 23, 2008                                          Effective:  April 24, 2008
Issued by:     Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 61
Cancels Original Page No. 61

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(E)    The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)    T

INDIANA – Verizon North Inc. – IN (Contel) – OCN 0779    T

(5)    Transport

(a)    Tandem Switched Transport Facility

Per mile/per MOU charge:                          $0.0000133

(b)    Tandem Switched Tandem Termination

Per minute of use:                                $0.0000420

(c)    Tandem Switching

Per minute of use:                                $0.0015492

(6)    Interconnection – Prem/Non-Prem – Orig/Term

Per minute of use:                                    $0.0000000

(7)    800/877/888 Data Base Query Service

(a)    800 DB per query Prem/Basic

Per call:                                         $0.0087850

(b)    FGD and BSA-D Blocking

Per call:                                         $0.0100000

(c)    ANI Identification – per attempt

Per call:                                         $0.0001400

(8)    CCL – Premium and Non-Premium – Orig/Term

Per minute of use:                                    $0.0000000

Issued:  April 23, 2008                                                      Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 62
Cancels Original Page No. 62

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(E)    The following interstate switched access charges apply to customers in Verizon (former GTE Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina, Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)

NORTH CAROLINA – Verizon South Inc. – NC (Contel) – OCN 0509

(1)    Local Switching

    (a)    Local Switching – bundled – EOSB – Premium

        Per minute of use:                    $0.0019548

    (b)    Local Switching – bundled – EOSB – Non-Premium

        Per minute of use:                    $0.0008796

    (c)    Local Switching – unbundled – EOSU –
        circuit switched line and trunk – Premium

        Per minute of use:                    $0.0019548

    (d)    Local Switching – unbundled – EOSU –
        circuit switched line and trunk – Non-Premium

        Per minute of use:                    $0.0008895

(2)    Information Surcharge – Premium and Non-Premium

    Per minute of use:                    $0.0000000

(3)    Shared Trunk Port

    Per minute of use:                    $0.0007488

(4)    Shared Multiplexing

    Per minute of use:                    $0.0000695

T
|
T

Issued:  April 23, 2008

Effective:  April 24, 2008

Issued by:    Andoni Economou, Vice President
            44 Wall Street, 6th Floor
            New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 63
Cancels Original Page No. 63

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(E)    The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)    T

NORTH CAROLINA – Verizon South Inc. – NC (Contel) – OCN 0509    T

    (5)    Transport

        (a)    Tandem Switched Transport Facility

            Per mile/per MOU charge:    $0.0000240

        (b)    Tandem Switched Tandem Termination

            Per minute of use:    $0.0002108

        (c)    Tandem Switching

            Per minute of use:    $0.0038518

    (6)    Interconnection – Prem/Non-Prem – Orig/Term

        Per minute of use:    $0.0000000

    (7)    800/877/888 Data Base Query Service

        (a)    800 DB per query Prem/Basic

            Per call:    $0.0061292

        (b)    FGD and BSA-D Blocking

            Per call:    $0.0100000

        (c)    ANI Identification – per attempt

            Per call:    $0.0001600

    (8)    CCL – Premium and Non-Premium – Orig/Term

        Per minute of use:    $0.0000000

Issued by:    Andoni Economou, Vice President
            44 Wall Street, 6th Floor
            New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 64
Cancels Original Page No. 64

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)    T

PENNSYLVANIA – Verizon North Inc. – PA (Contel) – OCN 0170
Verizon North Inc. – PA (Quaker State) – OCN 0201

(1)     Local Switching

(a)     Local Switching – bundled – EOSB – Premium

Per minute of use:                                  $0.0038824

(b)     Local Switching – bundled – EOSB – Non-Premium

Per minute of use:                                  $0.0017470

(c)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                  $0.0038824

(d)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                  $0.0017470

(2)     Information Surcharge – Premium and Non-Premium

Per minute of use:                                  $0.0000000

(3)     Shared Trunk Port

Per minute of use:                                  $0.0007396

(4)     Shared Multiplexing

Per minute of use:                                  $0.0000335

Issued:  April 23, 2008                                                       Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 65
Cancels Original Page No. 65

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(E)    The following interstate switched access charges apply to customers in Verizon (former GTE
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)

T<br>|<br>T

PENNSYLVANIA – Verizon North Inc. – PA (Contel) – OCN 0170
Verizon North Inc. – PA (Quaker State) – OCN 0201

T<br>T

(5)    Transport

    (a)    Tandem Switched Transport Facility

        Per mile/per MOU charge:                              $0.0000496

    (b)    Tandem Switched Tandem Termination

        Per minute of use:                              $0.0002025

    (c)    Tandem Switching

        Per minute of use:                              $0.0015740

(6)    Interconnection – Prem/Non-Prem – Orig/Term

    Per minute of use:                              $0.0000000

(7)    800/877/888 Data Base Query Service

    (a)    800 DB per query Prem/Basic

        Per call:                              $0.0056040

    (b)    FGD and BSA-D Blocking

        Per call:                              $0.0100000

    (c)    ANI Identification – per attempt

        Per call:                              $0.0001500

(8)    CCL – Premium and Non-Premium – Orig/Term

    Per minute of use:                              $0.0000000

Issued:  April 23, 2008                                        Effective:  April 24, 2008
Issued by:         Andoni Economou, Vice President
          44 Wall Street, 6th Floor
          New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 66
Cancels Original Page No. 66

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE     T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,     |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)     T

TEXAS – Verizon Southwest Inc. (GTE SW f/k/a Contel) – OCN 2154

(1)     Local Switching

(a)     Local Switching – bundled – EOSB – Premium

Per minute of use:                    $0.0027275

(b)     Local Switching – bundled – EOSB – Non-Premium

Per minute of use:                    $0.0012273

(c)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                    $0.0027275

(d)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                    $0.0012273

(2)     Information Surcharge – Premium and Non-Premium

Per minute of use:                    $0.0000000

(3)     Shared Trunk Port

Per minute of use:                    $0.0006194

(4)     Shared Multiplexing

Per minute of use:                    $0.0000099

Issued:  April 23, 2008                              Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 67
Cancels Original Page No. 67

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(E)    The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)    T

TEXAS – Verizon Southwest Inc. (GTE SW f/k/a Contel) – OCN 2154    T

    (5)    Transport

        (a)    Tandem Switched Transport Facility

            Per mile/per MOU charge:    $0.0000172

        (b)    Tandem Switched Tandem Termination

            Per minute of use:    $0.0000381

        (c)    Tandem Switching

            Per minute of use:    $0.0006240

    (6)    Interconnection – Prem/Non-Prem – Orig/Term

        Per minute of use:    $0.0000000

    (7)    800/877/888 Data Base Query Service

        (a)    800 DB per query Prem/Basic

            Per call:    $0.0073490

        (b)    FGD and BSA-D Blocking

            Per call:    $0.0100000

        (c)    ANI Identification – per attempt

            Per call:    $0.0001900

    (8)    CCL – Premium/Non-Prem – Orig/Term

        Per minute of use:    $0.0000000

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 68
Cancels Original Page No. 68

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE     T
Systems Telephone Company) exchanges in the following states:   California, Illinois, Indiana, North Carolina,     |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)     T

VIRGINIA – Verizon South Inc. (GTE South f/k/a Contel) – OCN 0233

(1)     Local Switching

(a)     Local Switching – bundled – EOSB – Premium

Per minute of use:                                      $0.0024387

(b)     Local Switching – bundled – EOSB – Non-Premium

Per minute of use:                                      $0.0010974

(c)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                      $0.0024387

(d)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                      $0.0010974

(2)     Information Surcharge – Premium and Non-Premium

Per minute of use:                                      $0.0000000

(3)     Shared Trunk Port

Per minute of use:                                      $0.0015994

(4)     Shared Multiplexing

Per minute of use:                                      $0.0001536

Issued:  April 23, 2008                                                           Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 69
Cancels Original Page No. 69

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE Systems   T
Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina, Pennsylvania, Texas,   |
Virginia, Arizona, Nevada, Washington. (Cont'd)   T

                                                                                                              T

VIRGINIA – Verizon South Inc. (GTE South f/k/a Contel) – OCN 0233

(5)     Transport

        (a)     Tandem Switched Transport Facility

                Per mile/per MOU charge:                           $0.0000270

        (b)     Tandem Switched Tandem Termination

                Per minute of use:                                 $0.0001797

        (c)     Tandem Switching

                Per minute of use:                                 $0.0038368

(6)     Interconnection – Prem/Non-Prem – Orig/Term

        Per minute of use:                                         $0.0000000

(7)     800/877/888 Data Base Query Service

        (a)     800 DB per query Prem/Basic

                Per call:                                          $0.0063050

        (b)     FGD and BSA-D Blocking

                Per call:                                          $0.0100000

        (c)     ANI Identification – per attempt

                Per call:                                          $0.0001600

(8)     CCL – Premium - Origination

        Per minute of use:                                         $0.0040241

(9)     CCL – Non-Premium – Origination

        Per minute of use:                                         $0.0018108

(10)    CCL – Premium – Termination

        Per minute of use:                                         $0.0000000

(11)    CCL – Non-Premium – Termination

        Per minute of use:                                         $0.0000000

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 70
Cancels Original Page No. 70

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:   California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)    T

ARIZONA – WESTERN – Verizon CA Inc. – OCN 2302
OCN 4419

(1)     Local Switching

(a)     Local Switching – bundled – EOSB – Premium

Per minute of use:                         $0.0000000

(b)     Local Switching – bundled – EOSB – Non-Premium

Per minute of use:                         $0.0000000

(c)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                         $0.0000000

(d)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                         $0.0000000

(2)     Information Surcharge – Premium and Non-Premium

Per minute of use:                         $0.0000000

(3)     Shared Trunk Port

Per minute of use:                         $0.0000000

(4)     Shared Multiplexing

Per minute of use:                         $0.0000000

Issued:  April 23, 2008                                                              Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 71
Cancels Original Page No. 71

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE     T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)     T

ARIZONA – WESTERN – Verizon CA Inc. – OCN 2302     T
OCN 4419     T

| | | |
|---|---|---|
| (5) | Transport | |
| | (a) | Tandem Switched Transport Facility |
| | | Per mile/per MOU charge: $0.0000632 |
| | (b) | Tandem Switched Tandem Termination |
| | | Per minute of use: $0.0002704 |
| | (c) | Tandem Switching |
| | | Per minute of use: $0.0035777 |
| (6) | Interconnection – Prem/Non-Prem – Orig/Term | |
| | Per minute of use: $0.0000000 | |
| (7) | 800/877/888 Data Base Query Service | |
| | (a) | 800 DB per query Prem/Basic |
| | | Per call: $0.0000000 |
| | (b) | FGD and BSA-D Blocking |
| | | Per call: $0.0100000 |
| | (c) | ANI Identification – per attempt |
| | | Per call: $0.0002000 |
| (8) | CCL – Premium and Non-Premium – Orig/Term | |
| | Per minute of use: $0.0000000 | |

Issued:  April 23, 2008                                                                      Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 72
Cancels Original Page No. 72

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(E)    The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)    T

NEVADA – Verizon CA Inc. – OCN 4421

(1)    Local Switching

(a)    Local Switching – bundled – EOSB – Premium

Per minute of use:                                      $0.0022859

(b)    Local Switching – bundled – EOSB – Non-Premium

Per minute of use:                                      $0.0010287

(c)    Local Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                                      $0.0022859

(d)    Local Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                                      $0.0010287

(2)    Information Surcharge – Premium and Non-Premium

Per minute of use:                                      $0.0000000

(3)    Shared Trunk Port

Per minute of use:                                      $0.0015878

(4)    Shared Multiplexing

Per minute of use:                                      $0.0000297

Issued:  April 23, 2008                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 73
Cancels Original Page No. 73

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

   (E)     The following interstate switched access charges apply to customers in Verizon (former GTE    T
Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina,    |
Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)                                              T

                NEVADA – Verizon CA Inc. – OCN 4421                                                              T

        (5)     Transport

                (a)     Tandem Switched Transport Facility

                        Per mile/per MOU charge:                          $0.0000130

                (b)     Tandem Switched Tandem Termination

                        Per minute of use:                                $0.0001020

                (c)     Tandem Switching

                        Per minute of use:                                $0.0004894

        (6)     Interconnection – Prem/Non-Prem – Orig/Term

                Per minute of use:                                        $0.0000000

        (7)     800/877/888 Data Base Query Service

                (a)     800 DB per query Prem/Basic

                        Per call:                                         $0.0030165

                (b)     FGD and BSA-D Blocking

                        Per call:                                         $0.0100000

                (c)     ANI Identification – per attempt

                        Per call:                                         $0.0002000

        (8)     CCL – Premium and Non-Premium – Orig/Term

                Per minute of use:                                        $0.0000000

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 74
Cancels Original Page No. 74

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(E)     The following interstate switched access charges apply to customers in Verizon (former GTE Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina, Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)                                                                     T
                                                                                                                                        |
                                                                                                                                        T

WASHINGTON – Verizon Northwest Inc. – OCN 4423
OCN 2449

(1)     Local Switching

(a)     Local Switching – bundled – EOSB – Premium

Per minute of use:                              $0.0015433

(b)     Local Switching – bundled – EOSB – Non-Premium

Per minute of use:                              $0.0006944

(c)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Premium

Per minute of use:                              $0.0015433

(d)     Local Switching – unbundled – EOSU –
circuit switched line and trunk – Non-Premium

Per minute of use:                              $0.0006944

(2)     Information Surcharge – Premium and Non-Premium

Per minute of use:                              $0.0000000

(3)     Shared Trunk Port

Per minute of use:                              $0.0014377

(4)     Shared Multiplexing

Per minute of use:                              $0.0000248

Issued:  April 23, 2008                                                  Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 75
Cancels Original Page No. 75

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (E)    The following interstate switched access charges apply to customers in Verizon (former GTE Systems Telephone Company) exchanges in the following states:  California, Illinois, Indiana, North Carolina, Pennsylvania, Texas, Virginia, Arizona, Nevada, Washington. (Cont'd)     T | T

WASHINGTON – Verizon Northwest Inc. – OCN 4423     T
OCN 2449     T

    (5)    Transport

        (a)    Tandem Switched Transport Facility

            Per mile/per MOU charge:    $0.0000153

        (b)    Tandem Switched Tandem Termination

            Per minute of use:    $0.0000400

        (c)    Tandem Switching

            Per minute of use:    $0.0006542

    (6)    Interconnection – Prem/Non-Prem – Orig/Term

        Per minute of use:    $0.0000000

    (7)    800/877/888 Data Base Query Service

        (a)    800 DB per query Prem/Basic

            Per call:    $0.0061676

        (b)    FGD and BSA-D Blocking

            Per call:    $0.0100000

        (c)    ANI Identification – per attempt

            Per call:    $0.0001500

    (8)    CCL – Premium – Origination

        Per minute of use:    $0.0043324

    (9)    CCL – Premium – Termination

        Per minute of use:    $0.0000000

    (10)    CCL – Non-Premium – Origination

        Per minute of use:    $0.0019496

    (11)    CCL – Non-Premium – Termination

        Per minute of use:    $0.0000000

---

Issued:  April 23, 2008

Issued by:    Andoni Economou, Vice President
        44 Wall Street, 6th Floor
        New York, New York  10005

Effective:  April 24, 2008

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 76

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(F)    The following interstate switched access charges apply to customers in AT&T (former Ameritech) exchanges in the following states:  Illinois, Indiana, Michigan, Ohio, Wisconsin

(1)    Tandem Switched Transport and Hose/Remote Switched Transport

(a)    Tandem Switched Termination – All States - Zones 1, 2, 3

Per minute of use:                                                    $0.0001130

(b)    Tandem Switched Termination – All States - Zone 4

Per minute of use:                                                    $0.0001140

(c)    Tandem Switched Termination – All States - Zone 5

Per minute of use:                                                    $0.0001160

(d)    Tandem Switched Facility – IL and IN – Zone 1

Per mile/Per MOU charge:                                        $0.0000170

(e)    Tandem Switched Facility – MI, OH, WI – Zone 1

Per mile/Per MOU charge:                                        $0.0000160

(f)    Tandem Switched Facility – All States – Zones 2, 3, 4, 5

Per mile/Per MOU charge:                                        $0.0000190

(g)    Tandem Switching – Zone 1 – All States

Per minute of use:                                                    $0.0011190

(h)    Tandem Switching – Zone 2 – All States

Per minute of use:                                                    $0.0011530

(i)    Tandem Switching – Zone 3 – All States

Per minute of use:                                                    $0.0011570

Issued:  June 16, 2006                                                           Effective:  June 17, 2006
Issued by:    Andoni Economou, Vice President
                   44 Wall Street, 6th Floor
                   New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 77
Cancels Original Page No. 77

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(F)     The following interstate switched access charges apply to customers in AT&T (former Ameritech)   T
exchanges in the following states:  Illinois, Indiana, Michigan, Ohio, Wisconsin.  (Cont'd)   T

| | | |
|---|---|---|
| (j) | Tandem Switching – Zone 4 – All States | |
| | Per minute of use: | $0.0012930 |
| (k) | Tandem Switching – Zone 5 – All States | |
| | Per minute of use: | $0.0018550 |
| (l) | Multiplexing – All States – Zone 1 | |
| | Per minute of use: | $0.0000160 |
| (m) | Multiplexing – All States – Zone 2 | |
| | Per minute of use: | $0.0000180 |
| (n) | Multiplexing – Illinois – Zone 3 | |
| | Per minute of use: | $0.0000200 |
| (o) | Multiplexing – IN, MI, OH, WI – Zone 3 | |
| | Per minute of use: | $0.0000190 |
| (p) | Multiplexing – All States – Zone 5 | |
| | Per minute of use: | $0.0000190 |
| (q) | Host Remote Transport Termination – All States – All Zones | |
| | Per minute of use: | $0.0003450 |
| (r) | Host Remote Transport Facility – All States – All Zones | |
| | Per Mile/Per MOU charge: | $0.0000190 |
| (s) | Residual Charge – Orig/Term – Prem/Transitional | |
| | Per minute of use: | $0.0000000 |
| (t) | Network Blocking Charge | |
| | Per call: | $0.0010880 |

Issued:  April 23, 2008                                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 78
Cancels Original Page No. 78

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (F)     The following interstate switched access charges apply to customers in AT&T (former Ameritech)   T
exchanges in the following states:  Illinois, Indiana, Michigan, Ohio, Wisconsin.  (Cont'd)   T

    (2)     Local Switching – Unbundled Local Switching – All States – Premium
            Circuit Switched Line (FGA) and Circuit Switched Trunk (FGB)

        (a)     LS1 per access MOU – Unbundled Local Switching
                All States – Premium – Circuit Switched Trunk (FGC, FGD)

                Per minute of use:                       $0.0031340

        (b)     LS2 per access MOU – Unbunded Local Switching
                All States – Transitional – Circuit Switched Line (FGA)
                and Circuit Switched Trunk (FGD)

                Per minute of use:                       $0.0031340

        (c)     Per access MOU – Bundled Local Switching
                All States – Premium

                Per minute of use:                       $0.0014100

        (d)     LS1 per access MOU – Bundled Local Switching
                All States – Premium

                Per minute of use:                       $0.0031340

        (e)     LS2 per access MOU – Bundled Local Switching
                All States – Transitional

                Per minute of use:                       $0.0031340

        (f)     Per Access MOU

                Per minute of use:                       $0.0014100

Issued:  April 23, 2008                                          Effective:  April 24, 2008
Issued by:       Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 79
Cancels Original Page No. 79

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(F)    The following interstate switched access charges apply to customers in AT&T (former Ameritech)    T
exchanges in the following states:  Illinois, Indiana, Michigan, Ohio, Wisconsin.  (Cont'd)    T

    (3)    Common Trunk Port

        Per minute of use:    $0.0003370

    (4)    800 Data Base Access Service Per Query

        (a)    800 Call-Routing Query charge per query

            Per call:    $0.0023030

        (b)    800 Carrier ID Only Charge per query

            Per call:    $0.0010370

        (c)    Additional functions 800 Routing Options Charge
            per query using options

            Per call:    $0.0001990

        (d)    POTS Translation Charge per query with POTS

            Per call:    $0.0000000

    (5)    CCL – Orig/Term – Premium/Non-Prem

        Per minute of use:    $0.0000000

    (6)    Information Surcharge – Prem/Transitional

        Per minute of use:    $0.0000000

    (7)    ANI Calling Number Delivery with FGC and FGD
        per message all states

        Per call:    $0.0003000

Issued:  April 23, 2008    Effective:  April 24, 2008
Issued by:    Andoni Economou, Vice President
          44 Wall Street, 6th Floor
          New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 80

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

        (G)     The following interstate switched access charges apply to customers in AT&T (former PacBell) exchanges in the following states:  California

        (1)     Tandem Switched Transport and Host/Remote Switched Transport
                Tandem Switched Transport Fixed

                (a)     0 miles zone 1 FGD

                        Per minute of use:                              $0.0000000

                (b)     Over 0 miles 1 FGD

                        Per minute of use:                              $0.0000700

                (c)     0 miles zone 2 FGD

                        Per minute of use:                              $0.0000000

                (d)     Over 0 miles zone 2 FGD

                        Per minute of use:                              $0.0001180

                (e)     0 miles zone 3 FGD

                        Per minute of use:                              $0.0000000

                (f)     Over 3 miles zone 3 FGD

                        Per minute of use:                              $0.0002160

Issued:  June 16, 2006                                          Effective:  June 17, 2006
Issued by:     Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 81
Cancels Original Page No. 81

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(G)    The following interstate switched access charges apply to customers in AT&T (former PacBell)    T
exchanges in the following states:  California (Cont'd)    T

(2)    Tandem Switched Transport and Host/Remote Switched Transport
Tandem Switched Transport Per Mile Per MOU

(a)    0 miles zone 1 FGD

Per mile/per MOU:    $0.0000000

(b)    Over 0 miles 1 FGD

Per mile/per MOU:    $0.0000130

(c)    0 miles zone 2 FGD

Per mile/per MOU:    $0.0000000

(d)    Over 0 miles zone 2 FGD

Per mile/per MOU:    $0.0000220

(e)    0 miles zone 3 FGD

Per mile/per MOU:    $0.0000000

(f)    Over 3 miles zone 3 FGD

Per mile/per MOU:    $0.0000390

(3)    Tandem Switching Zone 1

Per minute of use:    $0.0004470

(4)    Tandem Switching Zone 2

Per minute of use:    $0.0009090

(5)    Tandem Switching Zone 3

Per minute of use:    $0.0015270

Issued:  April 23, 2008    Effective:  April 24, 2008
Issued by:    Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 82
Cancels Original Page No. 82

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (G)     The following interstate switched access charges apply to customers in AT&T (former PacBell)     T
exchanges in the following states:  California (Cont'd)     T

        (6)     Multiplexing – All Zones

            Per minute of use:     $0.0000980

        (7)     Host Remote Transport Termination Zone 1

            Per minute of use:     $0.0010340

        (8)     Host Remote Transport Termination Zone 2

            Per minute of use:     $0.0012650

        (9)     Host Remote Transport Termination Zone 3

            Per minute of use:     $0.0012900

        (10)     Host Remote Transport Facility All Zones

            Per mile/per MOU:     $0.0000300

        (11)     Local Switching

            (a)     LS1 – Premium – FGA and B except for A & B
                used to term traffic to a WAL provided from an
                equal access end office

                Per minute of use:     $0.0027450

            (b)     LS2 – Premium – FG C and D, Toll Free Access Service,
                FGA and B used to term traffic to a WAL provided from
                an equal access end office and orig FGB routed to FGD

                Per minute of use:     $0.0027450

        (12)     Local Switching Non-Premium

            Per minute of use:     $0.0012350

---

Issued:  April 23, 2008                                                Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
              44 Wall Street, 6th Floor
              New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 83
Cancels Original Page No. 83

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(G)     The following interstate switched access charges apply to customers in AT&T (former PacBell)  T
exchanges in the following states:  California  (Cont'd)                                           T

    (13)    Shared End Office Trunk Port

            Per minute of use:                                  $0.0047120

    (14)    800 Data Base Access Service per query

            (a)     Basic Toll Free Access Query

                    Per call:                                   $0.0047900

            (b)     POTS Translation per query

                    Per call:                                   $0.0000000

            (c)     Multiple destination routing

                    Per call:                                   $0.0004630

            (d)     Six Digit Master Number List Turnaround per query

                    Per call:                                   $0.0015000

    (15)    CCL Premium and Non-Premium

            Per minute of use:                                  $0.0000000

    (16)    ANI available with ATA-101XXXX and ATA-950 per message

            Per call:                                           $0.0004000

    (17)    Information surcharge – Prem/Non-Prem

            Per minute of use:                                  $0.0000000

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 84

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6      RATES AND CHARGES (Cont'd)

   (H)     The following interstate switched access charges apply to customers in AT&T (former SWBT) exchanges in the following states:  Arkansas, Missouri, Oklahoma, Texas.

   (1)     Tandem Switched Transport

           (a)     Tandem Switched Transport

                   Per minute of use:                          $0.000057

           (b)     Tandem Switched Transport

                   Per mile/per MOU:                           $0.000003

           (c)     Host/Remote Transmission

                   Per minute of use:                          $0.000213

           (d)     Host/Remote Transmission

                   Per mile/per MOU:                           $0.000018

           (e)     Tandem Switching

                   Per minute of use:                          $0.000321

           (f)     Multiplexing – Tandem End Office

                   Per minute of use:                          $0.000046

   (2)     Local Switching Bundled and Unbundled

           (a)     LS1 and LS2 Premium

                   Per minute of use:                          $0.002654

           (b)     LSI and LS2 Non-Premium

                   Per minute of use:                          $0.001194

           (c)     Shared end office trunk port

                   Per minute of use:                          $0.000900

---

Issued:  June 16, 2006                                  Effective:  June 17, 2006
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 85
Cancels Original Page No. 85

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(H)    The following interstate switched access charges apply to customers in AT&T (former SWBT)    T
exchanges in the following states:  Arkansas, Missouri, Oklahoma, Texas. (Cont'd)    T

(3)    800 Number Portability Access Service

(a)    800 NPAS Query

Per call:                                    $0.002531

(b)    POTS Translation per query

Per call:                                    $0.000000

(c)    Call validation per query

Per call:                                    $0.000000

(d)    Call handling and destination per query

Per call:                                    $0.000271

(e)    ANI per call

Per call:                                    $0.000105

(f)    Information Surcharge

Per minute of use:                           $0.000000

Issued:  April 23, 2008                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 86

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (I)     The following interstate switched access charges apply to customers in Qwest exchanges in the following states:  Arizona, Colorado, Idaho (Boise LATA), Idaho (Spokane LATA), Iowa, Minnesota, Montana, Nebraska, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming.

        (1)     Local Switching

            (a)     Local End Office Switching – premium LS1, FGA and B
and Bundled DID LS2 FG C and D

                Per minute of use:     $0.0019740

            (b)     Local End Office Switching – premium LS3 – CSL, CST1 and
Unbundled DID

                Per minute of use:     $0.0019050

            (c)     Local End Office Switching – premium LS4 – CS2 and CS3

                Per minute of use:     $0.0019050

            (d)     Local End Office Switching Transitional Per Access
MOU for FG and Bundled DID

                Per minute of use:     $0.0008880

            (e)     Local End Office Switching Transitional Per Access
MOU for CSL, CST1 and Unbundled DID

                Per minute of use:     $0.0008570

            (f)     End Office Shared Port

                Per minute of use:     $0.0007470

        (2)     Information Surcharge

            (a)     Premium and Transitional

                Per minute of use:     $0.0000000

Issued by:     Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 87
Cancels Original Page No. 87

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(I)    The following interstate switched access charges apply to customers in Qwest exchanges in the following states:  Arizona, Colorado, Idaho (Boise LATA), Idaho (Spokane LATA), Iowa, Minnesota, Montana, Nebraska, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming. (Cont'd)

T
|
T

     (3)    Switched Transport

          (a)    Tandem Switched Transport
               Mileage Band 0

               Per minute of use:          $0.0000000
               Per MOU/Per Mile:        $0.0000000

          (b)    Tandem Switched Transport
               Mileage Bank Over 0 to 8

               Per minute of use:          $0.0001800
               Per MOU/Per Mile:        $0.0000480

          (c)    Tandem Switched Transport
               Mileage Bank Over 8 to 25

               Per minute of use:          $0.0002310
               Per MOU/Per Mile:        $0.0000270

          (d)    Tandem Switched Transport
               Mileage Bank Over 25 to 50

               Per minute of use:          $0.0002380
               Per MOU/Per Mile:        $0.0000170

          (e)    Tandem Switched Transport
               Mileage Bank Over 50

               Per minute of use:          $0.0002400
               Per MOU/Per Mile:        $0.0000150

     (4)    Tandem Switching

          Per minute of use:          $0.0025420

     (5)    Multiplexing – Common Transport Multiplexing

          Per minute of use:          $0.0000360

Issued:  April 23, 2008                           Effective:  April 24, 2008
Issued by:       Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 88
Cancels Original Page No. 88

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(I)     The following interstate switched access charges apply to customers in Qwest exchanges in the following states:  Arizona, Colorado, Idaho (Boise LATA), Idaho (Spokane LATA), Iowa, Minnesota, Montana, Nebraska, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming. (Cont'd)     T | T

> (6)     800 Data Base
>
>> (a)     800 Carrier ID charge per call
>>
>> Per call:                                                     $0.0040530
>>
>> (b)     Vertical Features POTS Translation Charge per call
>>
>> Per call:                                                     $0.0020915
>>
>> (c)     Vertical Features Call Handling and Destination
>> Feature Charge per query
>>
>> Per call                                                      $0.0006853
>
> (7)     CCL
>
> Per minute of use:                                             $0.0000000
>
> (8)     ANI per Call with CST1, CST2 and CST3
>
> Per call                                                       $0.0000690
>
> (9)     900 Customer ID Charge
>
> Per minute of use:                                             $0.000994

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 89

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(J)     The following interstate switched access charges apply to customers in AT&T (former SNET) exchanges in the following states:  Connecticut.

    (1)     Tandem Switched Transport

        (a)     Tandem Transport Termination

            Per minute of use:                $0.000056

        (b)     Tandem Transport Facility

            Per MOU/per mile:            $0.000003

    (2)     Remote Tandem Transmission

        (a)     Tandem Transport Termination

            Per minute of use:                $0.000335

        (b)     Tandem Transport Facility

            Per MOU/per mile:            $0.000118

    (3)     Tandem Switching

        Per minute of use:                $0.000595

    (4)     Common Transport Multiplexing

        Per minute of use:                $0.000077

    (5)     Local Switching

        Per minute of use:                $0.003133

    (6)     Common Trunk Port

        Per minute of use:                $0.001400

Issued:  June 16, 2006                                                                  Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 90
Cancels Original Page No. 90

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(J)     The following interstate switched access charges apply to customers in AT&T (former SNET)     T
exchanges in the following states:  Connecticut. (Cont'd)     T

    (7)     800 Data Base Access Service

        (a)     800 DB Basic query with 800 series number turnaround

            Per call:                                   $0.003393

        (b)     Vertical Features POTS translation per query

            Per call:                                   $0.001200

        (c)     Premium handling and routing options per query

            Per call:                                   $0.001190

    (8)     Information Surcharge

        Per minute of use:                          $0.000000

    (9)     Interconnection – Orig/Term

        Per minute of use:                          $0.000000

    (10)    FGD Network Blocking Charge per call blocked

        Per call:                                   $0.011100

    (11)    CCL – Orig/Term

        Per minute of use:                          $0.000000

Issued:  April 23, 2008                                                                 Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 91

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(K)     The following interstate switched access charges apply to customers in AT&T (former Nevada Bell) exchanges in the following states:  Nevada.

(1)     Tandem Switched Transport/Common Transport

(a)     Tandem Switched Transport – Fixed

Per minute of use:                                    $0.0001080

(b)     Host remote transmission – Fixed

Per minute of use:                                    $0.0010280

(c)     Host remote transmission per mile per MOU

Per mile/per MOU:                                     $0.0000220

(d)     Tandem Switching per access MOU

Per minute of use:                                    $0.0010040

(e)     Tandem End Office Multiplexing per access MOU

Per minute of use:                                    $0.0000180

(f)     Transport Interconnection charge – Prem/Non-Prem
Orig/Term – Facilities-Based/Non-Facilities-Based

Per minute of use:                                    $0.0000000

(g)     Network blocking charge – FGD or ATA 101XXXX

Per call:                                             $0.0037000

Issued:  June 16, 2006                                              Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 92
Cancels Original Page No. 92

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(K)    The following interstate switched access charges apply to customers in AT&T (former Nevada    T
Bell) exchanges in the following states:  Nevada. (Cont'd)    T

    (2)    Local Switching

        (a)    LSI – Premium – FGA and B except for A and B used
to terminate traffic to a WAL provided from an equal
access end office

            Per minute of use:                                    $0.0014020

        (b)    LS1A – Access Line Arrangement and Access Trunk
Arrangement 950 except for ALA and ATA950 used
to terminate traffic to a WAL provided from an equal
access end office

            Per minute of use:                                    $0.0014020

        (c)    LS2 – Premium – FG C and D, FGA and B used to
terminate traffic to a WAL provided from an equal
access end office and orig. FGB routed to FGD

            Per minute of use:                                    $0.0014020

        (d)    LS2A – Access Trunk Arrangements NEA and 10xxx
ALA and ATA 950 used to terminate traffic to a WAL
provided from an equal access end office and
originating ATA950 routed to ATAXXX

            Per minute of use:                                    $0.0014020

        (e)    Feature Group Transitional – Non-Prem – Per Access MOU

            Per minute of use:                                    $0.0006310

        (f)    Basic Service Arrangement Transitional – Non-Prem
Per Access MOU

            Per minute of use:                                    $0.0006310

        (g)    Shared End Office Trunk Port

            Per minute of use:                                    $0.0016630

Issued:  April 23, 2008                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
             44 Wall Street, 6th Floor
             New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
1st Revised Page No. 93
Cancels Original Page No. 93

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(K)     The following interstate switched access charges apply to customers in AT&T (former Nevada    T
Bell) exchanges in the following states:  Nevada. (Cont'd)                                           T

> (3)     800 Data Base Access Service Per Query
>
>> (a)     Basic Toll Free Access Query
>>
>> Per call:                                                $0.0051830
>>
>> (b)     POTS Translation per query
>>
>> Per call:                                                $0.0000000
>>
>> (c)     Multiple destination routing
>>
>> Per call:                                                $0.0004990
>>
>> (d)     Six Digit Master Number List Turnaround per query
>>
>> Per call:                                                $0.0036520
>
> (4)     CCL – Prem/Non-Prem – Orig/Term
>
> Per minute of use:                                        $0.0000000
>
> (5)     ANI available with ATAXXX and ATA XXX
>         with CCSAC optional feature per call
>
> Per call:                                                 $0.0001640
>
> (6)     Information surcharge – per 100 access MOUs
>
> Per minute of use:                                        $0.0000000

Issued:  April 23, 2008                                                  Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.1

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (L)     The following interstate switched access charges apply to customers in Embarq Florida, Inc. exchanges in the following states:  Florida

    (1)     Carrier Common Line Access
        Premium Access & Non-Premium Access

        Originating and Terminating        $0.000000

    (2)     Local Switching

        (a)     LS1 and LS2

            Per minute of use charge:        $0.003568

    (3)     Switched Transport

        (a)     Tandem-Switched Transport

            (1)     Tandem Switching

                UNE Zone 1 Per minute of use charge:    $0.001197

                UNE Zone 2 Per minute of use charge:    $0.001338

                UNE Zone 3 Per minute of use charge:    $0.001693

            (2)     Common Transport Multiplexing

                UNE Zone 1 Per minute of use charge:    $0.000327

                UNE Zone 2 Per minute of use charge:    $0.000360

                UNE Zone 3 Per minute of use charge:    $0.000370

            (3)     Common Trunk Port

                Per minute of use charge:    $0.000557

Issued:  April 23, 2008        Effective:  April 24, 2008
Issued by:    Andoni Economou, Vice President
        44 Wall Street, 6th Floor
        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.2

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6      RATES AND CHARGES (Cont'd)

     (L)      The following interstate switched access charges apply to customers in Embarq Florida, Inc. exchanges in the following states:  Florida (Cont'd)

          (4)      Tandem-Switched Transmission
                Termination Facility

| | |
|---|---|
| UNE Zone 1 Per minute Fixed: | $0.000365 |
| UNE Zone 1 Per minute/Per Mile: | $0.000035 |
| | |
| UNE Zone 2 Per minute Fixed: | $0.000438 |
| UNE Zone 2 Per minute/Per Mile: | $0.000055 |
| | |
| UNE Zone 3 Per minute Fixed: | $0.000598 |
| UNE Zone 3 Per minute/Per Mile: | $0.000080 |

     (4)      Toll Free Code (TFC) Access Service

          (a)      TFC Access Service Data Base Query

| | |
|---|---|
| Per query: | $0.008843 |

Issued:  April 23, 2008                                                      Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
           44 Wall Street, 6th Floor
           New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.3

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(L)    The following interstate switched access charges apply to customers in Embarq Florida, Inc. exchanges in the following states:  Florida (Cont'd)

For purposes of the above, Florida zones are defined as follows:

| Zone 1 | | Zone 2 | | Zone 3 | |
|--------|------|--------|------|--------|------|
| End Office | CLLI | End Office | CLLI | End Office | CLLI |
| | | | | | All Other |
| Altamonte Springs | ALSPFLXA | Apopka | APPKFLXA | All Other | |
| Avon Park | AVPKFLXA | Cape Coral | CPCRFLXA | | |
| Kissimmee | KSSMFLXA | Cypress Lake | CYLKFLXA | | |
| Maitland | MTLDFLXA | Destin | DESTFLXA | | |
| South Fort Myers | FTMYFLXC | Fort Myers | FTMYFLXA | | |
| Winter Park | WNPKFLXA | Fort Walton Beach | FTWBFLXA | | |
| | | Goldenrod | GLRDFLXA | | |
| | | Lake Brantley | LKBRFLXA | | |
| | | Leesburg | LSBGFLXA | | |
| | | Naples Moorings | NPLSFLXD | | |
| | | North Naples | NNPLFLXA | | |
| | | Ocala | OCALFLXA | | |
| | | Port Charlotte | PTCTFLXA | | |
| | | Shady Road | OCALFLXB | | |
| | | Tallahassee | TLHSFLXA | | |
| | | Tallahassee | TLHSFLXB | | |
| | | Tallahassee | TLHSFLXC | | |
| | | Tallahassee | TLHSFLXD | | |
| | | Tallahassee | TLHSFLXF | | |
| | | West Kissimmee | KSSMFLXB | | |
| | | Winter Garden | WNGRFLXA | | |

---

Issued:  April 23, 2008                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.4

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(M)    The following interstate switched access charges apply to customers in United Telephone Company of Indiana, Inc. d/b/a Embarq exchanges in the following states:  Indiana*

    (1)    Carrier Common Line Access
          Premium Access & Non-Premium Access

          Originating and Terminating          $0.000000

    (2)    Local Switching

        (a)    LS1 and LS2

            Per minute of use charge:          $0.003747

    (3)    Switched Transport

        (a)    Tandem-Switched Transport

            (1)    Tandem Switching

                UNE Zone 1 Per minute of use charge:    $0.000210

                UNE Zone 2 Per minute of use charge:    $0.000210

                UNE Zone 3 Per minute of use charge:    $0.000210

            (2)    Common Transport Multiplexing

                UNE Zone 1 Per minute of use charge:    $0.000280

                UNE Zone 2 Per minute of use charge:    $0.000280

                UNE Zone 3 Per minute of use charge:    $0.000280

            (3)    Common Trunk Port

                Per minute of use charge:    $0.000406

---

Issued:  April 23, 2008                Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.5

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(M)     The following interstate switched access charges apply to customers in United Telephone Company of Indiana, Inc. d/b/a Embarq exchanges in the following states:  Indiana* (Cont'd)

| | | |
|---|---|---|
| (4) | Tandem-Switched Transmission Termination Facility | |
| | UNE Zone 1 Per minute Fixed: | $0.000253 |
| | UNE Zone 1 Per minute/Per Mile: | $0.000040 |
| | UNE Zone 2 Per minute Fixed: | $0.000253 |
| | UNE Zone 2 Per minute/Per Mile: | $0.000040 |
| | UNE Zone 3 Per minute Fixed: | $0.000253 |
| | UNE Zone 3 Per minute/Per Mile: | $0.000040 |

(4)     Toll Free Code (TFC) Access Service

(a)     TFC Access Service Data Base Query

Per query:                              $0.006271

*Indiana rates are applicable to Access Service customers located in the Union City, Ohio exchange of United Telephone Company of Indiana, Inc. d/b/a Embarq.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.6

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(M)     The following interstate switched access charges apply to customers in United Telephone Company of Indiana, Inc. d/b/a Embarq exchanges in the following states:  Indiana* (Cont'd)

For purposes of the above, Indiana zones are defined as follows:

| Zone 1 | | Zone 2 | | Zone 3 | |
|---|---|---|---|---|---|
| End Office | CLLI | End Office | CLLI | End Office | CLLI |
| Columbia City | CBCYINXA | Arcola | ARCLINXA | All Other | All Other |
| Decatur | DCTRINXA | Aurora | AURRINXA | | |
| Franklin | FKLNINXA | Avilla | AVLLINXA | | |
| Lawrenceburg | LRBGINXA | Bremen | BRMNINXA | | |
| Plymouth | PLMOINXA | Howe | HOWEINXA | | |
| Warsaw | WRSWINXA | Knightstown | KNTWINXA | | |
| | | Knox | KNOXINXA | | |
| | | LaGrange | LGRNINXA | | |
| | | Milford | MLFRINXA | | |
| | | Millersburg | MLBGINXA | | |
| | | Monticello | MNTIINXA | | |
| | | Nappanee | NPPNINXA | | |
| | | New Carlisle | NWCRINXA | | |
| | | Portland | PTLDINXA | | |
| | | Remington | RMTNINXA | | |
| | | Rensselaer | RNSLINXA | | |
| | | Rising Sun | RSSNINXA | | |
| | | Shipshewana | SHPSINXA | | |
| | | Topeka | TPKAINXA | | |
| | | Union City | UNCYINXA | | |
| | | Vevay | VEVYINXA | | |
| | | Walkerton | WKTNINXA | | |
| | | Whiteland | WHLDINXA | | |
| | | Winamac | WNMCINXA | | |

---

Issued:  April 23, 2008                                                                      Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.7

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(N)    The following interstate switched access charges apply to customers in United Telephone Company of Eastern Kansas, United Telephone Company of Kansas, United Telephone Company of Southcentral Kansas, United Telephone Company of Southeast Kansas and Embarq Missouri, Inc. d/b/a Embarq exchanges in the following states:  Kansas and Missouri* (Cont'd)

      (1)    Carrier Common Line Access
              Premium Access & Non-Premium Access

              Originating and Terminating            $0.000000

      (2)    Local Switching

          (a)    LS1 and LS2

              Per minute of use charge:            $0.003983

      (3)    Switched Transport

          (a)    Tandem-Switched Transport

              (1)    Tandem Switching

                  UNE Zone 1 Per minute of use charge:  $0.000331

                  UNE Zone 2 Per minute of use charge:  $0.000362

                  UNE Zone 3 Per minute of use charge:  $0.000381

                  UNE Zone 4 Per minute of use charge:  $0.000425

               (2)    Common Transport Multiplexing

                  UNE Zone 1 Per minute of use charge:  $0.000218

                  UNE Zone 2 Per minute of use charge:  $0.000235

                  UNE Zone 3 Per minute of use charge:  $0.000254

                  UNE Zone 4 Per minute of use charge:  $0.000277

Issued:  April 23, 2008                                     Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
              44 Wall Street, 6th Floor
              New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.8

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(N)     The following interstate switched access charges apply to customers in United Telephone Company of Eastern Kansas, United Telephone Company of Kansas, United Telephone Company of Southcentral Kansas, United Telephone Company of Southeast Kansas and Embarq Missouri, Inc. d/b/a Embarq exchanges in the following states:  Kansas and Missouri* (Cont'd)

|  |  |  |
|--|--|--|
| (3) | Common Trunk Port | |
| | Per minute of use charge: | $0.000498 |
| (4) | Tandem-Switched Transmission Termination Facility | |
| | UNE Zone 1 Per minute Fixed: | $0.000218 |
| | UNE Zone 1 Per minute/Per Mile: | $0.000020 |
| | UNE Zone 2 Per minute Fixed: | $0.000235 |
| | UNE Zone 2 Per minute/Per Mile: | $0.000021 |
| | UNE Zone 3 Per minute Fixed: | $0.000245 |
| | UNE Zone 3 Per minute/Per Mile: | $0.000023 |
| | UNE Zone 4 Per minute Fixed: | $0.000278 |
| | UNE Zone 4 Per minute/Per Mile: | $0.000025 |

(4)     Toll Free Code (TFC) Access Service

(a)     TFC Access Service Data Base Query

Per query:     $0.007687

*Missouri rates are applicable to Access Service customers located in North Hopkins, Iowa exchange of United Telephone Company of Missouri.

Issued:  April 23, 2008                                                Effective:  April 24, 2008
Issued by:     Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.9

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(N)    The following interstate switched access charges apply to customers in United Telephone Company of Eastern Kansas, United Telephone Company of Kansas, United Telephone Company of Southcentral Kansas, United Telephone Company of Southeast Kansas and Embarq Missouri, Inc. d/b/a Embarq exchanges in the following states:  Kansas and Missouri* (Cont'd)

For purposes of the above, Kansas zones are defined as follows:

| Zone 1 | | Zone 2 | |
|---|---|---|---|
| End Office | CLLI | End Office | CLLI |
| None | None | None | None |

| Zone 3 | | Zone 4 | |
|---|---|---|---|
| End Office | CLLI | End Office | CLLI |
| Hiawatha | HWTHKSXA | All Other | All Other |
| Junction City | JNCYKSXA | | |

For purposes of the above, Missouri zones are defined as follows:

| Zone 1 | | Zone 2 | |
|---|---|---|---|
| End Office | CLLI | End Office | CLLI |
| Jefferson City | JFCYMOXA | Ft. Leonard Wood | FTLWMOXA |
| | | Lebanon | LBNNMOXA |
| | | Newburg | NWBGMOXA |
| | | Richland | RCLDMOXA |
| | | Rolla | ROLLMOXA |
| | | Salem | SALMMOXA |
| | | St. Robert | STRBMOXA |
| | | Warrensburg | WRBGMOXA |
| | | Waynesville | WYVLMOXA |

| Zone 3 | | Zone 4 | |
|---|---|---|---|
| End Office | CLLI | End Office | CLLI |
| None | None | All Other | All Other |

Issued:  April 23, 2008                                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.10

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(O)     The following interstate switched access charges apply to customers in Embarq Minnesota, Inc. exchanges in the following states:  Minnesota

|     |     |     |
| --- | --- | --- |
| (1) | Carrier Common Line Access |     |
|     | Premium Access & Non-Premium Access |     |
|     | Originating and Terminating | $0.000000 |
| (2) | Local Switching |     |
|     | (a)  LS1 and LS2 |     |
|     | Per minute of use charge: | $0.003983 |
| (3) | Switched Transport |     |

(a)     Tandem-Switched Transport

(1)     Tandem Switching

| | |
| --- | --- |
| UNE Zone 1 Per minute of use charge: | $0.000331 |
| UNE Zone 2 Per minute of use charge: | $0.000362 |
| UNE Zone 3 Per minute of use charge: | $0.000381 |
| UNE Zone 4 Per minute of use charge: | $0.000425 |

(2)     Common Transport Multiplexing

| | |
| --- | --- |
| UNE Zone 1 Per minute of use charge: | $0.000218 |
| UNE Zone 2 Per minute of use charge: | $0.000235 |
| UNE Zone 3 Per minute of use charge: | $0.000254 |
| UNE Zone 4 Per minute of use charge: | $0.000277 |

(3)     Common Trunk Port

| | |
| --- | --- |
| Per minute of use charge: | $0.000498 |

Issued:  April 23, 2008                                                                Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.11

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(O)     The following interstate switched access charges apply to customers in Embarq Minnesota, Inc. exchanges in the following states:  Minnesota (Cont'd)

|  |  |  |
|---|---|---|
| (4) | Tandem-Switched Transmission Termination Facility | |
| | UNE Zone 1 Per minute Fixed: | $0.000218 |
| | UNE Zone 1 Per minute/Per Mile: | $0.000020 |
| | UNE Zone 2 Per minute Fixed: | $0.000235 |
| | UNE Zone 2 Per minute/Per Mile: | $0.000021 |
| | UNE Zone 3 Per minute Fixed: | $0.000245 |
| | UNE Zone 3 Per minute/Per Mile: | $0.000023 |
| | UNE Zone 4 Per minute Fixed: | $0.000278 |
| | UNE Zone 4 Per minute/Per Mile: | $0.000025 |

(4)     Toll Free Code (TFC) Access Service

      (a)     TFC Access Service Data Base Query

           Per query:           $0.007687

Issued:  April 23, 2008                                                           Effective:  April 24, 2008
Issued by:     Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.12

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(O)     The following interstate switched access charges apply to customers in Embarq Minnesota, Inc. exchanges in the following states:  Minnesota (Cont'd)

For purposes of the above, Minnesota zones are defined as follows:

|                | Zone 1      |            | Zone 2      |
| -------------- | ----------- | ---------- | ----------- |
| End Office     | CLLI        | End Office | CLLI        |
| None           | None        | None       | None        |

|                | Zone 3      |            | Zone 4      |
| -------------- | ----------- | ---------- | ----------- |
| End Office     | CLLI        | End Office | CLLI        |
| Chaska         | CHSKMNXC    | All Other  | All Other   |
| Maple Grove    | MPGVMNXA    |            |             |
| Osseo          | OSSEMNXO    |            |             |

Issued:  April 23, 2008                                                                 Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.13

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(P)     The following interstate switched access charges apply to customers in United Telephone Company of the West d/b/a Embarq exchanges in the following states:  Nebraska and Wyoming

| | | |
|---|---|---|
| (1) | Carrier Common Line Access<br>Premium Access & Non-Premium Access | |
| | Originating and Terminating | $0.000000 |
| (2) | Local Switching | |
| (a) | LS1 and LS2 | |
| | Per minute of use charge: | $0.003983 |
| (3) | Switched Transport | |
| (a) | Tandem-Switched Transport | |
| (1) | Tandem Switching | |
| | UNE Zone 1 Per minute of use charge: | $0.000331 |
| | UNE Zone 2 Per minute of use charge: | $0.000362 |
| | UNE Zone 3 Per minute of use charge: | $0.000381 |
| | UNE Zone 4 Per minute of use charge: | $0.000425 |
| (2) | Common Transport Multiplexing | |
| | UNE Zone 1 Per minute of use charge: | $0.000218 |
| | UNE Zone 2 Per minute of use charge: | $0.000235 |
| | UNE Zone 3 Per minute of use charge: | $0.000254 |
| | UNE Zone 4 Per minute of use charge: | $0.000277 |
| (3) | Common Trunk Port | |
| | Per minute of use charge: | $0.000498 |

Issued:  April 23, 2008                                                                    Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.14

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6       RATES AND CHARGES (Cont'd)

(P)       The following interstate switched access charges apply to customers in United Telephone Company of the West d/b/a Embarq exchanges in the following states:  Nebraska and Wyoming (Cont'd)

| | | |
|---|---|---|
| (4) | Tandem-Switched Transmission Termination Facility | |
| | UNE Zone 1 Per minute Fixed: | $0.000218 |
| | UNE Zone 1 Per minute/Per Mile: | $0.000020 |
| | UNE Zone 2 Per minute Fixed: | $0.000235 |
| | UNE Zone 2 Per minute/Per Mile: | $0.000021 |
| | UNE Zone 3 Per minute Fixed: | $0.000245 |
| | UNE Zone 3 Per minute/Per Mile: | $0.000023 |
| | UNE Zone 3 Per minute Fixed: | $0.000278 |
| | UNE Zone 3 Per minute/Per Mile: | $0.000025 |
| (4) | Toll Free Code (TFC) Access Service | |
| (a) | TFC Access Service Data Base Query | |
| | Per query: | $0.007687 |

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.15

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(P)     The following interstate switched access charges apply to customers in United Telephone Company of the West d/b/a Embarq exchanges in the following states:  Nebraska and Wyoming (Cont'd)

For purposes of the above, Nebraska zones are defined as follows:

| Zone 1 | | Zone 2 | |
|---|---|---|---|
| End Office | CLLI | End Office | CLLI |
| None | None | None | None |

| Zone 3 | | Zone 4 | |
|---|---|---|---|
| End Office | CLLI | End Office | CLLI |
| Scottsbluff | SCTSNEXU | All Other | All Other |

For purposes of the above, Wyoming zones are defined as follows:

| Zone 1 | | Zone 2 | |
|---|---|---|---|
| End Office | CLLI | End Office | CLLI |
| None | None | None | None |

| Zone 3 | | Zone 4 | |
|---|---|---|---|
| End Office | CLLI | End Office | CLLI |
| None | None | All Other | All Other |

Issued:  April 23, 2008                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.16

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(Q)    The following interstate switched access charges apply to customers in Central Telephone Company-Nevada d/b/a Embarq exchanges in the following states:  Nevada

    (1)    Carrier Common Line Access
           Premium Access & Non-Premium Access

           Originating and Terminating                              $0.000000

    (2)    Local Switching

        (a)    LS1 and LS2

               Per minute of use charge:                            $0.004130

    (3)    Switched Transport

        (a)    Tandem-Switched Transport

            (1)    Tandem Switching

                   UNE Zone 1 Per minute of use charge:    $0.002052

                   UNE Zone 2 Per minute of use charge:    $0.002106

                   UNE Zone 3 Per minute of use charge:    $0.002260

            (2)    Common Transport Multiplexing

                   UNE Zone 1 Per minute of use charge:    $0.000092

                   UNE Zone 2 Per minute of use charge:    $0.000096

                   UNE Zone 3 Per minute of use charge:    $0.000103

            (3)    Common Trunk Port

                   Per minute of use charge:               $0.000363

---

Issued:  April 23, 2008                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.17

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(Q)    The following interstate switched access charges apply to customers in Central Telephone Company-Nevada d/b/a Embarq exchanges in the following states:  Nevada (Cont'd)

        (4)    Tandem-Switched Transmission
              Termination Facility

              UNE Zone 1 Per minute Fixed:      $0.000324
              UNE Zone 1 Per minute/Per Mile:  $0.000015

              UNE Zone 2 Per minute Fixed:      $0.000333
              UNE Zone 2 Per minute/Per Mile:  $0.000017

              UNE Zone 3 Per minute Fixed:      $0.000369
              UNE Zone 3 Per minute/Per Mile:  $0.000019

     (4)    Toll Free Code (TFC) Access Service

        (a)    TFC Access Service Data Base Query

            Per query:              $0.012072

Issued:  April 23, 2008                                      Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
              44 Wall Street, 6th Floor
              New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.18

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(Q)    The following interstate switched access charges apply to customers in Central Telephone Company-Nevada d/b/a Embarq exchanges in the following states:  Nevada (Cont'd)

For purposes of the above, Nevada zones are defined as follows:

|  | Zone 1 |  | Zone 2 |  | Zone 3 |
|---|---|---|---|---|---|
| End Office | CLLI | End Office | CLLI | End Office | **CLLI** |
| Las Vegas Main | LSVGNVXB | Las Vegas West 8 | LSVGNVXH | All Other | All Other |
| Las Vegas South 5 | LSVGNVXG | Las Vegas East 2 | LSVGNVXI |  |  |
| Las Vegas South 6 | LSVGNVXL | Las Vegas East 1 | LSVGNVXR |  |  |
| Las Vegas West 6 | LSVGNVXK | Las Vegas North 5 | LSVGNVXU |  |  |
| Las Vegas East 7 | LSVGNVXM | N. Las Vegas North 2 | NLVGNVXF |  |  |
| Las Vegas South South | LSVGNVXV |  |  |  |  |
| Las Vegas West West | LSVGNVXW |  |  |  |  |

Issued:  April 23, 2008                                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                         44 Wall Street, 6th Floor
                         New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.19

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(R)    The following interstate switched access charges apply to customers in United Telephone Company of New Jersey, Inc. d/b/a Embarq exchanges in the following states:  New Jersey

(1)    Premium Access & Non-Premium Access

Originating and Terminating                              $0.000000

(2)    Local Switching

(a)    LS1 and LS2

Per minute of use charge:                     $0.003892

(3)    Switched Transport

(a)    Tandem-Switched Transport

(1)    Tandem Switching

UNE Zone 1 Per minute of use charge:    $0.001438

UNE Zone 2 Per minute of use charge:    $0.001438

UNE Zone 3 Per minute of use charge:    $0.001438

(2)    Common Transport Multiplexing

UNE Zone 1 Per minute of use charge:    $0.000469

UNE Zone 2 Per minute of use charge:    $0.000469

UNE Zone 3 Per minute of use charge:    $0.000469

(3)    Common Trunk Port

Per minute of use charge:               $0.000490

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.20

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(R)    The following interstate switched access charges apply to customers in United Telephone Company of New Jersey, Inc. d/b/a Embarq exchanges in the following states:  New Jersey (Cont'd)

    (4)    Tandem-Switched Transmission
          Termination Facility

          UNE Zone 1 Per minute Fixed:    $0.000449
          UNE Zone 1 Per minute/Per Mile:    $0.000022

          UNE Zone 2 Per minute Fixed:    $0.000449
          UNE Zone 2 Per minute/Per Mile:    $0.000022

          UNE Zone 3 Per minute Fixed:    $0.000449
          UNE Zone 3 Per minute/Per Mile:    $0.000022

    (4)    Toll Free Code (TFC) Access Service

      (a)    TFC Access Service Data Base Query

          Per query:    $0.006679

Issued:  April 23, 2008

Effective:  April 24, 2008

Issued by:    Andoni Economou, Vice President
             44 Wall Street, 6th Floor
             New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.21

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (R)     The following interstate switched access charges apply to customers in United Telephone Company of New Jersey, Inc. d/b/a Embarq exchanges in the following states:  New Jersey (Cont'd)

For purposes of the above, New Jersey zones are defined as follows:

| Zone 1 | | Zone 2 | | Zone 3 | |
|---|---|---|---|---|---|
| End Office | CLLI | End Office | CLLI | End Office | CLLI |
| Clinton | CLTNNJXJ | Belle Meade | BLMDNJXH | All Other | All Other |
| | | Califon | CLFNNJXJ | | |
| | | Flemington | FMTNNJXJ | | |
| | | Franklin | FRBONJXU | | |
| | | Lake Mohawk | LMOHNJXU | | |
| | | Lebanon | LBNNNJXJ | | |
| | | Newton | NWTNNJXU | | |
| | | Whitehouse | WHHSNJXJ | | |

Issued:  April 23, 2008                                                                                       Effective:  April 24, 2008
Issued by:         Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.22

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(S)    The following interstate switched access charges apply to customers in Carolina Telephone and Telegraph Company and Central Telephone Company-North Carolina d/b/a Embarq exchanges in the following states:  North Carolina

|  |  |  |  |
|---|---|---|---|
| (1) | Carrier Common Line Access<br>Premium Access & Non-Premium Access | | |
| | Originating and Terminating | | $0.000000 |
| (2) | Local Switching | | |
| | (a) | LS1 and LS2 | |
| | | Per minute of use charge: | $0.003735 |
| (3) | Switched Transport | | |
| | (a) | Tandem-Switched Transport | |
| | | (1) Tandem Switching | |
| | | UNE Zone 1 Per minute of use charge: | $0.000639 |
| | | UNE Zone 2 Per minute of use charge: | $0.000639 |
| | | (2) Common Transport Multiplexing | |
| | | UNE Zone 1 Per minute of use charge: | $0.000755 |
| | | UNE Zone 2 Per minute of use charge: | $0.000755 |
| | | (3) Common Trunk Port | |
| | | Per minute of use charge: | $0.000386 |

Issued:  April 23, 2008                                                                 Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.23

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(S)    The following interstate switched access charges apply to customers in Carolina Telephone and Telegraph Company and Central Telephone Company-North Carolina d/b/a Embarq exchanges in the following states: North Carolina (Cont'd)

       (4)    Tandem-Switched Transmission
            Termination Facility

            UNE Zone 1 Per minute Fixed:     $0.000226
            UNE Zone 1 Per minute/Per Mile:  $0.000026

            UNE Zone 2 Per minute Fixed:     $0.000226
            UNE Zone 2 Per minute/Per Mile:  $0.000026

   (4)    Toll Free Code (TFC) Access Service

      (a)    TFC Access Service Data Base Query

         Per query:               $0.008046

Issued: April 23, 2008

Issued by:     Andoni Economou, Vice President
              44 Wall Street, 6th Floor
              New York, New York  10005

Effective:  April 24, 2008

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.24

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(S)    The following interstate switched access charges apply to customers in Carolina Telephone and Telegraph Company and Central Telephone Company-North Carolina d/b/a Embarq exchanges in the following states:  North Carolina (Cont'd)

For purposes of the above, North Carolina zones are defined as follows:

| | Zone 1 | | Zone 2 |
| --- | --- | --- | --- |
| End Office | CLLI | End Office | CLLI |
| Ayden | AYDNNCXA | All Other | All Other |
| Bailey | BALYNCXA | | |
| Bethel | BETHNCXA | | |
| Bethlehem | BHLHNCXA | | |
| Catawba | CTWBNCXA | | |
| Fayetteville | FYVLNCXA | | |
| Fayetteville | FYVLNCXB | | |
| Fayetteville | FYVLNCXD | | |
| Fayetteville | FYVLNCXF | | |
| Fayetteville | FYVLNCXG | | |
| Fountain | FONTNCXA | | |
| Granite Falls | GRFLNCXA | | |
| Greenville | GNVLNCXA | | |
| Greenville | GNVLNCXB | | |
| Grifton | GFTNNCXA | | |
| Hickory | HCKRNCXA | | |
| Hickory | HCKRNCXB | | |
| Hildebran | HLDBNCXB | | |
| Jacksonville | JCVLNCXA | | |
| Jacksonville | JCVLNCXB | | |
| Kinston | KSTNNCXA | | |
| Mountain View | MTVWNCXA | | |
| Nashville | NSVLNCXA | | |
| New Bern | NWBRNCXA | | |
| Pinetops | PNTPNCXA | | |
| Rocky Mount | RCMTNCXA | | |
| Rocky Mount | RCMTNCXB | | |
| Sherrills Ford | SHFRNCXA | | |
| Spring Hope | SPRHNCXA | | |
| Tarboro | TRBONCXA | | |
| Valdese | VLDSNCXA | | |
| Wake Forest | WKFSNCXA | | |
| Whitakers | WHTKNCXA | | |

Issued:  April 23, 2008                                                                    Effective:  April 24, 2008
Issued by:         Andoni Economou, Vice President
                   44 Wall Street, 6th Floor
                   New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.25

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(T)     The following interstate switched access charges apply to customers in United Telephone Company of Ohio d/b/a Embarq exchanges in the following states:  Ohio

|  |  |  |
|---|---|---|
| (1) | Carrier Common Line Access<br>Premium Access & Non-Premium Access | |
| | Originating and Terminating | $0.000000 |
| (2) | Local Switching | |
| (a) | LS1 and LS2 | |
| | Per minute of use charge: | $0.003644 |
| (3) | Switched Transport | |
| (a) | Tandem-Switched Transport | |
| (1) | Tandem Switching | |
| | UNE Zone 1 Per minute of use charge: | $0.000124 |
| | UNE Zone 2 Per minute of use charge: | $0.000124 |
| | UNE Zone 3 Per minute of use charge: | $0.000124 |
| (2) | Common Transport Multiplexing | |
| | UNE Zone 1 Per minute of use charge: | $0.000405 |
| | UNE Zone 2 Per minute of use charge: | $0.000405 |
| | UNE Zone 3 Per minute of use charge: | $0.000405 |
| (3) | Common Trunk Port | |
| | Per minute of use charge: | $0.000405 |

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.26

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(T)    The following interstate switched access charges apply to customers in United Telephone Company of Ohio d/b/a Embarq exchanges in the following states:  Ohio (Cont'd)

        (4)    Tandem-Switched Transmission
             Termination Facility

             UNE Zone 1 Per minute Fixed:      $0.000412
             UNE Zone 1 Per minute/Per Mile:   $0.000035

             UNE Zone 2 Per minute Fixed:      $0.000412
             UNE Zone 2 Per minute/Per Mile:   $0.000035

             UNE Zone 3 Per minute Fixed:      $0.000412
             UNE Zone 3 Per minute/Per Mile:   $0.000035

    (4)    Toll Free Code (TFC) Access Service

        (a)    TFC Access Service Data Base Query

             Per query:           $0.006755

Issued:  April 23, 2008                            Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.27

### All material on this page is new

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(T)     The following interstate switched access charges apply to customers in United Telephone Company of Ohio d/b/a Embarq exchanges in the following states:  Ohio (Cont'd)

For purposes of the above, Ohio zones are defined as follows:

| Zone 1 | | Zone 2 | | Zone 3 | |
|--------|--------|--------|--------|--------|--------|
| End Office | CLLI | End Office | CLLI | End Office | CLLI |
| Lebanon | LBNNOHXA | Bellefontaine | BLLFOHXA | All Other | All Other |
| Lima | LIMAOHXA | Lordstown | LRTWOHXA | | |
| Lima | LIMAOHXB | Levittsburg | LVBGOHXA | | |
| Mason | MASNOHXA | Madisonburg | MDBROHXA | | |
| Morrow | MRRWOHXA | Mansfield | MNFDOHXA | | |
| South Lebanon | SLBNOHXA | Mansfield | MNFDOHXB | | |
| Waynesville | WYVLOHXA | Mansfield | MNFDOHXC | | |
| | | Mansfield | MNFDOHXD | | |
| | | Mansfield | WLDROHXA | | |
| | | Warren | WRRNOHXA | | |
| | | Warren | WRRNOHXB | | |
| | | Warren | WRRNOHXE | | |
| | | Warren | WRRNOHXF | | |
| | | Warren | WRRNOHXG | | |
| | | Wooster | WSTROHXA | | |

Issued:  April 23, 2008                                                                 Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.28

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (U)     The following interstate switched access charges apply to customers in United Telephone Company of the Northwest d/b/a Embarq exchanges in the following states:  Oregon and Washington

        (1)      Carrier Common Line Access
                  Premium Access & Non-Premium Access

                  Originating and Terminating             $0.000000

        (2)      Local Switching

           (a)      LS1 and LS2

                  Per minute of use charge:           $0.003770

        (3)      Switched Transport

           (a)      Tandem-Switched Transport

                (1)      Tandem Switching

                      UNE Zone 1 Per minute of use charge:    $0.000150

                      UNE Zone 2 Per minute of use charge:    $0.000160

                (2)      Common Transport Multiplexing

                      UNE Zone 1 Per minute of use charge:    $0.000225

                      UNE Zone 2 Per minute of use charge:    $0.000240

                (3)      Common Trunk Port

                      Per minute of use charge:           $0.000428

Issued:  April 23, 2008                                            Effective:  April 24, 2008
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.29

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(U)     The following interstate switched access charges apply to customers in United Telephone Company of the Northwest d/b/a Embarq exchanges in the following states:  Oregon and Washington (Cont'd)

    (4)     Tandem-Switched Transmission
            Termination Facility

| | |
|---|---|
| UNE Zone 1 Per minute Fixed: | $0.000225 |
| UNE Zone 1 Per minute/Per Mile: | $0.000025 |
| | |
| UNE Zone 2 Per minute Fixed: | $0.000255 |
| UNE Zone 2 Per minute/Per Mile: | $0.000035 |

(4)     Toll Free Code (TFC) Access Service

    (a)     TFC Access Service Data Base Query

        Per query:                $0.008252

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.30

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(U)     The following interstate switched access charges apply to customers in United Telephone Company of the Northwest d/b/a Embarq exchanges in the following states:  Oregon and Washington (Cont'd)

For purposes of the above, Oregon zones are defined as follows:

| End Office | Zone 1 CLLI | End Office | Zone 2 CLLI |
|---|---|---|---|
| Hood River | HDRVORXA | All Other | All Other |
| Lincoln City | LNCYORXX | | |
| Sheridan | SHRDORXA | | |
| The Dalles | THDLORXA | | |
| Tillamook | TLMKORXA | | |
| White City | WHCYORXX | | |

For purposes of the above, Washington zones are defined as follows:

| End Office | Zone 1 CLLI | End Office | Zone 2 CLLI |
|---|---|---|---|
| Poulsbo | PLSBWAXX | All Other | All Other |
| Sunnyside | SNSDWAXX | | |

Issued:  April 23, 2008                                                                        Effective:  April 24, 2008
Issued by:         Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.31

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(V)     The following interstate switched access charges apply to customers in The United Telephone Company of Pennsylvania d/b/a Embarq exchanges in the following states:  Pennsylvania

|  |  |  |  |
|---|---|---|---|
| (1) | Carrier Common Line Access<br>Premium Access & Non-Premium Access | | |
| | Originating and Terminating | $0.000000 | |
| (2) | Local Switching | | |
| | (a) | LS1 and LS2 | |
| | | Per minute of use charge: | $0.003892 |
| (3) | Switched Transport | | |
| | (a) | Tandem-Switched Transport | |
| | | (1) | Tandem Switching |
| | | | UNE Zone 1 Per minute of use charge:     $0.001438 |
| | | | UNE Zone 2 Per minute of use charge:     $0.001438 |
| | | | UNE Zone 3 Per minute of use charge:     $0.001438 |
| | | (2) | Common Transport Multiplexing |
| | | | UNE Zone 1 Per minute of use charge:     $0.000469 |
| | | | UNE Zone 2 Per minute of use charge:     $0.000469 |
| | | | UNE Zone 3 Per minute of use charge:     $0.000469 |
| | | (3) | Common Trunk Port |
| | | | Per minute of use charge:     $0.000490 |

---

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**                Tariff F.C.C. No. 1 – Access
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**                Section 3
                Original Page No. 93.32

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

        (V)     The following interstate switched access charges apply to customers in The United Telephone
Company of Pennsylvania d/b/a Embarq exchanges in the following states:  Pennsylvania (Cont'd)

                        (4)     Tandem-Switched Transmission
                                Termination Facility

                                UNE Zone 1 Per minute Fixed:        $0.000449
                                UNE Zone 1 Per minute/Per Mile:     $0.000022

                                UNE Zone 2 Per minute Fixed:        $0.000449
                                UNE Zone 2 Per minute/Per Mile:     $0.000022

                                UNE Zone 3 Per minute Fixed:        $0.000449
                                UNE Zone 3 Per minute/Per Mile:     $0.000022

                (4)     Toll Free Code (TFC) Access Service

                        (a)     TFC Access Service Data Base Query

                                Per query:        $0.006679

Issued:  April 23, 2008                                Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.33

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(V)    The following interstate switched access charges apply to customers in The United Telephone Company of Pennsylvania d/b/a Embarq exchanges in the following states:  Pennsylvania (Cont'd)

For purposes of the above, Pennsylvania zones are defined as follows:

| Zone 1 | | Zone 2 | | Zone 3 | |
|---|---|---|---|---|---|
| End Office | CLLI | End Office | CLLI | End Office | CLLI |
| Butler | BTLRPAXB | Bedford | BDFRPAXB | All Other | All Other |
| Carlisle | CRLSPAXC | Blue Ridge Summit | BLRSPAXB | | |
| | | Chambersburg | CHBGPAXC | | |
| | | Gettysburg | GTBGPAXG | | |

Issued: April 23, 2008

Effective:  April 24, 2008

Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.34

### All material on this page is new

### SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

    (W)    The following interstate switched access charges apply to customers in United Telephone Company of the Carolinas d/b/a Embarq exchanges in the following states: South Carolina

        (1)    Carrier Common Line Access
                Premium Access & Non-Premium Access

                Originating and Terminating             $0.000000

        (2)    Local Switching

           (a)    LS1 and LS2

                Per minute of use charge:           $0.003709

        (3)    Switched Transport

           (a)    Tandem-Switched Transport

                (1)    Tandem Switching

                    UNE Zone 1 Per minute of use charge:   $0.000879

                    UNE Zone 2 Per minute of use charge:   $0.000949

                    UNE Zone 3 Per minute of use charge:   $0.001085

                (2)    Common Transport Multiplexing

                    UNE Zone 1 Per minute of use charge:   $0.000254

                    UNE Zone 2 Per minute of use charge:   $0.000277

                    UNE Zone 3 Per minute of use charge:   $0.000296

                (3)    Common Trunk Port

                    Per minute of use charge:           $0.000537

---

Issued:  April 23, 2008

Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

Effective:  April 24, 2008

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.35

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(W)    The following interstate switched access charges apply to customers in United Telephone Company of the Carolinas d/b/a Embarq exchanges in the following states:  South Carolina (Cont'd)

(4)    Tandem-Switched Transmission
Termination Facility

UNE Zone 1 Per minute Fixed:          $0.000252
UNE Zone 1 Per minute/Per Mile:      $0.000030

UNE Zone 2 Per minute Fixed:          $0.000263
UNE Zone 2 Per minute/Per Mile:      $0.000031

UNE Zone 3 Per minute Fixed:          $0.000290
UNE Zone 3 Per minute/Per Mile:      $0.000038

(4)    Toll Free Code (TFC) Access Service

(a)    TFC Access Service Data Base Query

Per query:                                        $0.009618

---

Issued:  April 23, 2008                                                     Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.36

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(W)    The following interstate switched access charges apply to customers in United Telephone Company of the Carolinas d/b/a Embarq exchanges in the following states:  South Carolina (Cont'd)

For purposes of the above, South Carolina zones are defined as follows:

| Zone 1 | | Zone 2 | | Zone 3 | |
|---|---|---|---|---|---|
| End Office | CLLI | End Office | CLLI | End Office | CLLI |
| Greenwood(ATO) | GNWDSCXC | Beaufort | BUFTSCXA | All Other | All Other |
| Greenwood | GNWDSCXB | | | | |

Issued:  April 23, 2008                                                                     Effective:  April 24, 2008
Issued by:         Andoni Economou, Vice President
                          44 Wall Street, 6th Floor
                          New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.37

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(X)    The following interstate switched access charges apply to customers in United Telephone-Southeast, Inc., Inc. and Central Telephone Company of Virginia d/b/a Embarq exchanges in the following states: Tennessee and Virginia

| | | | |
|---|---|---|---|
| (1) | Carrier Common Line Access | | |
| | Premium Access & Non-Premium Access | | |
| | | | |
| | Originating and Terminating | $0.000000 | |
| (2) | Local Switching | | |
| | (a) | LS1 and LS2 | |
| | | Per minute of use charge: | $0.003709 |
| (3) | Switched Transport | | |
| | (a) | Tandem-Switched Transport | |
| | | (1) | Tandem Switching |
| | | | UNE Zone 1 Per minute of use charge: $0.000879 |
| | | | UNE Zone 2 Per minute of use charge: $0.000949 |
| | | | UNE Zone 3 Per minute of use charge: $0.001085 |
| | | (2) | Common Transport Multiplexing |
| | | | UNE Zone 1 Per minute of use charge: $0.000254 |
| | | | UNE Zone 2 Per minute of use charge: $0.000277 |
| | | | UNE Zone 3 Per minute of use charge: $0.000296 |
| | | (3) | Common Trunk Port |
| | | | Per minute of use charge: $0.000537 |

Issued:  April 23, 2008                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.38

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(X)    The following interstate switched access charges apply to customers in United Telephone-Southeast, Inc., Inc. and Central Telephone Company of Virginia d/b/a Embarq exchanges in the following states: Tennessee and Virginia (Cont'd)

| | (4) | Tandem-Switched Transmission Termination Facility | |
|---|---|---|---|
| | | UNE Zone 1 Per minute Fixed: | $0.000252 |
| | | UNE Zone 1 Per minute/Per Mile: | $0.000030 |
| | | UNE Zone 2 Per minute Fixed: | $0.000263 |
| | | UNE Zone 2 Per minute/Per Mile: | $0.000031 |
| | | UNE Zone 3 Per minute Fixed: | $0.000290 |
| | | UNE Zone 3 Per minute/Per Mile: | $0.000038 |

(4)    Toll Free Code (TFC) Access Service

(a)    TFC Access Service Data Base Query

Per query:                                    $0.009618

Issued:  April 23, 2008                                                      Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.39

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(X)    The following interstate switched access charges apply to customers in United Telephone-Southeast, Inc., Inc. and Central Telephone Company of Virginia d/b/a Embarq exchanges in the following states: Tennessee and Virginia (Cont'd)

For purposes of the above, Tennessee zones are defined as follows:

| Zone 1 | | Zone 2 | | Zone 3 | |
|---|---|---|---|---|---|
| End Office | CLLI | End Office | CLLI | End Office | CLLI |
| Bristol | BRSTTNXA | Greeneville | GRVLTNXA | All Other | All Other |
| Bristol | BRSTTNXB | | | | |
| Johnson City(ATO) | JHCYTNXC | | | | |
| Johnson City | JHCYTNXA | | | | |
| Kingsport | KGPTTNXA | | | | |
| Kingsport | KGPTTNXC | | | | |
| Midway | MDWYTNXA | | | | |

For purposes of the above, Virginia zones are defined as follows:

| Zone 1 | | Zone 2 | | Zone 3 | |
|---|---|---|---|---|---|
| End Office | CLLI | End Office | CLLI | End Office | CLLI |
| Bristol | BRSTVAXA | Abingdon | ABNGVAXA | All Other | All Other |
| Charlottesville | CHVLVAXA | Blackstone | BLCSVAXA | | |
| Charlottesville | CHVLVAXB | Farmville | FRVLVAXA | | |
| Martinsville | MTVIVAXA | Front Royal | FRRYVAXA | | |
| Wytheville | WYVLVAXA | Lexington | LXTNVAXA | | |
| | | Rocky Mount | RCMTVAXA | | |
| | | South Boston | SBTNVAXA | | |

Issued:  April 23, 2008                                              Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.40

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

    (Y)     The following interstate switched access charges apply to customers in Central Telephone Company of Texas and United Telephone Company of Texas, Inc. d/b/a Embarq exchanges in the following states: Texas

        (1)     Carrier Common Line Access
                Premium Access & Non-Premium Access

                Originating and Terminating                    $0.000000

        (2)     Local Switching

            (a)     LS1 and LS2

                Per minute of use charge:                     $0.003983

        (3)     Switched Transport

            (a)     Tandem-Switched Transport

                (1)     Tandem Switching

                    UNE Zone 1 Per minute of use charge:     $0.000331

                    UNE Zone 2 Per minute of use charge:     $0.000362

                    UNE Zone 3 Per minute of use charge:     $0.000381

                    UNE Zone 4 Per minute of use charge:     $0.000425

                (2)     Common Transport Multiplexing

                    UNE Zone 1 Per minute of use charge:     $0.000218

                    UNE Zone 2 Per minute of use charge:     $0.000235

                    UNE Zone 3 Per minute of use charge:     $0.000254

                    UNE Zone 4 Per minute of use charge:     $0.000277

                (3)     Common Trunk Port

                  Per minute of use charge:                     $0.000498

Issued:  April 23, 2008                                                                 Effective:  April 24, 2008
Issued by:     Andoni Economou, Vice President
              44 Wall Street, 6th Floor
              New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.41

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(Y)    The following interstate switched access charges apply to customers in Central Telephone Company of Texas and United Telephone Company of Texas, Inc. d/b/a Embarq exchanges in the following states: Texas (Cont'd)

(4)    Tandem-Switched Transmission
Termination Facility

| | |
|---|---|
| UNE Zone 1 Per minute Fixed: | $0.000218 |
| UNE Zone 1 Per minute/Per Mile: | $0.000020 |
| | |
| UNE Zone 2 Per minute Fixed: | $0.000235 |
| UNE Zone 2 Per minute/Per Mile: | $0.000021 |
| | |
| UNE Zone 3 Per minute Fixed: | $0.000245 |
| UNE Zone 3 Per minute/Per Mile: | $0.000023 |
| | |
| UNE Zone 4 Per minute Fixed: | $0.000278 |
| UNE Zone 4 Per minute/Per Mile: | $0.000025 |

(4)    Toll Free Code (TFC) Access Service

(a)    TFC Access Service Data Base Query

Per query:                                        $0.007687

Issued:  April 23, 2008                                        Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 3
Original Page No. 93.42

**All material on this page is new**

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6     RATES AND CHARGES (Cont'd)

(Y)     The following interstate switched access charges apply to customers in Central Telephone Company of Texas and United Telephone Company of Texas, Inc. d/b/a Embarq exchanges in the following states: Texas (Cont'd)

For purposes of the above, Texas zones are defined as follows:

|              | Zone 1    |               | Zone 2    |
|--------------|-----------|---------------|-----------|
| End Office   | CLLI      | End Office     | CLLI      |
| Fort Hood    | FTHDTXXA  | Atascocita     | ATASTXXA  |
| Killeen      | KLLNTXXA  | Humble         | HMBLTXXA  |
| Killeen      | KLLNTXXC  | Humble         | HMBLTXXC  |
|              |           | Kingwood       | KGWDTXXA  |
|              |           | Kings Crossing | KGWDTXXC  |
|              |           | Porter         | PTERTXXA  |
|              |           | Porter Heights | PTHSTXXA  |

|              | Zone 3    |           | Zone 4    |
|--------------|-----------|-----------|-----------|
| End Office   | CLLI      | End Office | CLLI      |
| Athens       | ATHNTXXA  | All Other  | All Other |
| Cooperas Cove | CPCVTXXA |           |           |
| Decatur      | DCTRTXXA  |           |           |
| Stephenville | STVLTXXB  |           |           |

Issued:  April 23, 2008                                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 3
1st Revised Page No. 94
Cancels Original Page No. 94

SECTION 3 – SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES (Cont'd)

(Z)    Presubscription

T

<u>Nonrecurring Charge</u>

(A)    Change in Presubscription
- per Telephone Exchange Service line or trunk,
Centrex-CO line, Public Telephone Service
line, Feature Group A line or CSL BSA line

(1)    When Presubscription change is requested
without an LPIC change request on the
same line and on the same order:

(a)    Electronically-requested
Presubscription                    $1.25

(b)    Manually-requested
Presubscription                    $5.50

(2)    When Presubscription change is requested
together with an LPIC change request on the
same line and on the same order:

(a)    Electronically-requested
Presubscription                    $0.63

(b)    Manually-requested
Presubsciption                    $2.75

NOTE:  Where these charges are applicable to a subscriber or end user under this tariff, a carrier
may make arrangements with the Telephone Company to pay these charges on behalf of the
subscriber or end user.

(B)    Unauthorized PIC Change Charge

(1)    Business/Residential

Per Unauthorized Change            $35.65

(2)    Payphone

Per Unauthorized Change            $57.57

Issued:  April 23, 2008                                                    Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 4
Original Page No. 1

CONTENTS

SECTION 4 - SPECIAL ACCESS SERVICE

[RESERVED FOR FUTURE USE]

Issued:  June 16, 2006                                                    Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 5
Original Page No. 1

CONTENTS

SECTION 5 - CARRIER COMMON LINE SERVICE

PAGE

5.1     GENERAL ................................................................................................ 2

5.2     LIMITATIONS .......................................................................................... 2

5.3     APPLICATION OF INTERSTATE CHARGES ........................................... 2

5.4     RATES AND CHARGES ............................................................................ 2

Issued:  June 16, 2006                                                                Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 5
Original Page No. 2

## SECTION 5 - CARRIER COMMON LINE ACCESS SERVICE

### 5.1    GENERAL

The Company will provide Carrier Common Line Access Service to Customers in conjunction with Switched Access Service provided in Section 3 of this tariff.  Carrier Common Line provides for the use of End Users' Company-provided common lines by Customers for access to such End Users to furnish Interstate Communications.

### 5.2    LIMITATIONS

No telephone number or detailed billing will be provided with Carrier Common Line Access. Directory listings and intercept arrangements are not included in the rates and charges for Carrier Common Line Access.

### 5.3    APPLICATION OF INTERSTATE CHARGES

Interstate rates apply only to that portion of Carrier Common Line Service provided for Interstate usage.  Jurisdictional reporting is required as described in Section 2.10.7 of this tariff.

### 5.4    RATES AND CHARGES

| Carrier Common Line<br>Per Access Minute | Originating | Terminating |
|---|---|---|
| Feature Group B, C, D: | $ 0.000000 | 0.000000 |

---

Issued:  June 16, 2006                                                                 Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                         44 Wall Street, 6th Floor
                         New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 6
Original Page No. 1

CONTENTS

SECTION 6 - SPECIAL ARRANGEMENTS

PAGE

6.1     SPECIAL CONSTRUCTION.......................................................................... 2

6.2     NON-ROUTINE INSTALLATION AND/OR MAINTENANCE ................................... 3

6.3     INDIVIDUAL CASE BASIS (ICB) ARRANGEMENTS ................................................ 3

6.4     ISP ORIGINATION SERVICE ........................................................................3

Issued:  June 16, 2006                                                      Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

## SECTION 6 - SPECIAL ARRANGEMENTS

6.1     SPECIAL CONSTRUCTION

6.1.1   Basis for Charges

Basis for Charges where the Company furnishes a facility or service for which a rate or charge is not specified in the Company's tariffs, charges will be based on the costs incurred by the Company (including return) and may include:

a)      nonrecurring charges;
b)      recurring charges;
c)      termination liabilities; or
d)      combinations of (a), (b), and (c).

6.1.2   Termination Liability

To the extent that there is no other requirement for use by the Company, a termination liability may apply for facilities specially constructed at the request of a customer.

.1      The period on which the termination liability is based is the estimated service life of the facilities provided.

.2      The amount of the maximum termination liability is equal to the estimated amounts (including return) for:

1.      Costs to install the facilities to be provided including estimated costs for the rearrangements of existing facilities.   These costs include:
        a)      equipment and materials provided or used;
        b)      engineering, labor, and supervision;
        c)      transportation; and
        d)      rights of way and/or any required easements;

2.      license preparation, processing, and related fees;

3.      tariff preparation, processing and related fees;

4.      cost of removal and restoration, where appropriate; and

5.      any other identifiable costs related to the specially constructed or rearranged facilities.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 6
Original Page No. 3

## SECTION 6 - SPECIAL ARRANGEMENTS (CONT'D)

6.2    NON-ROUTINE INSTALLATION AND/OR MAINTENANCE

At the customer's request, installation and/or maintenance may be performed outside the Company's regular business hours, or (in the Company's sole discretion and subject to any conditions it may impose) in hazardous locations. In such cases, charges based on the cost of labor, material, and other costs incurred by or charged to the Company will apply. If installation is started during regular business hours but, at the Customer's request, extends beyond regular business hours into time periods including, but not limited to, weekends, holidays, and/or night hours, additional charges may apply.

6.3    INDIVIDUAL CASE BASIS (ICB) ARRANGEMENTS

Rates for ICB arrangements will be developed on a case-by-case basis in response to a bona fide request from a customer or prospective customer for services which vary from tariffed arrangements. Rates quoted in response to such requests may be different for tariffed services than those specified for such services in the Rate Attachment. ICB rates will be offered to customers in writing and will be made available to similarly situated customers. A summary of each ICB contract pricing arrangement offered pursuant to this paragraph will be filed as an addendum to this Tariff within 30 days after the contract is signed by both the Company and the customer. The following information will be included in the summary:

|     |     |
|-----|-----|
| 1)  | LATA and type of switch |
| 2)  | Service description |
| 3)  | Rates and charges |
| 4)  | Quantity |
| 5)  | Length of the agreement. |

6.4    ISP ORIGINATION SERVICE

ISP Origination Service applies to end user telecommunications traffic delivered by the Company to an Internet Service Provider. ISP Traffic Origination Service reimburses the Company for the interstate cost of handing off information access traffic that is bound for the Internet to an ISP and is intended to cover the cost of the Company switching this traffic. Application rates appear in Section 9.

Issued: June 16, 2006                                                              Effective: June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 7
Original Page No. 1

CONTENTS

SECTION 7 – RECIPROCAL COMPENSATION ARRANGEMENTS

PAGE

7.1    GENERAL    ........................................................................................................  2

7.2    MEASUREMENT of ACCESS MINUTES and DETERMINATION OF BALANCE.......2

Issued:  June 16, 2006                                                    Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 7
Original Page No. 2

SECTION 7 - RECIPROCAL COMPENSATION ARRANGEMENTS

7.1     GENERAL

Reciprocal Compensation Arrangements are available to Other Network Providers ("ONP's") who are also certified providers of local exchange service.  Under a Reciprocal Compensation Arrangement, the Company compensates the ONP for Company traffic terminating on the ONP's network and the ONP compensates the Company for ONP traffic terminating on the Company's network.

The Carrier Common Line element shall not apply to Reciprocal Compensation Arrangements.

The Local Switching element shall apply to Reciprocal Compensation Arrangements.

The Local Transport element will apply to Reciprocal Compensation arrangements.  The Local Transport element does not apply to traffic delivered over direct trunks to an end office where the ONP has ordered Expanded Interconnection Service at a Company end office switch or the Company has obtained similar interconnection at an ONP location.

The Company will pay transport charges for traffic that it terminates on a cellular carrier's network until such time as that carrier interconnects, through its own facilities or a third carrier's facilities, directly to a Company end office.

7.2     MEASUREMENT OF ACCESS MINUTES AND DETERMINATION OF BALANCE

The Company and Other Network Provider will measure, on a monthly basis, the originating and terminating local usage

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 1

CONTENTS

SECTION 8 - BILLING AND COLLECTION

PAGE

8.1    GENERAL    ........................................................................................... 2

8.2    RECORDING SERVICE ....................................................................... 2

8.3    AUTOMATIC NUMBER IDENTIFICATION ............................... 8

8.4    BILLING NAME AND ADDRESS SERVICE ............................... 9

8.5    RATES AND CHARGES........................................................................ 14

Issued:  June 16, 2006                                                          Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 2

## SECTION 8 - BILLING AND COLLECTION

8.1    GENERAL

The Company will provide the following services:

-        Recording Service
-        Automatic Number Identification (ANI)
-        Billing Name and Address (BNA)

8.2    RECORDING SERVICE

Recording is the entering on magnetic tape or other acceptable media the details of customer messages originated through switched access service.  Recording is provided 24 hours a day, 7 days a week.

The company will provide recording service in association with the offering of Feature Groups B for 900 Access Service, C, and D Switched Access Service for customer messages that can be recorded by company-provided automatic message accounting equipment.  In addition, where the company records the customer messages on manual tickets, the company will provide recording service for the manual tickets and at offices where the company provides Feature Group A switched access service and has the ability to record the Feature Group A call detail with automatic message accounting equipment and mark the recorded call detail as Feature Group A call detail for a specific customer, the company will provide the recording service for Feature Group A switched access service.  At the request of the customer, recording service will be provided for Feature Group D switched access service on an end office and type of call basis.  Type of call means message telecommunications service (MTS) including 700 and 900 service, calls originating and/or terminating over a WATS access line, and station message detail recording for MTS and calls originating from a WATS access line.

The company will provide recording service in its operating territory.  The minimum territory for which the company will provide recording service is all the appropriately equipped offices in a state operating territory for which the customer has ordered Feature Group A, B for 900 service, C, or D switched access service.  A state operating territory of a particular telephone company includes all its LATAs or market areas which are located in the same state including the areas in contiguous states which are assigned to such LATAs or market areas and served by the same company.

For Feature Group B or 900 Access Service, C, and D Switched Access Service, the term "customer message" used herein denotes an Interstate call originated by a customer's end user.  Station message detail recording is an optional feature providing a record of customer messages originated by MTS and WATS access lines.  Such detail will be provided as part of Feature Group D end office and type of call recording service when requested by the customer.  For Feature Group A switched access service, the term "customer message" used herein denotes a call over an Interstate Feature Group A switched access service.  A call includes both calls originated to and terminated from a Feature Group A switched access service.  The beginning and ending of a customer message are determined pursuant to the written instructions of the customer.

Issued:  June 16, 2006                                                                 Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 3

SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.2    RECORDING SERVICE (Cont'd)

8.2.1    Undertaking of the Company

A)    The company will record all customer messages carried over Feature Group B for 900 access service, C, and D switched access service that are available to company-provided recording equipment or operators. The company will record all customer messages, including interLATA intrastate messages and interLATA interstate messages, carried over a Feature Group A switched access service. Unavailable customer service messages (i.e. certain Feature Group C operator and TOPS messages which are not accessible by company-provided equipment or operators) will not be recorded. The recording equipment will be provided at locations selected by the company.

B)    A standard format for the provision of the recorded customer message detail will be established by the company and provided to the customer. If, in the course of company business, it is necessary to change the format, the company will notify the involved customers six months prior to the change.

Assembly and editing, provision of customer detail, data transmission to a customer location, special orders for recording and program development will be provided to the customer on a contractual basis.

C)    Recorded customer message detail which is used at the request of the customer to provide message processing and message bill processing service is not retained by the company for longer than 45 days. The rates for unbilled message detail and the billed message detail is retained for reference in place of the recorded customer message detail. For recorded customer message detail not used by message processing service at the customer's request, the company will make every reasonable effort to recover recorded customer message detail previously made available to the customer and make it available again for the customer. The charges as set forth in the rate schedule, following, will apply for all such detail provided. Such a request must be made within thirty (30) days from the date the details were initially made available to the customer.

---

Issued:  June 16, 2006                                                                  Effective:  June 17, 2006
Issued by:         Andoni Economou, Vice President
                   44 Wall Street, 6th Floor
                   New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 4

## SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.2     RECORDING SERVICE (Cont'd)

    8.2.2    Liability of the Company

        Notwithstanding 8.2.1 preceding, the company's liability for recording service is as follows:

            Unless there is an expressed written agreement to the contrary, in the absence of gross negligence or willful misconduct, no liability for damages to the customer or other person or entity other than as set forth in (A) and (B) preceding shall attach to the company for its action or the conduct of its employees in providing recording service.

    8.2.3    Obligations of the Customer

        The customer shall order recording service under a special order.

        The customer shall order recording service at least one month prior to the date when the customer message detail is to be recorded, unless customer's request requires that recording service be provided by end office and type of call, then the ordering interval will be determined on an individual case basis.

        The customer shall order recording service for Feature Group D switched access by end office and type of call in accordance with the terms and conditions established on an individual case basis special order.

Issued:  June 16, 2006                                                    Effective:  June 17, 2006
Issued by:       Andoni Economou, Vice President
                 44 Wall Street, 6th Floor
                 New York, New York  10005

SECTION 8 - BILLING AND COLLECTION (CONT'D)
8.2    RECORDING SERVICE (Cont'd)

    8.2.4    Payment Arrangements and Audit Provision

        A)    Notice and Scope

            1)    Upon forty-five (45) days' prior written notice by the customer to the company (or such shorter period as the parties may mutually agree upon), the customer or its authorized representative shall have the right to commence an audit during normal business hours and at intervals of no more than one audit in any six month period.  The audit will be limited to all such records and accounts as may, under recognized accounting practices, contain information bearing upon amounts subject to being billed to the customer's end users by the company as part of its provision of billing and collection services and the changes to the customer for other services provided by the company pursuant to this tariff.

            2)    The written notice of audit shall identify the date upon which it is to commence, the location, the customer's representatives, the subject matter of the audit, and the materials to be reviewed.

            3)    The written notice of audit shall be directed to the company's representative at the address stipulated by such representative.

            4)    The company may, within thirty (30) days of receipt of the customer's notice of audit, postpone commencement by written notice for a period not to exceed fifteen (15) days, but only for good cause.  The company shall also indicate the new date for commencement of said audit.

            5)    Upon completion of the audit, the customer's auditors are to provide an oral report of their findings to the company prior to their departure, followed by a letter within thirty (30) days confirming findings.

        B)    Payment of Expense

        Each party shall bear its own expenses in connection with the conduct of an audit.  Special data extractions required by the customer for its representative to conduct the audit will be paid for by the customer.  A special data extraction for auditing purposes shall mean programming, clerical and computer time required to create an output record (from existing data files) that cannot normally be created from current software programs in the production program library.

Issued:  June 16, 2006                                                                 Effective:  June 17, 2006
Issued by:    Andoni Economou, Vice President
              44 Wall Street, 6th Floor
              New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 6

SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.2     RECORDING SERVICE (Cont'd)

8.2.4     Payment Arrangements and Audit Provision (Cont'd)

C)     Requests for Examinations

i)     In addition to audits, the customer, or its representatives, may request, from time to time, the opportunity to conduct an examination, as defined in (ii) following.  The company will make reasonable efforts to accommodate requests for examination and to cooperate in the conduct of an examination.

ii)     An examination shall, for purposes of this section, constitute a reasonable inquiry on a single issue or a specific topic related to billing and collection service for a stated reason.

Upon concurrence by both parties that errors or omissions exist, adjustment shall be made by the proper party to compensate for any errors or omissions disclosed by such examination or audit.

D)     Audit Provision

All information received or reviewed by the customer or its authorized representative is to be considered confidential and is not to be distributed, provided or disclosed in any form to anyone not involved in the audit, nor is such information to be used for any other purposes.

E)     Minimum Period and Minimum Monthly Charges

The minimum period for which recording service without sorting is provided and for which charges apply is one month.

Issued:  June 16, 2006                                                              Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 7

SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.2    RECORDING SERVICE (Cont'd)

    8.2.4    Payment Arrangements and Audit Provision (Cont'd)

        F)    Cancellation of a Special Order

        A customer may cancel a special order for recording service on any date prior to the service date. The cancellation date is the date the company receives written or verbal notice from the customer that the special order is to be canceled. The verbal notice must be followed by written confirmation within ten (10) days. The service date for recording service is the date the customer requests the recordings to start. When a customer cancels a special order for recording service after the order date but prior to the start of service, a special order charge and the minimum monthly charges will apply.

        G)    Changes to Special Orders

        When a customer requests material changes to a pending special order for recording service, the pending special order will be canceled and the requested changes will be undertaken if they can be accommodated by the company under a new special order. All cancellation charges as set forth in paragraph 3.5.2.2 preceding will apply for the canceled special order.

    8.2.5    Rate Regulations

    The special order charge applies for each special order accepted by the company for recording service or for a subsequently requested change.

Issued: June 16, 2006

Issued by:    Andoni Economou, Vice President
        44 Wall Street, 6th Floor
        New York, New York  10005

Effective: June 17, 2006

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 8

SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.3    AUTOMATIC NUMBER IDENTIFICATION

ANI provided the automatic transmission of a seven or ten digit number and information digits to the customer's premises for calls originating in the LATA, to identify the calling telephone number. The ANI feature is an end office software function which is associated on a call-by-call basis with (1) all individual transmission paths in a trunk group routed directly between an end office and a customer's premises or, where technically feasible, with (2) all individual transmission paths in a trunk group between an end office and an access tandem, and a trunk group between an access tandem and a customer's premises.

8.3.1    Rate Regulations

When ANI is delivered (with Feature Group D originating) and the customer is charged the recording rate as set forth in the rate schedule, following, the ANI rate does not apply. If the customer is not charged the recording rate, the ANI rate as set forth in the rate schedule will apply for each ANI record delivered to the customer.

Issued: June 16, 2006                                                                 Effective: June 17, 2006
Issued by:        Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 9

## SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.4     BILLING NAME AND ADDRESS SERVICE

Billing Name and Address (BNA) service is the provision of the complete billing name, street address, city or town, state and zip code for a telephone number assigned by the company.

BNA service is provided for the sole purpose of permitting the customer to bill its telephonic communications services to its end users and may not be resold or used for any other purpose, including marketing activity such as market surveys or direct marketing by mail or by telephone.

The customer may not use BNA information to bill for merchandise, gift certificates, catalogs, or other services or products.

BNA services is provided on both a manual and a mechanized basis.  On a manual basis, the information will be provided by voice telecommunications or by mail, as appropriate.  On a mechanized basis, the information will be entered on magnetic tape containing recorded customer messages.

BNA information is furnished for sent-paid, collect, bill to third number, 700 and 900 service messages and messages charged to a calling card that is resident in the company's database.  In addition, BNA information for messages originated from data terminal numbers (DTNs) of data communications services is furnished on a manual basis only.

Issued:  June 16, 2006                                                                Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 10

SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.4     BILLING NAME AND ADDRESS SERVICE (Cont'd)

    8.4.1     Undertaking of the Company

        A)     A request for information on over 100 and up to 500 telephone numbers should be mailed to the company. The company will provide the response by first class U.S. Mail within ten (10) business days.

        B)     Upon receipt of a magnetic tape of recorded customer messages, the company will, at the request of the customer, provide BNA service on a mechanized basis. The tape of messages may be provided by the customer or, where the customer subscribes to recording service as set forth in 8.2 preceding, may be the output from that service. The company will enter the BNA information on the recorded message tape and send the tape to the customer by first class U.S. Mail. Other methods of delivering the data may be negotiated, and charges based on cost will apply.

               The company will provide a response to customer-provided tapes by mail within six (6) business days of receipt. The company will process and mail tapes which are the output of recording service every fifth business day.

        C)     The company will specify the format in which requests and tapes are to be submitted.

        D)     The BNA information will be provided for the calling number furnished to the extent a billing name and address exists in the company customer records information system, including non-published and non-listed numbers. If the billing name and address information for a specific calling number is confidential due to legal, national security, end user or regulatory imposed requirements, the company will provide an indicator on the confidential records.

        E)     The company will provide the most current BNA information resident in its database. Due to normal end user account activity, there may be instances where the BNA information provided is not the BNA that was applicable at the time the message was originated.

Issued: June 16, 2006                                                                           Effective: June 17, 2006
Issued by:     Andoni Economou, Vice President
              44 Wall Street, 6th Floor
              New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 11

SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.4    BILLING NAME AND ADDRESS SERVICE (Cont'd)

    8.4.2    Obligations of the Customer

        A)    With each order for BNA service, the customer shall identify the authorized individual and address to receive the BNA information.

        B)    A customer which orders BNA service on a mechanized basis and which intends to submit tapes of record messages for processing must provide the company with an acceptable test tape or transmission which includes all call types for which BNA information may be requested.

        C)    The customer shall institute adequate internal procedures to insure that BNA information, including that related to non-published and non-listed telephone numbers, is used only for the purpose set forth in this tariff and that BNA information is available only to those customer personnel or agents with a need to know the information.  The customer must handle all billing name and address information designated as confidential by the company in accordance with the company's procedures concerning confidential information.  The company will provide to the customer a statement of its procedures concerning confidential information.

        D)    The customer shall not publicize or represent to others that the company jointly participates with the customer in the development of the customer's end user records, accounts, databases or market data, records, files and databases or other systems it assembles through the use of BNA service.

        E)    When the customer orders BNA service for both interstate and intrastate messages, the projected percentage of interstate use must be provided in a whole number to the company.  The company will designate the number obtained by subtracting the projected interstate percentage from 100 (100-projected interstate percentage = intrastate percentage) as the projected intrastate percentage.  This whole number percentage will be used by the company to apportion the rates and nonrecurring charges between interstate and intrastate in those circumstances where the recorded message detail is not sufficient to permit the company to determine the appropriate jurisdiction.  This percentage will remain in effect until a revised report is received as set forth below.

Issued:  June 16, 2006                                                                    Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 12

SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.4     BILLING NAME AND ADDRESS SERVICE (Cont'd)

    8.4.2    Obligations of the Customer (cont'd)

        E)    (cont'd)

        Effective on the first of January, April, July, and October of each year the customer may update the jurisdictional report.  The customer shall forward to the company, to be received no later than 20 calendar days after the first of each such month, a revised report showing the interstate percentage of use for the past three months ending the last day of December, March, June, and September, respectively.  Except where jurisdiction can be determined from the recorded message detail, the revised report will serve as the basis for the next three months billing and will be effective on the bill date in the following month (i.e. February, May, August, and November).  No prorating or backbilling will be done based on the report.  If the customer does not supply the report, the company will assume the percentages to be the same as those provided in the last quarterly report.  For those cases in which a quarterly report has never been received from the customer, the company will assume the percentages to be the same as those provided in the order for service.

        F)    The company shall use reasonable efforts to provide accurate and complete lists.  The company makes no warranties, expressed or implied, as to the accuracy or completeness of these lists.

Issued:  June 16, 2006                                                                   Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
Original Page No. 13

## SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.4    BILLING NAME AND ADDRESS SERVICE (Cont'd)

    8.4.3    Rate Regulations

        A)    A charge applies for each order for BNA information and for each telephone number or DTN number on a manual basis or mechanized basis.  A charge applies for each message processed to supply BNA information on a mechanized basis.

            The company will keep a count of the requests and of the messages processed.  The company will bill the customer in accordance with these counts whether or not the company was able to provide BNA information for all request and messages.

        B)    Where the recorded message detail is sufficient to determine a message is an Interstate message, the rates set forth in the rate schedule following will apply to each such message.

            Usage for which the recorded message detail is insufficient to determine jurisdiction will be prorated by the company between interstate and intrastate.

            The percentages provided in the reports as set forth in 8.4.2(E) preceding will serve as the basis for prorating the charges.  The Interstate charges are determined as follows:  For usage sensitive (i.e., requests or messages processed) chargeable rate elements, multiply the Interstate percent times actual use times the stated tariff rate.

        (C)    When a customer cancels an order for BNA service after the order date, the charge per BNA order still applies.

8.5    BILL MAILING SERVICE

All end user customer invoicing and billing by the Company will be managed electronically through secure portals available over the Internet.  End user customers will continue to have the option to receive paper bills sent through the United States Postal Service.

Customers electing the option to receive their paper bill(s) mailed will be subject to the rate appearing in Section 8.6 of this tariff.  This charge is intended to recover the cost of preparing and mailing paper bills and processing payments associated with paper bills.  This charge is only applicable to those customers that subscribe to the Company's interstate services and seek the mailing of a paper bill.  Billing Mailing Service is not provided to carriers.

Issued:  June 16, 2006                                                                 Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 8
1st Revised Page No. 14
Cancels Original Page No. 14

## SECTION 8 - BILLING AND COLLECTION (CONT'D)

8.6    RATES AND CHARGES

| | |
|---|---|
| Recording, per customer message | $0.0081 |
| Assembling and Editing, per customer message | $0.0102 |
| Automatic Number Identification/SS7, per attempt | $0.0121 |

Billing Name and Address:

| | |
|---|---|
| Charge per BNA order | $50.00 |

Query charge per telephone number:

| | |
|---|---|
| -     Per verbal or written request | $0.33 |
| -     Mechanized request | $0.02 |

Master BNA List and Recent Change BNA List:

| | |
|---|---|
| -     Written or Mechanized Request per listing | $0.02 |

Bill Mailing Service

| | | |
|---|---|---|
| -     Residential Per Account, per Month | $4.50 | (I) |
| | | \| |
| -     Business Per Account, per Month | $4.50 | \| |
| | | \| |
| -     Payphone Per Account, per Month | $4.50 | (I) |

Issued:  November 6, 2007                                    Effective:  November 7, 2007
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 1

CONTENTS

SECTION 9 – END USER ACCESS SERVICE

PAGE

9.1     GENERAL DESCRIPTION ............................................................................... 2

9.2     LIMITATIONS ................................................................................................. 2

9.3     UNDERTAKING OF THE COMPANY ........................................................... 2

9.4     OBLIGATIONS OF THE END USER .............................................................. 2

9.5     PAYMENT ARRANGEMENTS AND CREDIT ALLOWANCES ................... 3

9.6     RATE REGULATIONS .................................................................................... 4

9.7     RATES AND CHARGES ................................................................................. 5

Issued: June 16, 2006                                                    Effective: June 17, 2006
Issued by:     Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 2

## SECTION 9 – END USER ACCESS SERVICE

The Company will provide End User Access Service to end users who obtain local telephone exchange service from the Company under its Local Exchange Service Tariffs.

9.1    GENERAL DESCRIPTION

End User Access Service provides for the use of an End User Common Line (EUCL).

9.2    LIMITATIONS

(A)    A telephone number is not provided with End User Access Service.

(B)    Detail billing is not provided with End User Access Service.

(C)    Directory listings are not included with End User Access Service.

(D)    Intercept arrangements are not included with End User Access Service.

9.3    UNDERTAKING OF THE COMPANY

The Company will provide End User Access Service at rates and charges as set forth in 9.7 following, as follows:

(A)    Use of an EUCL by an end user in connection with interstate access services provided junder this Tariff. Such use will be provided when the end user obtains local exchange service.

(B)    The Company will be responsible for contacts and arrangements with end user subscribers of Company-provided Local Exchange Service, or resellers thereof, for the billing of End User Access Service charges.

9.4    OBLIGATIONS OF THE END USER

(A)    When the end user is provided with a local exchange service which is not identified as Centrex Type Services, Business Service or Residence Service, it shall provide the Company any requested information necessary for the Company to determine the appropriate charges. If the end user fails to provide such information, the Company will designate the service as Centrex Type Services, Business Service or Residence Service. The charges as set forth in 5.7 following for Centrex Type Services, Business Subscriber or Residence Subscriber in accordance with the designation will apply.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 3

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.5    PAYMENT ARRANGEMENTS AND CREDIT ALLOWANCES

(A)    Minimum Period

The minimum period for which EUCL End User Access Service s provided to an end user and for which charges are applicable is the same as that in the Local Exchange Service Tariffs for the associated local telephone exchange service.

(B)    Cancellation of Application

End User Access Services cancelled when the order for the associated local telephone exchange service is cancelled. No cancellation charges apply.

(C)    Changes to Orders

When changes are made to orders for the local telephone exchange service associated with End User Access Service, any necessary changes will be made for End User Access Service. No charges will apply.

(D)    Allowance for Interruptions

When there is an interruption to an EUCL, requested End User Access Service, Federal Universal Service (FUS), Interstate Recovery Charge (IRC), Local Number Portability (LNP), Carrier Line Charge (PICC) and Regulatory Recovery Fee (RRF), credit allowances for interruptions will be provided.

(E)    Temporary Suspension of Service

When an end user temporarily suspends its local exchange service, which is associated with EUCL, one-half of the EUCL, FUS, LNP, PICC and RRF per month charge will be temporarily suspended for the time period the local exchange service is suspended.

Issued:  June 16, 2006                                                                      Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 4

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.6     RATE REGULATIONS

(A)     End User Access Service, Federal Universal Service and other charges, as set forth in 9.7, following, will be billed to the end user subscriber of the associated local exchange service, including, where applicable, a reseller of the associated local exchange service, in which case the reseller shall be deemed an end user for purposes of application of such charges.

(B)     For each local exchange service provided as remote call forwarding residential service or remote call forwarding business service under the Local Exchange Service Tariffs End User Access Service charge does not apply.

(C)     The Company will recover the EUCL, IRC, LNP, PICC and RRF charges through flat-rated, monthly charges. FUS charges, as set forth in 9.7, following, will be billed to the end user subscriber of the associated local exchange service, with exception to Lifeline customers.

(D)     In its Report and Order and Order on Remand and Further Notice of Proposed Rulemaking in CC Docket Nos. 01-338, 96-98 and 98-147, the FCC is allowing Bell Operating Companies to increase rates to wholesale providers in the form of an additional surcharge per line.  As a result, the Company will assess the Incumbent Telephone Company Surcharge on all local exchange services provisioned through an unbundled network element platform ("UNE-P") basis.  The surcharge, as set forth following applies to all local exchange service lines provided by the Company.

Issued:  June 16, 2006                                                    Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 5
Cancels Original Page No. 5

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES

(A)    END USER COMMON LINE (EUCL)

   (1)    BELLSOUTH EXCHANGES:  Following services, rates and charges applicable to customers in BellSouth Exchanges located in:  Alabama, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina and Tennessee

   (a)    End User Common Line (EUCL) Charge – Residential Subscriber

| | Monthly charge per line/per trunk |
|---|---|
| Single Line Local Exchange Service | 6.50 |
| Multi-line Local Exchange Service | 7.00 |
| Resold DSL – Single Line | 6.50 |
| Resold DSL – Multi-Line | 7.00 |
| ISDN BRI | 7.00 (N) |
| Foreign Exchange – Single Line | 6.50 |
| Foreign Exchange – Multi-Line | 7.00 |

Issued:  December 20, 2007                                        Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 6
Cancels Original Page No. 6

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7      RATES AND CHARGES (Cont'd)

    (A)      END USER COMMON LINE (EUCL) (Cont')

        (1)      BELLSOUTH EXCHANGES (Cont'd)

           (b)      End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk |
|---|---|
| Single Line Local Exchange Service | 6.50 |
| Multi-line Local Exchange Service | 7.00 |
| Resold DSL – Single Line | 6.50 |
| Resold DSL – Multi-Line | 7.00 |
| ISDN BRI | 7.00 (I) |
| Foreign Exchange – Single Line | 6.50 |
| Foreign Exchange – Multi-Line | 7.00 |
| Remote Call Forward | -- |
| Centrex | 7.00 |
| Trunks | 7.00 |
| T-1/Digital PBX | 35.00 |
| T-1/Digital PBX Resale | 168.00 |
| ISDN PRI | 35.00 |

Issued:  December 20, 2007

Effective:  December 21, 2007

Issued by:     Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 7
Cancels 1st Revised Page No. 7

## SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(2)    QWEST EXCHANGES:  Following services, rates and charges applicable to customers in Qwest Exchanges.

(a)    End User Common Line (EUCL) Charge – Residential Subscriber

| Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|
| APPLICABLE STATE | | | | | | | |
| AZ | CO | ID-North | ID-South | IA | MN | MT | NE |
| Single Line Local Exchange Service | | | | | | | |
| 6.31 | 6.50 | 6.50 | 6.50 | 4.92 | 4.95 (I) | 6.50 | 5.03 |
| Multi-line Local Exchange Service | | | | | | | |
| 6.31 | 7.00 | 7.00 | 6.50 | 4.92 | 4.95 (I) | 7.00 | 5.03 |
| Resold DSL – Single Line | | | | | | | |
| 6.31 | 6.50 | 6.50 | 6.50 | 4.92 | 4.95 (I) | 6.50 | 5.03 |
| Resold DSL – Multi-Line | | | | | | | |
| 6.31 | 7.00 | 7.00 | 6.50 | 4.92 | 4.95 (I) | 7.00 | 5.03 |
| ISDN BRI | | | | | | | |
| 6.31 (N) | 7.00 (N) | 7.00 (N) | 6.50 (N) | 4.92 (N) | 4.95 (N) | 7.00 (N) | 5.03 (N) |
| Foreign Exchange – Single Line | | | | | | | |
| 6.31 | 6.50 | 6.50 | 6.50 | 4.92 | 4.95 (I) | 6.50 | 5.03 |
| Foreign Exchange – Multi-Line | | | | | | | |
| 6.31 | 7.00 | 7.00 | 6.50 | 4.92 | 4.95 (I) | 7.00 | 5.03 |

| Monthly charge per line/per trunk | | | | | | |
|---|---|---|---|---|---|---|
| APPLICABLE STATE | | | | | | |
| NM | ND | OR | SD | UT | WA | WY |
| Single Line Local Exchange Service | | | | | | |
| 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 5.90 (I) | 6.50 |
| Multi-line Local Exchange Service | | | | | | |
| 7.00 | 7.00 | 7.00 | 6.50 | 6.50 | 5.90 (I) | 7.00 |
| Resold DSL – Single Line | | | | | | |
| 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 5.90 (I) | 6.50 |
| Resold DSL – Multi-Line | | | | | | |
| 7.00 | 7.00 | 7.00 | 6.50 | 6.50 | 5.90 (I) | 7.00 |
| ISDN BRI | | | | | | |
| 7.00 (N) | 7.00 (N) | 7.00 (N) | 6.50 (N) | 6.50 (N) | 5.90 (N) | 7.00 (N) |
| Foreign Exchange – Single Line | | | | | | |
| 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 5.90 (I) | 6.50 |
| Foreign Exchange – - Line | | | | | | |
| 7.00 | 7.00 | 7.00 | 6.50 | 6.50 | 5.90 (I) | 7.00 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
2nd Revised Page No. 8
Cancels 1st Revised Page No. 8

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)
   (A)    END USER COMMON LINE (EUCL) (Cont')
      (2)    QWEST EXCHANGES (Cont'd)
         (b) End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | | |
| | AZ | CO | ID-North | ID-South | IA | MN | MT | NE |
| Single Line Local Exchange Service | 6.31 | 6.50 | 6.50 | 6.50 | 4.92 | 4.95 (I) | 6.50 | 5.03 |
| Multi-line Local Exchange Service | 6.31 | 7.60 (I) | 9.20 | 6.50 | 4.92 | 4.95 (I) | 9.20 | 5.03 |
| Resold DSL – Single Line | 6.31 | 6.50 | 6.50 | 6.50 | 4.92 | 4.95 (I) | 6.50 | 5.03 |
| Resold DSL – Multi-Line | 6.31 | 7.60 (I) | 9.20 | 6.50 | 4.92 | 4.95 (I) | 9.20 | 5.03 |
| ISDN BRI | 6.31 (N) | 7.00 (N) | 7.00 (N) | 6.50 (N) | 4.92 (N) | 4.95 (N) | 7.00 (N) | 5.03 (N) |
| Foreign Exchange – Single Line | 6.31 | 6.50 | 6.50 | 6.50 | 4.92 | 4.95 (I) | 6.50 | 5.03 |
| Foreign Exchange – Multi-Line | 6.31 | 7.60 (I) | 9.20 | 6.50 (R) | 4.92 | 4.95 (I) | 9.20 | 5.03 |
| Remote Call Forward | -- | -- | -- | -- | -- | -- | -- | -- |
| Centrex | 6.31 | 7.60 (I) | 9.20 | 6.50 | 4.92 | 4.95 (I) | 9.20 | 5.03 |
| Trunks | 6.31 | 7.60 (I) | 9.20 | 6.50 | 4.92 | 4.95 (I) | 9.20 | 5.03 |
| T-1/Digital PBX | 31.55 | 38.00 (I) | 46.00 | 32.50 | 24.60 | 24.75 (I) | 46.00 | 25.15 |
| T-1/Digital PBX Resale | 151.44 | 182.40 (I) | 220.80 | 156.00 | 118.08 | 118.80 (I) | 220.80 | 120.72 |
| ISDN PRI | 31.55 | 38.00 (I) | 46.00 | 32.50 | 24.60 | 24.75 (I) | 46.00 | 25.15 |

| | Monthly charge per line/per trunk | | | | | | |
|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | |
| | NM | ND | OR | SD | UT | WA | WY |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 5.90 (I) | 6.50 |
| Multi-line Local Exchange Service | 9.20 | 8.05 (I) | 7.15 (I) | 6.50 | 6.50 | 5.90 (I) | 9.20 |
| Resold DSL – Single Line | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 5.90 (I) | 6.50 |
| Resold DSL – Multi-Line | 9.20 | 8.05 (I) | 7.15 (I) | 6.50 | 6.50 | 5.90 (I) | 9.20 |
| ISDN BRI | 7.00 (N) | 7.00 (N) | 7.00 (N) | 6.50 (N) | 6.50 (N) | 5.90 (N) | 7.00 (N) |
| Foreign Exchange – Single Line | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 5.90 (I) | 6.50 |
| Foreign Exchange – Multi-Line | 9.20 | 8.05 (I) | 7.15 (I) | 6.50 | 6.50 | 5.90 (I) | 9.20 |
| Remote Call Forward | -- | -- | -- | -- | -- | -- | -- |
| Centrex | 9.20 | 8.05 (I) | 7.15 (I) | 6.50 | 6.50 | 5.90 (I) | 9.20 |
| Trunks | 9.20 | 8.05 (I) | 7.15 (I) | 6.50 | 6.50 | 5.90 (I) | 9.20 |
| T-1/Digital PBX | 46.00 | 40.25 (I) | 35.75 (I) | 32.50 | 32.50 | 29.50 (I) | 46.00 |
| T-1/Digital PBX Resale | 220.80 | 193.20 (I) | 171.60 (I) | 156.00 | 156.00 | 141.60 (I) | 220.80 |
| ISDN PRI | 46.00 | 40.25 (I) | 35.75 (I) | 32.50 | 32.50 | 29.50 (I) | 46.00 |

Issued:  December 20, 2007                                   Effective:  December 21, 2007
Issued by:      Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 9
Cancels 1st Revised Page No. 9

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(3)    SBC EXCHANGES:  Following services, rates and charges applicable to customers in SBC Exchanges.

(a)    End User Common Line (EUCL) Charge – Residential Subscriber

| Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|
| APPLICABLE STATE | | | | | | | |
| AR | CA | CT | IL | IN | KS | MI | MO |
| Single Line Local Exchange Service | | | | | | | |
| 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Multi-line Local Exchange Service | | | | | | | |
| 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Resold DSL – Single Line | | | | | | | |
| 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Resold DSL – Multi-Line | | | | | | | |
| 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| ISDN BRI | | | | | | | |
| 5.70 (N) | 4.65 (N) | 5.73 (N) | 4.90 (N) | 5.90 (N) | 5.70 (N) | 5.75 (N) | 5.70 (N) |
| Foreign Exchange – Single Line | | | | | | | |
| 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Foreign Exchange – Multi-Line | | | | | | | |
| 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |

| Monthly charge per line/per trunk | | | | |
|---|---|---|---|---|
| APPLICABLE STATE | | | | |
| NV | OH | OK | TX | WI |
| Single Line Local Exchange Service | | | | |
| 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |
| Multi-line Local Exchange Service | | | | |
| 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |
| Resold DSL – Single Line | | | | |
| 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |
| Resold DSL – Multi-Line | | | | |
| 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |
| ISDN BRI | | | | |
| 5.25 (N) | 5.80 (N) | 5.70 (N) | 5.70 (N) | 5.45 (N) |
| Foreign Exchange – Single Line | | | | |
| 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |
| Foreign Exchange – - Line | | | | |
| 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |

Issued:  December 20, 2007

Effective:  December 21, 2007

Issued by:    Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
2nd Revised Page No. 10
Cancels 1st Revised Page No. 10

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(3)    SBC EXCHANGES (Cont'd)

(b)    End User Common Line (EUCL) Charge – Business Subscriber

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Monthly charge per line/per trunk | | | | | | | | |
| APPLICABLE STATE | | | | | | | | |
| | AR | CA | CT | IL | IN | KS | MI | MO |
| Single Line Local Exchange Service | 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Multi-line Local Exchange Service | 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Resold DSL – Single Line | 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Resold DSL – Multi-Line | 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| ISDN BRI | 5.70 (N) | 4.65 (N) | 5.73 (N) | 4.90 (N) | 5.90 (N) | 5.70 (N) | 5.75 (N) | 5.70 (N) |
| Foreign Exchange – Single Line | 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Foreign Exchange – Multi-Line | 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Remote Call Forward | -- | -- | -- | -- | -- | -- | -- | -- |
| Centrex | 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| Trunks | 5.70 | 4.65 | 5.73 | 4.90 | 5.90 | 5.70 | 5.75 | 5.70 |
| T-1/Digital PBX | 28.50 | 23.25 | 28.65 | 24.50 | 29.50 | 28.50 | 28.75 | 28.50 |
| T-1/Digital PBX Resale | 136.80 | 111.60 | 137.52 | 117.60 | 141.60 | 136.80 | 138.00 | 136.80 |
| ISDN PRI | 28.50 | 23.25 | 28.65 | 24.50 | 29.50 | 28.50 | 28.75 | 28.50 |
| MCI BNDL T1/ DIGITAL PBX | 28.50 | 23.25 | 28.65 (N) | 24.50 | 29.50 | 28.50 | 28.75 | 28.50 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 11
Cancels 1st Revised Page No. 11

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

   (A)    END USER COMMON LINE (EUCL) (Cont')

      (3)    SBC EXCHANGES (Cont'd)

         (b)    End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk | | | | |
|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | |
| | NV | OH | OK | TX | WI |
| Single Line Local Exchange Service | 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |
| Multi-line Local Exchange Service | 5.77 | 5.80 | 5.70 | 5.70 | 5.45 |
| Resold DSL – Single Line | 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |
| Resold DSL – Multi-Line | 5.77 | 5.80 | 5.70 | 5.70 | 5.45 |
| ISDN BRI | 5.77 (N) | 5.80 (N) | 5.70 (N) | 5.70 (N) | 5.45 (N) |
| Foreign Exchange – Single Line | 5.25 | 5.80 | 5.70 | 5.70 | 5.45 |
| Foreign Exchange – Multi-Line | 5.77 | 5.80 | 5.70 | 5.70 | 5.45 |
| Remote Call Forward | -- | -- | -- | -- | -- |
| Centrex | 5.77 | 5.80 | 5.70 | 5.70 | 5.45 |
| Trunks | 5.77 | 5.80 | 5.70 | 5.70 | 5.45 |
| T-1/Digital PBX | 28.85 | 29.00 | 28.50 | 28.50 | 27.25 |
| T-1/Digital PBX Resale | 138.48 | 139.20 | 136.80 | 136.80 | 130.80 |
| ISDN PRI | 28.85 | 29.00 | 28.50 | 28.50 | 27.25 |
| BUNDLED T1/ DIGITAL PBX | 28.85 | 29.00 | 28.50 | 28.50 | 27.25 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 12
Cancels 1st Revised Page No. 12

## SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(A)     END USER COMMON LINE (EUCL) (Cont')

(4)     EMBARQ (formerly Sprint) EXCHANGES:  Following services, rates and charges applicable to customers in Embarq Exchanges located in:  Florida, Indiana, Kansas, Minnesota, Missouri, Nebraska, New Jersey, North Carolina, Nevada, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington and Wyoming.     T/N

(a)     End User Common Line (EUCL) Charge – Residential Subscriber

| Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|
| APPLICABLE STATE | | | | | | | |
| FL | IN | KS | MN | MO | NE | NJ | NC |
| Single Line Local Exchange Service | | | | | | | |
| 6.50 | 6.40 | 6.50 | 6.25 | 6.50 | 4.35 | 5.35 | 5.70 |
| Multi-line Local Exchange Service | | | | | | | |
| 6..50 | 6.40 | 7.00 | 6.25 | 7.00 | 4.35 | 5.35 | 5.70 |
| Voice DSL – Single Line | | | | | | | |
| 6.50 | 6.40 | 6.50 | 6.25 | 6.50 | 4.35 | 5.35 | 5.70 |
| Voice DSL – Multi-Line | | | | | | | |
| 6.50 | 6.40 | 7.00 | 6.25 | 7.00 | 4.35 | 5.35 | 5.70 |
| ISDN BRI – Single Line | | | | | | | |
| 6.50 | 6.40 | 6.50 | 6.25 | 6.50 | 4.35 | 5.35 | 5.70 |
| ISDN BRI – Multi-Line | | | | | | | |
| 6.50 | 6.40 | 7.00 | 6.25 | 7.00 | 4.35 | 5.35 | 5.70 |
| Foreign Exchange – Single Line | | | | | | | |
| 6.50 | 6.40 | 6.50 | 6.25 | 6.50 | 4.35 | 5.35 | 5.70 |
| Foreign Exchange – Multi-Line | | | | | | | |
| 6.50 | 6.40 | 7.00 | 6.25 | 7.00 | 4.35 | 5.35 | 5.70 |

| Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|
| APPLICABLE STATE | | | | | | | |
| NV | OH | OR | PA | SC | TN | TX | VA |
| Single Line Local Exchange Service | | | | | | | |
| 3.79 | 5.80 | 6.50 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| Multi-line Local Exchange Service | | | | | | | |
| 3.79 | 5.80 | 7.00 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| Voice DSL – Single Line | | | | | | | |
| 3.79 | 5.80 | 6.50 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| Voice DSL – Multi-Line | | | | | | | |
| 3.79 | 5.80 | 7.00 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| ISDN BRI – Single Line | | | | | | | |
| 3.79 | 5.80 | 7.00 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| ISDN BRI – Multi-Line | | | | | | | |
| 3.79 | 5.80 | 7.00 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| Foreign Exchange – Single Line | | | | | | | |
| 3.79 | 5.80 | 6.50 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| Foreign Exchange – Multi Line | | | | | | | |
| 3.79 | 5.80 | 7.00 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |

T/N

Issued:  April 23, 2008                                                                      Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 12.1

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

    (A)     END USER COMMON LINE (EUCL) (Cont')

        (4)     EMBARQ (formerly Sprint) EXCHANGES:  Following services, rates and charges applicable to customers in Embarq Exchanges located in:  Florida, Indiana, Kansas, Minnesota, Missouri, Nebraska, New Jersey, North Carolina, Nevada, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington and Wyoming. (Cont'd)     T/N

        (a)     End User Common Line (EUCL) Charge – Residential Subscriber (Cont'd)

| | Monthly charge per line/per trunk | | | | | | |
|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | |
| | WA | WY | | | | | |
| Single Line Local Exchange Service | 6.50 | 6.50 | | | | | |
| Multi-line Local Exchange Service | 7.00 | 7.00 | | | | | |
| Voice DSL – Single Line | 6.50 | 6.50 | | | | | |
| Voice DSL – Multi-Line | 7.00 | 7.00 | | | | | |
| ISDN BRI – Single Line | 7.00 | 7.00 | | | | | |
| ISDN BRI – Multi-Line | 7.00 | 7.00 | | | | | |
| Foreign Exchange – Single Line | 6.50 | 6.50 | | | | | |
| Foreign Exchange – Multi Line | 7.00 | 7.00 | | | | | |

T/N

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
2nd Revised Page No. 13
Cancels 1st Revised Page No. 13

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(A)     END USER COMMON LINE (EUCL) (Cont')

(4)     EMBARQ (formerly Sprint) EXCHANGES:  Following services, rates and charges applicable to customers in Embarq Exchanges located in:  Florida, Indiana, Kansas, Minnesota, Missouri, Nebraska, New Jersey, North Carolina, Nevada, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington and Wyoming. (Cont'd)     T/N

(b)     End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | | |
| | FL | IN | KS | MN | MO | NE | NJ | NC |
| Single Line Local Exchange Service | 6.50 | 6.40 | 6.50 | 6.25 | 6.50 | 4.35 | 5.35 | 5.70 |
| Multi-line Local Exchange Service | 7.65 | 9.20 | 9.20 | 9.20 | 9.20 | 7.60 | 8.00 | 6.35 |
| Remote Call Forward | -- | -- | -- | -- | -- | -- | -- | -- |
| Centrex | 7.65 | 9.20 | 9.20 | 9.20 | 9.20 | 7.60 | 8.00 | 6.35 |
| Trunk | 7.65 | 9.20 | 9.20 | 9.20 | 9.20 | 7.60 | 8.00 | 6.35 |
| T-1/Digital PBX | 183.60 | 220.80 | 220.80 | 220.80 | 220.80 | 182.40 | 192.00 | 152.40 |
| Voice DSL – Single Line | 6.50 | 6.40 | 6.50 | 6.25 | 6.50 | 4.35 | 5.35 | 5.70 |
| Voice DSL - Multi-Line | 7.65 | 9.20 | 9.20 | 9.20 | 9.20 | 7.60 | 8.00 | 6.35 |
| ISDN PRI | 38.25 | 46.00 | 46.00 | 46.00 | 46.00 | 38.00 | 40.00 | 31.75 |
| ISDN BRI – Single Line | 7.65 | 6.40 | 6.50 | 6.25 | 6.50 | 4.35 | 5.35 | 5.70 |
| ISDN BRI – Multi-Line | 7.65 | 9.20 | 9.20 | 9.20 | 9.20 | 7.60 | 8.00 | 6.35 |
| Foreign Exchange – Single Line | 6.50 | 6.40 | 6.50 | 6.25 | 6.50 | 4.35 | 5.35 | 5.70 |
| Foreign Exchange – Multi-Line | 7.65 | 9.20 | 9.20 | 9.20 | 9.20 | 7.60 | 8.00 | 6.35 |
| Bundled ISDN PRI | 38.25 | 46.00 | 46.00 | 46.00 | 46.00 | 38.00 | 40.00 | 31.75 |

T/N

Issued:  April 23, 2008                                                                 Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
Original Page No. 13.1

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7      RATES AND CHARGES (Cont'd)

    (A)      END USER COMMON LINE (EUCL) (Cont')      T/N

       (4)      EMBARQ (formerly Sprint) EXCHANGES:  Following services, rates and charges applicable to customers in Embarq Exchanges located in:  Florida, Indiana, Kansas, Minnesota, Missouri, Nebraska, New Jersey, North Carolina, Nevada, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington and Wyoming. (Cont'd)

       (b)      End User Common Line (EUCL) Charge – Business Subscriber (Cont'd)

| | Monthly charge per line/per trunk | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | APPLICABLE STATE | | | | | | | |
| | NV | OH | OR | PA | SC | TN | TX | VA |
| Single Line Local Exchange Service | 3.79 | 5.80 | 6.50 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| Multi-line Local Exchange Service | 4.77 | 7.15 | 9.20 | 8.40 | 6.25 | 5.60 | 9.20 | 5.55 |
| Remote Call Forward | -- | -- | -- | -- | -- | -- | -- | -- |
| Centrex | 4.77 | 7.15 | 9.20 | 8.40 | 6.25 | 5.60 | 9.20 | 5.55 |
| Trunk | 4.77 | 7.15 | 9.20 | 8.40 | 6.25 | 5.60 | 9.20 | 5.55 |
| T-1/Digital PBX | 114.48 | 171.60 | 220.80 | 201.60 | 150.00 | 134.40 | 220.80 | 133.20 |
| Voice DSL – Single Line | 3.79 | 5.80 | 6.50 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| Voice DSL - Multi-Line | 4.77 | 7.15 | 9.20 | 8.40 | 6.25 | 5.60 | 9.20 | 5.55 |
| ISDN PRI | 23.85 | 35.75 | 46.00 | 42.00 | 31.25 | 28.00 | 46.00 | 27.75 |
| ISDN BRI – Single Line | 3.79 | 5.80 | 6.50 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| ISDN BRI – Multi-Line | 4.77 | 7.15 | 9.20 | 8.40 | 6.25 | 5.60 | 9.20 | 5.55 |
| Foreign Exchange – Single Line | 3.79 | 5.80 | 6.50 | 4.90 | 5.65 | 5.10 | 5.85 | 4.95 |
| Foreign Exchange – Multi-Line | 4.77 | 7.15 | 9.20 | 8.40 | 6.25 | 5.60 | 9.20 | 5.55 |
| Bundled ISDN PRI | 23.85 | 35.75 | 46.00 | 42.00 | 31.25 | 28.00 | 46.00 | 27.75 |

T/N

Issued:  April 23, 2008                                                Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
            44 Wall Street, 6th Floor
            New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
Original Page No. 13.2

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(A)     END USER COMMON LINE (EUCL) (Cont')

     (4)     EMBARQ (formerly Sprint) EXCHANGES:  Following services, rates and charges applicable to customers in Embarq Exchanges located in:  Florida, Indiana, Kansas, Minnesota, Missouri, Nebraska, New Jersey, North Carolina, Nevada, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington and Wyoming. (Cont'd)     T/N

     (b)     End User Common Line (EUCL) Charge – Business Subscriber (Cont'd)

| | Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | | |
| | WA | WY | | | | | | |
| Single Line Local Exchange Service | 6.50 | 6.50 | | | | | | |
| Multi-line Local Exchange Service | 9.20 | 9.20 | | | | | | |
| Remote Call Forward | -- | -- | | | | | | |
| Centrex | 9.20 | 9.20 | | | | | | |
| Trunk | 9.20 | 9.20 | | | | | | |
| T-1/Digital PBX | 220.80 | 220.80 | | | | | | |
| Voice DSL – Single Line | 6.50 | 6.50 | | | | | | |
| Voice DSL - Multi-Line | 9.20 | 9.20 | | | | | | |
| ISDN PRI | 46.00 | 46.00 | | | | | | |
| ISDN BRI – Single Line | 6.50 | 6.50 | | | | | | |
| ISDN BRI – Multi-Line | 9.20 | 9.20 | | | | | | |
| Foreign Exchange – Single Line | 6.50 | 6.50 | | | | | | |
| Foreign Exchange – Multi-Line | 9.20 | 9.20 | | | | | | |
| Bundled ISDN PRI | 46.00 | 46.00 | | | | | | |

T/N

Issued:  April 23, 2008                                                                 Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

Manhattan Telecommunications Corporation

**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**

Section 9

1st Revised Page No. 14

Cancels Original Page No. 14

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(5)    VERIZON GTE EXCHANGES:  Following services, rates and charges applicable to customers in Verizon GTE Exchanges.

(a)    End User Common Line (EUCL) Charge – Residential Subscriber

| | Monthly charge per line/per trunk | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | | | |
| | AZ | FL | NV | NC | PA | SC | TX | VA | WI |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Multi-line Local Exchange Service | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 |
| Resold DSL – Single Line | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Resold DSL – Multi-Line | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 |
| ISDN BRI | 7.00(N) | 7.00(N) | 7.00(N) | 7.00(N) | 7.00(N) | 7.00(N) | 7.00(N) | 7.00(N) | 7.00(N) |
| Foreign Exchange – Single Line | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 |
| Foreign Exchange – Multi-Line | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 7.00 | 9.20 | 7.00 |

Issued:  December 20, 2007                                              Effective:  December 21, 2007

Issued by:        Andoni Economou, Vice President

                  44 Wall Street, 6th Floor

                  New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
2nd Revised Page No. 15
Cancels 1st Revised Page No. 15

## SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

    (A)     END USER COMMON LINE (EUCL) (Cont')

        (5)     VERIZON EXCHANGES (Cont'd)

            (b)     End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | | | |
| | AZ | FL | NV | NC | PA | SC | TX | VA | WI |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 7.65 |
| Multi-line Local Exchange Service | 9.20 | 8.98 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 8.28 |
| Resold DSL – Single Line | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 7.65 |
| Resold DSL – Multi-Line | 9.20 | 8.98 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 8.28 |
| ISDN BRI | 9.20(N) | 8.98(N) | 9.20(N) | 9.20(N) | 9.20(N) | 9.20(N) | 9.20(N) | 9.20(N) | 8.28(N) |
| Foreign Exchange – Single Line | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 6.50 | 7.65 |
| Foreign Exchange – Multi-Line | 9.20 | 8.98 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 8.28 |
| Remote Call Forward | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Centrex | 9.20 | 8.98 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 8.28 |
| Trunks | 9.20 | 8.98 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 9.20 | 8.28 |
| T-1/Digital PBX | 46.00 | 44.90 | 46.00 | 46.00 | 46.00 | 46.00 | 46.00 | 46.00 | 41.14 |
| T-1/Digital PBX Resale | 220.80 | 215.52 | 220.80 | 220.80 | 220.80 | 220.80 | 220.80 | 220.80 | 198.72 |
| ISDN PRI | 46.00 | 44.90 | 46.00 | 46.00 | 46.00 | 46.00 | 46.00 | 46.00 | 41.14 |
| Bundled T1/ Digital PBX | 46.00 | 44.90 | 46.00 | 46.00 | 46.00 | 46.00 | 46.00 | 46.00 | 41.14 |

Issued:  December 20, 2007

Issued by:    Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

Effective:  December 21, 2007

Manhattan Telecommunications Corporation **Tariff F.C.C. No. 1 – Access**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel** Section 9
1st Revised Page No. 16
Cancels Original Page No. 16

### SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(6)    VERIZON EXCHANGES:  Following services, rates and charges applicable to customers in Verizon Exchanges.

(a)    End User Common Line (EUCL) Charge – Residential Subscriber

|  | Monthly charge per line/per trunk | | |
|---|---|---|---|
|  | APPLICABLE STATE | | |
|  | CA | IN | OH |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 |
| Multi-line Local Exchange Service | 7.00 | 7.00 | 7.00 |
| Resold DSL – Single Line | 6.50 | 6.50 | 6.50 |
| Resold DSL – Multi-Line | 7.00 | 7.00 | 7.00 |
| ISDN BRI | 7.00(N) | 7.00(N) | 7.00(N) |
| Foreign Exchange – Single Line | 6.50 | 6.50 | 6.50 |
| Foreign Exchange – Multi-Line | 7.00 | 7.00 | 7.00 |

Issued:  December 20, 2007 Effective:  December 21, 2007
Issued by:    Andoni Economou, Vice President
44 Wall Street, 6th Floor
New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
2nd Revised Page No. 17
Cancels 1st Revised Page No. 17

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

   (A)     END USER COMMON LINE (EUCL) (Cont')

         (6)     VERIZON EXCHANGES (Cont'd)

              (b)     End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk | | |
|---|---|---|---|
| | APPLICABLE STATE | | |
| | CA | IN | OH |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 |
| Multi-line Local Exchange Service | 8.60 | 9.20 | 8.19 |
| Resold DSL – Single Line | 8.60 | 6.50 | 6.50 |
| Resold DSL – Multi-Line | 8.60 | 9.20 | 8.19 |
| ISDN BRI | 8.60 (N) | 9.20 (N) | 8.19 (N) |
| Foreign Exchange – Single Line | 8.60 | 6.50 | 6.50 |
| Foreign Exchange – Multi-Line | 8.60 | 9.20 | 8.19 |
| Remote Call Forward | -- | -- | -- |
| Centrex | 8.60 | 9.20 | 8.19 |
| Trunks | 8.60 | 9.20 | 8.19 |
| T-1/Digital PBX | 43.00 | 46.00 | 40.95 |
| T-1/Digital PBX Resale | 206.40 | 220.80 | 196.56 |
| ISDN PRI | 43.00 | 46.00 | 40.95 |
| Bundled T1/ Digital PBX | 43.00 | 46.00 | 46.00 |

Issued:  December 20, 2007                                     Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

Manhattan Telecommunications Corporation

**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

## SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(7)    VERIZON BA EXCHANGES:  Following services, rates and charges applicable to customers in Verizon (former Bell Atlantic) Exchanges.

(a)    End User Common Line (EUCL) Charge – Residential Subscriber

| | Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | | |
| | CT | DE | ME | MD | MA | NH | NJ | NY |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 | 5.91 | 6.50 | 6.50 | 6.50 | 6.50 |
| Multi-line Local Exchange Service | 6.71 | 6.72 | 6.71 | 5.91 | 6.71 | 6.71 | 6.51 | 6.71 |
| Resold DSL – Single Line | 6.50 | 6.50 | 6.50 | 5.91 | 6.50 | 6.50 | 6.50 | 6.50 |
| Resold DSL – Multi-Line | 6.71 | 6.72 | 6.71 | 5.91 | 6.71 | 6.71 | 6.51 | 6.71 |
| ISDN BRI | 6.71 (N) | 6.72 (N) | 6.71 (N) | 5.91 (N) | 6.71 (N) | 6.71 (N) | 6.51 (N) | 6.71 (N) |
| Foreign Exchange – Single Line | 6.50 | 6.50 | 6.50 | 5.91 | 6.50 | 6.50 | 6.50 | 6.50 |
| Foreign Exchange – Multi-Line | 6.71 | 6.72 | 6.71 | 5.91 | 6.71 | 6.71 | 6.51 | 6.71 |

| | Monthly charge per line/per trunk | | | | | |
|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | |
| | PA | RI | VT | WDC | WV | VA |
| Single Line Local Exchange Service | 6.16 | 6.50 | 6.50 | 4.09 | 6.50 | 6.49 |
| Multi-line Local Exchange Service | 6.16 | 6.71 | 6.71 | 4.09 | 7.00 | 6.49 |
| Resold DSL – Single Line | 6.16 | 6.50 | 6.50 | 4.09 | 6.50 | 6.49 |
| Resold DSL – Multi-Line | 6.16 | 6.71 | 6.71 | 4.09 | 7.00 | 6.49 |
| ISDN BRI | 6.16 (N) | 6.71 (N) | 6.71 (N) | 4.09 (N) | 7.00 (N) | 6.49 (N) |
| Foreign Exchange – Single Line | 6.16 | 6.50 | 6.50 | 4.09 | 6.50 | 6.49 |
| Foreign Exchange – -Line | 6.16 | 6.71 | 6.71 | 4.09 | 7.00 | 6.49 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

Manhattan Telecommunications Corporation
d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 19
Cancels 1st Revised Page No. 19

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(7)    VERIZON BA EXCHANGES (Cont'd)

(b)    End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | | |
| | CT | DE | ME | MD | MA | NH | NJ | NY |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 | 5.91 | 6.50 | 6.50 | 6.50 | 6.50 |
| Multi-line Local Exchange Service | 7.13 | 6.72 | 6.86 | 5.91 | 7.13 | 6.86 | 6.51 | 7.13 |
| Resold DSL – Single Line | 6.50 | 6.50 | 6.50 | 5.91 | 6.50 | 6.50 | 6.50 | 6.50 |
| Resold DSL – Multi-Line | 7.13 | 6.72 | 6.86 | 5.91 | 7.13 | 6.86 | 6.51 | 7.13 |
| ISDN BRI | 7.13 (N) | 6.72 (N) | 6.86 (N) | 5.91 (N) | 7.13 (N) | 6.86 (N) | 6.51 (N) | 7.13 (N) |
| Foreign Exchange – Single Line | 6.50 | 6.50 | 6.50 | 5.91 | 6.50 | 6.50 | 6.50 | 6.50 |
| Foreign Exchange – Multi-Line | 7.13 | 6.72 | 6.86 | 5.91 | 7.13 | 6.86 | 6.51 | 7.13 |
| Remote Call Forward | -- | -- | -- | -- | -- | -- | -- | -- |
| Centrex | 7.13 | -- | 6.86 | -- | 7.13 | 6.86 | -- | 7.13 |
| Trunks | 7.13 | 6.72 | 6.86 | 5.91 | 7.13 | 6.86 | 6.51 | 7.13 |
| T-1/Digital PBX | 35.65 | 33.60 | 34.30 | 29.55 | 35.65 | 34.30 | 32.55 | 35.65 |
| T-1/Digital PBX Resale | 171.12 | 161.28 | 164.64 | 141.84 | 171.12 | 164.64 | 156.24 | 171.12 |
| ISDN PRI | 35.65 | 33.60 | 34.30 | 29.55 | 35.65 | 34.30 | 32.55 | 35.65 |
| BUNDLED T1/ DIGITAL PBX | 35.65 | 33.60 | 34.30 | 29.55 | 35.65 | 34.30 | 32.55 | 35.65 |
| MULTI-SERV T1 w/POTS – Single Line | 7.13 | 6.72 | 6.86 | 5.91 | 7.13 | 6.86 | 6.51 | 7.13 |
| MULTI-SERV T1 w/POTS – Multi-Line | 7.13 | 6.72 | 6.85 | 5.91 | 7.13 | 6.86 | 6.51 | 7.13 |
| MULTI-SERV T1 w/CENTREX | 7.13 | N/A | 6.86 | N/A | 7.13 | 6.86 | N/A | 7.13 |

Issued:  December 20, 2007                                          Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
2nd Revised Page No. 20
Cancels 1st Revised Page No. 20

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(7)    VERIZON BA EXCHANGES (Cont'd)

| | Monthly charge per line/per trunk | | | | | |
|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | |
| | PA | RI | VT | WDC | WV | VA |
| Single Line Local Exchange Service | 6.16 | 6.50 | 6.50 | 4.09 | 6.50 | 6.49 |
| Multi-line Local Exchange Service | 6.16 | 6.86 | 6.86 | 4.09 | 8.53 | 6.49 |
| Resold DSL – Single Line | 6.16 | 6.50 | 6.50 | 4.09 | 6.50 | 6.49 |
| Resold DSL – Multi-Line | 6.16 | 6.86 | 6.86 | 4.09 | 8.53 | 6.49 |
| ISDN BRI | 6.16 (N) | 6.86 (N) | 6.86 (N) | 4.09 (N) | 8.53 (N) | 6.49 (N) |
| Foreign Exchange – Single Line | 6.16 | 6.50 | 6.50 | 4.09 | 6.50 | 6.49 |
| Foreign Exchange – Multi-Line | 6.16 | 6.86 | 6.86 | 4.09 | 8.53 | 6.49 |
| Remote Call Forward | -- | -- | -- | -- | -- | -- |
| Centrex | -- | 6.86 | 6.86 | -- | -- | -- |
| Trunks | 6.16 | 6.86 | 6.86 | 4.09 | 8.53 | 6.49 |
| T-1/Digital PBX | 30.80 | 34.30 | 34.30 | 20.45 | 42.65 | 32.45 |
| T-1/Digital PBX Resale | 147.84 | 164.64 | 164.64 | 98.16 | 204.72 | 155.76 |
| ISDN PRI | 30.80 | 34.30 | 34.30 | 20.45 | 42.65 | 32.45 |
| BUNDLED T1/ DIGITAL PBX | 30.80 | 34.30 | 34.30 | 20.45 | 42.65 | 32.45 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
**Section 9**
1st Revised Page No. 21
Cancels Original Page No. 21

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

   (A)     END USER COMMON LINE (EUCL) (Cont')

      (8)     VERIZON NW EXCHANGES:  Following services, rates and charges applicable to customers in Verizon NW Exchanges.

         (a)     End User Common Line (EUCL) Charge – Residential Subscriber

| | Monthly charge per line/per trunk | | |
|---|---|---|---|
| | APPLICABLE STATE | | |
| | ID | OR | WA |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 |
| Multi-line Local Exchange Service | 7.00 | 7.00 | 7.00 |
| Resold DSL – Single Line | 6.50 | 6.50 | 6.50 |
| Resold DSL – Multi-Line | 7.00 | 7.00 | 7.00 |
| ISDN BRI | 7.00 (N) | 7.00 (N) | 7.00 (N) |
| Foreign Exchange – Single Line | 6.50 | 6.50 | 6.50 |
| Foreign Exchange – Multi-Line | 7.00 | 7.00 | 7.00 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

Manhattan Telecommunications Corporation
d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel

**Tariff F.C.C. No. 1 – Access**
Section 9
2nd Revised Page No. 22
Cancels 1st Revised Page No. 22

### SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(A)     END USER COMMON LINE (EUCL) (Cont')

(8)     VERIZON NW EXCHANGES:  Following services, rates and charges applicable to customers in Verizon NW Exchanges.

(a)     End User Common Line (EUCL) Charge – Business Subscriber          (T)

| | Monthly charge per line/per trunk | | |
|---|---|---|---|
| | APPLICABLE STATE | | |
| | ID | OR | WA |
| Single Line Local Exchange Service | 6.50 | 6.50 | 6.50 |
| Multi-line Local Exchange Service | 9.20 | 9.20 | 9.20 |
| Resold DSL – Single Line | 6.50 | 6.50 | 6.50 |
| Resold DSL – Multi-Line | 9.20 | 9.20 | 9.20 |
| ISDN BRI | 9.20 (N) | 9.20 (N) | 9.20 (N) |
| Foreign Exchange – Single Line | 6.50 | 6.50 | 6.50 |
| Foreign Exchange – Multi-Line | 9.20 | 9.20 | 9.20 |
| Remote Call Forward | -- | -- | -- |
| Centrex | 9.20 | 9.20 | 9.20 |
| Trunks | 9.20 | 9.20 | 9.20 |
| T-1/Digital PBX | 46.00 | 46.00 | 46.00 |
| T-1/Digital PBX Resale | 220.80 | 220.80 | 220.80 |
| ISDN PRI | 46.00 | 46.00 | 46.00 |
| BUNDLED T1/ DIGITAL PBX | 46.00 | 46.00 | 46.00 |

Issued:  December 20, 2007                                   Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

Manhattan Telecommunications Corporation
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

**Tariff F.C.C. No. 1 – Access**
Section 9
1st Revised Page No. 23
Cancels Original Page No. 23

### SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (A)    END USER COMMON LINE (EUCL) (Cont')

        (9)    VERIZON NORTH EXCHANGES:  Following services, rates and charges applicable to customers in Verizon North Exchanges.

            (a)    End User Common Line (EUCL) Charge – Residential Subscriber

| | Monthly charge per line/per trunk | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | APPLICABLE STATE | | | | | | |
| | IL | MI | | | | | |
| Single Line Local Exchange Service | 6.50 | 6.50 | | | | | |
| Multi-line Local Exchange Service | 7.00 | 7.00 | | | | | |
| Resold DSL – Single Line | 6.50 | 6.50 | | | | | |
| Resold DSL – Multi-Line | 7.00 | 7.00 | | | | | |
| ISDN BRI | 7.00 (N) | 7.00 (N) | | | | | |
| Foreign Exchange – Single Line | 6.50 | 6.50 | | | | | |
| Foreign Exchange – Multi-Line | 7.00 | 7.00 | | | | | |

---

Issued:  December 20, 2007                                                      Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
               44 Wall Street, 6th Floor
               New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 24
Cancels 1st Revised Page No. 24

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (A)    END USER COMMON LINE (EUCL) (Cont')

        (9)    VERIZON NORTH EXCHANGES:  Following services, rates and charges applicable to customers in Verizon North Exchanges.

            (a)    End User Common Line (EUCL) Charge – Business Subscriber    (T)

| | Monthly charge per line/per trunk | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | APPLICABLE STATE | | | | | | | |
| | IL | MI | | | | | | |
| Single Line Local Exchange Service | 6.50 | 6.50 | | | | | | |
| Multi-line Local Exchange Service | 9.20 | 9.20 | | | | | | |
| Resold DSL – Single Line | 6.50 | 6.50 | | | | | | |
| Resold DSL – Multi-Line | 9.20 | 9.20 | | | | | | |
| ISDN BRI | 9.20 (N) | 9.20 (N) | | | | | | |
| Foreign Exchange – Single Line | 6.50 | 6.50 | | | | | | |
| Foreign Exchange – Multi-Line | 9.20 | 9.20 | | | | | | |
| Remote Call Forward | -- | -- | | | | | | |
| Centrex | 9.20 | 9.20 | | | | | | |
| Trunks | 9.20 | 9.20 | | | | | | |
| T-1/Digital PBX | 46.00 | 46.00 | | | | | | |
| T-1/Digital PBX Resale | 220.80 | 220.80 | | | | | | |
| ISDN PRI | 46.00 | 46.00 | | | | | | |
| BUNDLED T1/ DIGITAL PBX | 46.00 | 46.00 | | | | | | |

Issued:  December 20, 2007                                                                 Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

Manhattan Telecommunications Corporation

**Tariff F.C.C. No. 1 – Access**

**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Section 9

1st Revised Page No. 25

Cancels Original Page No. 25

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(10)    VERIZON SOUTH EXCHANGES:  Following services, rates and charges applicable to customers in Verizon South Exchanges located in Illinois.

(a)    End User Common Line (EUCL) Charge – Residential Subscriber

|  | Monthly charge per line/per trunk |
|---|---|
| Single Line Local Exchange Service | 6.50 |
| Multi-line Local Exchange Service | 7.00 |
| Resold DSL – Single Line | 6.50 |
| Resold DSL – Multi-Line | 7.00 |
| ISDN BRI | 7.00 (N) |
| Foreign Exchange – Single Line | 6.50 |
| Foreign Exchange – Multi-Line | 7.00 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007

Issued by:        Andoni Economou, Vice President

                       44 Wall Street, 6th Floor

                       New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 26
Cancels 1st Revised Page No. 26

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(A)     END USER COMMON LINE (EUCL) (Cont')

(10)     VERIZON SOUTH EXCHANGES:  Following services, rates and charges applicable to customers in Verizon South Exchanges located in Illinois.

(b)     End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk |
|---|---|
| Single Line Local Exchange Service | 6.50 |
| Multi-line Local Exchange Service | 9.20 |
| Resold DSL – Single Line | 6.50 |
| Resold DSL – Multi-Line | 9.20 |
| ISDN BRI | 9.20 (N) |
| Foreign Exchange – Single Line | 6.50 |
| Foreign Exchange – Multi-Line | 9.20 |
| Remote Call Forward | -- |
| Centrex | 9.20 |
| Trunks | 9.20 |
| T-1/Digital PBX | 46.00 |
| T-1/Digital PBX Resale | 220.80 |
| ISDN PRI | 46.00 |
| Bundled T1/Digital PBX | 46.00 |

Issued:  December 20, 2007                                         Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 27
Cancels Original Page No. 27

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (A)    END USER COMMON LINE (EUCL) (Cont')

        (11)    VERIZON ALLTEL EXCHANGES:  Following services, rates and charges applicable to customers in Verizon AllTel Exchanges located in Illinois.

            (a)    End User Common Line (EUCL) Charge – Residential Subscriber

|  | Monthly charge per line/per trunk |
|---|---|
| Single Line Local Exchange Service | 6.50 |
| Multi-line Local Exchange Service | 7.00 |
| Resold DSL – Single Line | 6.50 |
| Resold DSL – Multi-Line | 7.00 |
| ISDN BRI | 7.00 (N) |
| Foreign Exchange – Single Line | 6.50 |
| Foreign Exchange – Multi-Line | 7.00 |

Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 28
Cancels 1st Revised Page No. 28

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(A)     END USER COMMON LINE (EUCL) (Cont')

(11)     VERIZON ALLTEL EXCHANGES (Cont'd)

(b)     End User Common Line (EUCL) Charge – Business Subscriber

|  | Monthly charge per line/per trunk |
|---|---|
| Single Line Local Exchange Service | 6.50 |
| Multi-line Local Exchange Service | 9.20 |
| Resold DSL – Single Line | 6.50 |
| Resold DSL – Multi-Line | 9.20 |
| ISDN BRI | 9.20 (N) |
| Foreign Exchange – Single Line | 6.50 |
| Foreign Exchange – Multi-Line | 9.20 |
| Remote Call Forward | -- |
| Centrex | 9.20 |
| Trunks | 9.20 |
| T-1/Digital PBX | 46.00 |
| T-1/Digital PBX Resale | 220.80 |
| ISDN PRI | 46.00 |

Issued:  December 20, 2007                                          Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                         44 Wall Street, 6th Floor
                         New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 29
Cancels Original Page No. 29

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(A)    END USER COMMON LINE (EUCL) (Cont')

(12)    VERIZON CONTEL EXCHANGES:  Following services, rates and charges applicable
to customers in Verizon ConTel Exchanges located in:  NC, SC and TX.

(a)    End User Common Line (EUCL) Charge – Residential Subscriber

|  | Monthly charge per line/per trunk |
|---|---|
| Single Line Local Exchange Service | 6.50 |
| Multi-line Local Exchange Service | 7.00 |
| Resold DSL – Single Line | 6.50 |
| Resold DSL – Multi-Line | 7.00 |
| ISDN BRI | 7.00 (N) |
| Foreign Exchange – Single Line | 6.50 |
| Foreign Exchange – Multi-Line | 7.00 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 30
Cancels Original Page No. 30

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (A)    END USER COMMON LINE (EUCL) (Cont')

        (12)    VERIZON CONTEL EXCHANGES (Cont'd)

            (b)    End User Common Line (EUCL) Charge – Business Subscriber

| | Monthly charge per line/per trunk |
|---|---|
| Single Line Local Exchange Service | 6.50 |
| Multi-line Local Exchange Service | 9.20 |
| Resold DSL – Single Line | 6.50 |
| Resold DSL – Multi-Line | 9.20 |
| ISDN BRI | 9.20 (N) |
| Foreign Exchange – Single Line | 6.50 |
| Foreign Exchange – Multi-Line | 9.20 |
| Remote Call Forward | -- |
| Centrex | 9.20 |
| Trunks | 9.20 |
| T-1/Digital PBX | 46.00 |
| T-1/Digital PBX Resale | 220.80 |
| ISDN PRI | 46.00 |

Issued:  December 20, 2007                                          Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 31
Cancels Original Page No. 31

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (B)    END USER FCC PORT CHARGE

        (1)    BELLSOUTH EXCHANGES:  Following services, rates and charges applicable to customers in BellSouth Exchanges located in:  Alabama, Florida, Kentucky, Louisiana, Tennessee.

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $2.44 | $2.44 |
| ISDN PRI – per line or trunk | | $14.00 |

        (2)    BELLSOUTH EXCHANGES:  Following services, rates and charges applicable to customers in BellSouth Exchanges located in:  Georgia, North Carolina, South Carolina.

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $2.44 | $2.44 |
| ISDN PRI – per line or trunk | | $14.00 |
| Bundled T1/Digital PBX | | $14.00 |

        (3)    QWEST EXCHANGES:  Following services, rates and charges applicable to customers in Qwest Exchanges located in:  Arizona, Colorado, Idaho-North, Idaho-South, Iowa, Minnesota, Montana, Nebraska, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming.

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.58 | $1.58 |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

        (4)    AT&T (SBC) EXCHANGES:  Following services, rates and charges applicable to customers in AT&T (SBC) Exchanges located in:  Arkansas

| | Residential | Business | |
|---|---|---|---|
| ISDN BRI – per line or trunk | $1.59 | $1.59 | |
| ISDN PRI – per line or trunk | | $49.01 | |
| Per Single & Multiline | | | N/M* |
| - Local Exchange Service | $0.99 | $0.99 | \| |
| - Resold DSL Service | $0.99 | $0.99 | \| |
| - Foreign Exchange Service | $0.99 | $0.99 | \| |
| - Centrex Service | $0.99 | $0.99 | \| |
| - PBX Trunk Service | $0.99 | $0.99 | \| |
| | | | \| |
| | | | N/M* |

*Material formerly appearing on this page, now appears on 1st Revised Page No. 32.

---

Issued:  December 20, 2007

Effective:  December 21, 2007

Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 32
Cancels Original Page No. 32

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(B)    END USER FCC PORT CHARGE (Cont'd)

(5)    AT&T (SBC) EXCHANGES:  Following services, rates and charges applicable to          M*
customers in AT&T (SBC) Exchanges located in:  California                               |

| | Residential | Business | |
|---|---|---|---|
| ISDN BRI – per line or trunk | $0.99 (I) | $0.99 (I) | |
| ISDN PRI – per line or trunk | | $32.80 | |
| T-1/Digital PBX | | $28.18 | |
| T-1/Digital PBX Resale | | $28.18 | M* |
| Bundled T-1/Digital PBX | | $32.80 | N |
| Per Single & Multiline | | | |
| - Local Exchange Service | $0.99 | $0.99 | |
| - Resold DSL Service | $0.99 | $0.99 | |
| - Foreign Exchange Service | $0.99 | $0.99 | |
| - Centrex Service | $0.99 | $0.99 | |
| - PBX Trunk Service | $0.99 | $0.99 | N |

(6)    AT&T (SBC) EXCHANGES:  Following services, rates and charges applicable to
customers in AT&T (SBC) Exchanges located in:  Connecticut

| | Residential | Business | |
|---|---|---|---|
| ISDN BRI – per line or trunk | $2.21 | $2.21 | |
| ISDN PRI – per line or trunk | | $28.55 | |
| T-1/Digital PBX | | $28.55 | |
| T-1/Digital PBX Resale | | $28.55 | |
| Per Single & Multiline | | | |
| - Local Exchange Service | $0.99 | $0.99 | N |
| - Resold DSL Service | $0.99 | $0.99 | |
| - Foreign Exchange Service | $0.99 | $0.99 | |
| - Centrex Service | $0.99 | $0.99 | |
| - PBX Trunk Service | $0.99 | $0.99 | N |

M*
|
|
|
|
|
|
|
M*

*Certain material now appearing on this page, formerly appeared on Original Page No. 31; certain material
formerly appearing on this page, now appears on Original Pages 32.1 and 32.2.

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 32.1

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

    (B)     END USER FCC PORT CHARGE (Cont'd)

        (7)     AT&T (SBC) EXCHANGES:  Following services, rates and charges applicable to customers in AT&T (SBC) Exchanges located in:  Illinois, Indiana, Michigan, Ohio, Wisconsin    M*

|                                | Residential | Business |
|--------------------------------|-------------|----------|
| ISDN BRI – per line or trunk   | $1.58       | $1.58    |
| ISDN PRI – per line or trunk   |             | $15.53   |
| T-1/Digital PBX                |             | $28.18   |
| T-1/Digital PBX Resale         |             | $28.18   |
| Per Single & Multiline         |             |          |
| - Local Exchange Service       | $0.99       | $0.99    |
| - Resold DSL Service           | $0.99       | $0.99    |
| - Foreign Exchange Service     | $0.99       | $0.99    |
| - Centrex Service              | $0.99       | $0.99    |
| - PBX Trunk Service            | $0.99       | $0.99    |

        (8)     AT&T (SBC) EXCHANGES:  Following services, rates and charges applicable to customers in AT&T (SBC) Exchanges located in:  Kansas, Missouri, Oklahoma    M*

|                                | Residential | Business |
|--------------------------------|-------------|----------|
| ISDN BRI – per line or trunk   | $1.59       | $1.59    |
| ISDN PRI – per line or trunk   |             | $49.01   |
| Per Single & Multiline         |             |          |
| - Local Exchange Service       | $0.99       | $0.99    |
| - Resold DSL Service           | $0.99       | $0.99    |
| - Foreign Exchange Service     | $0.99       | $0.99    |
| - Centrex Service              | $0.99       | $0.99    |
| - PBX Trunk Service            | $0.99       | $0.99    |

The right margin contains change-tracking symbols: M*, then a bracketed span down to M*, N, then a bracketed span to N (for item 7); and M*, then M*, N, a bracketed span to N (for item 8).

*Certain material appearing on this page, formerly appeared on Original Page No. 32.

Issued:  December 20, 2007                Effective:  December 21, 2007
Issued by:      Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 32.2

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

    (B)     END USER FCC PORT CHARGE (Cont'd)

        (9)     AT&T (SBC) EXCHANGES:  Following services, rates and charges applicable to customers in AT&T (SBC) Exchanges located in:  Nevada    M*

| | Residential | Business | |
|---|---|---|---|
| ISDN BRI – per line or trunk | $3.90 | $3.90 | |
| ISDN PRI – per line or trunk | | $36.29 | |
| T-1/Digital PBX | | $28.18 | |
| T-1/Digital PBX Resale | | $28.18 | |
| Per Single & Multiline | | | M* |
| - Local Exchange Service | $0.99 | $0.99 | N |
| - Resold DSL Service | $0.99 | $0.99 | |
| - Foreign Exchange Service | $0.99 | $0.99 | |
| - Centrex Service | $0.99 | $0.99 | |
| - PBX Trunk Service | $0.99 | $0.99 | |
| | | | N |

        (10)     AT&T (SBC) EXCHANGES:  Following services, rates and charges applicable to customers in AT&T (SBC) Exchanges located in:  Texas    M*

| | Residential | Business | |
|---|---|---|---|
| ISDN BRI – per line or trunk | $1.59 | $1.59 | |
| ISDN PRI – per line or trunk | | $49.01 | |
| Bundled T-1/Digital PBX | | $49.01 | M* |
| Per Single & Multiline | | | N |
| - Local Exchange Service | $0.99 | $0.99 | |
| - Resold DSL Service | $0.99 | $0.99 | |
| - Foreign Exchange Service | $0.99 | $0.99 | |
| - Centrex Service | $0.99 | $0.99 | |
| - PBX Trunk Service | $0.99 | $0.99 | |
| | | | N |

*Certain material appearing on this page, formerly appeared on Original Page No. 32.

Issued:  December 20, 2007        Effective:  December 21, 2007
Issued by:    Andoni Economou, Vice President
        44 Wall Street, 6th Floor
        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 33
Cancels Original Page No. 33

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (B)    END USER FCC PORT CHARGE (Cont'd)

        (11)    EMBARQ EXCHANGES:  Following services, rates and charges applicable to customers in Embarq Exchanges located in:  Florida, Indiana, Kansas, Minnesota, Missouri, Nebraska, New Jersey, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington and Wyoming    T   T/N   N   N

| | Residential | Business |
|---|---|---|
| POTS | $0.85 (I) | $0.85 (I) |
| DSL | $0.85 (I) | $0.85 (I) |
| ISDN BRI – per line or trunk | $0.85 (I) | $0.85 (I) |
| Foreign Exchange | $0.85 (I) | $0.85 (I) |
| ISDN PRI – per line or trunk | | $4.25 (I) |
| Centrex | | $0.85 (I) |
| K (Trunk) | | $0.85 (I) |
| T-1/Digital PBX | | $21.25 (I) |

        (12)    EMBARQ EXCHANGES:  Following services, rates and charges applicable to customers in Embarq Exchanges located in:  Nevada    T   T

| | Residential | Business |
|---|---|---|
| POTS | $0.69 | $0.69 |
| DSL | $0.69 | $0.69 |
| ISDN BRI – per line or trunk | $0.69 | $0.69 |
| Foreign Exchange | $0.69 | $0.69 |
| ISDN PRI – per line or trunk | | $3.45 |
| Centrex | | $0.69 |
| K (Trunk) | | $0.69 |
| T-1/Digital PBX | | $16.56 |

        (13)    VERIZON GTE EXCHANGES:  Following services, rates and charges applicable to customers in Verizon GTE Exchanges located in:  Arizona

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.52 | $1.52 |
| ISDN PRI – per line or trunk | | $23.43 |
| Trunks | | $0.70 |
| T-1/Digital PBX | | $16.80 |
| T-1/Digital PBX Resale | | $16.80 |

        (14)    VERIZON GTE EXCHANGES:  Following services, rates and charges applicable to customers in Verizon GTE Exchanges located in:  Florida

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.58 | $1.58 |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |
| Bundled TI/Digital PBX | | $14.00 |

---

Issued:  April 23, 2008                                                                                       Effective:  April 24, 2008
Issued by:          Andoni Economou, Vice President
                       44 Wall Street, 6th Floor
                       New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 34
Cancels Original Page No. 34

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(B)     END USER FCC PORT CHARGE (Cont'd)                                                                    T/M*

(15)     VERIZON GTE EXCHANGES:  Following services, rates and charges applicable to
customers in Verizon GTE Exchanges located in:

(a)     Nevada

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $5.00 (I) | $5.00 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

(b)     North Carolina

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $2.99 (I) | $2.99 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

(c)     South Carolina

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $3.00 (I) | $3.00 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

(d)     Texas

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $2.03 (I) | $2.03 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

(e)     Virginia

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $3.00 (I) | $3.00 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

T/M*

*Certain material formerly appearing on this page, now appears on Original Page No. 34.1 and 1st Revised Page No.
35.

Issued:  December 20, 2007                                                Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 34.1

### SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)                                           T/M*

    (B)     END USER FCC PORT CHARGE (Cont'd)

        (15)     VERIZON GTE EXCHANGES:  Following services, rates and charges applicable to customers in Verizon GTE Exchanges located in:

            (f)     Wisconsin

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.62 (I) | $1.62 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

        (16)     VERIZON GTE EXCHANGES:  Following services, rates and charges applicable to customers in Verizon GTE Exchanges located in:  Pennsylvania

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.52 | $1.52 |
| ISDN PRI – per line or trunk | | $23.43 |
| T-1/Digital PBX | | $16.80 |
| T-1/Digital PBX Resale | | $16.80 |
| Bundled TI/Digital PBX | | $23.43 |

        (17)     VERIZON EXCHANGES:  Following services, rates and charges applicable to customers in Verizon Exchanges located in:  California

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.00 (I) | $1.00 (I) |
| ISDN PRI – per line or trunk | | $32.80 |
| Bundled TI/Digital PBX | | $32.80 |

        (18)     VERIZON EXCHANGES:  Following services, rates and charges applicable to customers in Verizon Exchanges located in:

            (a)     Indiana

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.58 | $1.58 |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

T/M*

*Certain material now appearing on this page, formerly appeared on Original Page No. 34.

Issued:  December 20, 2007                                          Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 35
Cancels Original Page No. 35

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(B)    END USER FCC PORT CHARGE (Cont'd)

(18)    VERIZON EXCHANGES:  Following services, rates and charges applicable to customers in Verizon Exchanges located in:                    T/M*

(b)    Ohio

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.98 (I) | $1.98 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

(19)    VERIZON BA EXCHANGES:  Following services, rates and charges applicable to customers in Verizon BA Exchanges located in:  Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.90 | $1.90 |
| Trunks | | $1.21 |
| ISDN PRI – per line or trunk | | $46.01 |
| T-1/Digital PBX | | $29.04 |
| T-1/Digital PBX Resale | | $29.04 |
| Bundled TI/Digital PBX | | $46.01 |

*Certain material appearing on this page, formerly appeared on Original Page No. 34.

Issued:  December 20, 2007                                              Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 36
Cancels Original Page No. 36

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(B)     END USER FCC PORT CHARGE (Cont'd)

(20)     VERIZON BA EXCHANGES:  Following services, rates and charges applicable to customers in Verizon BA Exchanges located in:  Delaware, Maryland, Virginia, Washington, D.C., West Virginia

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.52 | $1.52 |
| Trunks | | $0.70 |
| ISDN PRI – per line or trunk | | $23.43 |
| T-1/Digital PBX | | $16.80 |
| T-1/Digital PBX Resale | | $16.80 |
| Bundled TI/Digital PBX | | $23.43 |

(21)     VERIZON BA EXCHANGES:  Following services, rates and charges applicable to customers in Verizon BA Exchanges located in:  New Jersey, Pennsylvania

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.52 | $1.52 |
| Trunks | | $0.70 |
| ISDN PRI – per line or trunk | | $23.43 |
| T-1/Digital PBX | | $16.80 |
| T-1/Digital PBX Resale | | $29.04 |
| Bundled TI/Digital PBX | | $23.43 |

(22)     VERIZON BA EXCHANGES:  Following services, rates and charges applicable to customers in Verizon BA Exchanges located in:  New York

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.90 | $1.90 |
| Trunks | | $1.21 |
| ISDN PRI – per line or trunk | | $46.01 |
| T-1/Digital PBX | | $29.04 |
| T-1/Digital PBX Resale | | $29.04 |
| Bundled TI/Digital PBX | | $46.01 |
| Multi-Serv T1 w/PRI | | $46.01 |

M*
|
|
|
|
|
M*

*Certain material formerly appearing on this page, now appears on Original Page No. 36.1.

Issued:  December 20, 2007                                                            Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                         44 Wall Street, 6th Floor
                         New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 36.1

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

   (B)     END USER FCC PORT CHARGE (Cont'd)

      (23)     VERIZON NW EXCHANGES:  Following services, rates and charges applicable to customers in Verizon NW Exchanges located in:

         (a)     Idaho                                                                                           T/M*

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $4.55 (I) | $4.55 (I) |
| Trunks | | $0.70 |
| ISDN PRI – per line or trunk | | $23.43 |
| T-1/Digital PBX | | $16.80 |
| T-1/Digital PBX Resale | | $16.80 |

         (b)     Oregon

| | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.52 | $1.52 |
| Trunks | | $0.70 |
| ISDN PRI – per line or trunk | | $23.43 |
| T-1/Digital PBX | | $16.80 |
| T-1/Digital PBX Resale | | $16.80 |

T/M

*Certain material now appearing on this page, formerly appeared on Original Page No. 36.

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:          Andoni Economou, Vice President
                         44 Wall Street, 6th Floor
                         New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 37
Cancels Original Page No. 37

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(B)    END USER FCC PORT CHARGE (Cont'd)

(24)    VERIZON NW EXCHANGES:  Following services, rates and charges applicable to customers in Verizon NW Exchanges located in:  Washington

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.58 | $1.58 |
| ISDN PRI – per line or trunk |  | $15.53 |
| T-1/Digital PBX |  | $28.18 |
| T-1/Digital PBX Resale |  | $28.18 |

(25)    VERIZON NORTH EXCHANGES:  Following services, rates and charges applicable to customers in Verizon North Exchanges located in:  Illinois

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $2.80 (I) | $2.80 (I) |
| ISDN PRI – per line or trunk |  | $15.53 |
| T-1/Digital PBX |  | $28.18 |
| T-1/Digital PBX Resale |  | $28.18 |
| Bundled TI/Digital PBX |  | $15.53 |

(26)    VERIZON NORTH EXCHANGES:  Following services, rates and charges applicable to customers in Verizon North Exchanges located in:  Michigan

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $1.58 | $1.58 |
| ISDN PRI – per line or trunk |  | $15.53 |
| T-1/Digital PBX |  | $28.18 |
| T-1/Digital PBX Resale |  | $28.18 |

(27)    VERIZON SOUTH EXCHANGES:  Following services, rates and charges applicable to customers in Verizon South Exchanges located in:  Illinois

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $2.80 (I) | $2.80 (I) |
| ISDN PRI – per line or trunk |  | $15.53 |
| T-1/Digital PBX |  | $28.18 |
| T-1/Digital PBX Resale |  | $28.18 |
| Bundled T1/Digital PBX |  | $15.53 |

Issued:  December 20, 2007                                    Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 38

### SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

    (B)     END USER FCC PORT CHARGE (Cont'd)

        (28)     VERIZON ALLTEL EXCHANGES:  Following services, rates and charges applicable to customers in Verizon Alltel Exchanges located in:  Michigan

|                              | Residential | Business |
|------------------------------|-------------|----------|
| ISDN BRI – per line or trunk | $1.58       | $1.58    |
| ISDN PRI – per line or trunk |             | $15.53   |
| T-1/Digital PBX              |             | $28.18   |
| T-1/Digital PBX Resale       |             | $28.18   |

Issued:  June 16, 2006                                                                 Effective:  June 17, 2006
Issued by:     Andoni Economou, Vice President
           44 Wall Street, 6th Floor
           New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 39
Cancels Original Page No. 39

## SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(B)    END USER FCC PORT CHARGE (Cont'd)

(29)    VERIZON CONTEL EXCHANGES:  Following services, rates and charges applicable to customers in Verizon Contel Exchanges located in:

(a)    North Carolina

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $2.99 (I) | $2.99 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

(b)    South Carolina

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $3.00 (I) | $3.00 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

(c)    Texas

|  | Residential | Business |
|---|---|---|
| ISDN BRI – per line or trunk | $2.03 (I) | $2.03 (I) |
| ISDN PRI – per line or trunk | | $15.53 |
| T-1/Digital PBX | | $28.18 |
| T-1/Digital PBX Resale | | $28.18 |

T
|
|
|
|
|
|
|
|
|
|
|
|
|
|
|
|
T

Issued:  December 20, 2007

Effective:  December 21, 2007

Issued by:        Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 40
Cancels Original Page No. 40

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (C)    INTERSTATE RECOVERY CHARGE – INCUMBENT TELECOM SURCHARGE

|  | Residential | Business | Public Access Payphone Line |  |
|---|---|---|---|---|
| Per Line or Per Trunk |  |  |  |  |
| Single Line Local Exchange Service | $6.50 | $6.50 | $6.50 | (I) |
| Multi-line Local Exchange Service | $6.50 | $6.50 | $6.50 | &#124; |
| Lifeline customer | - | - | - | &#124; |
| Resold DSL | $6.50 | $6.50 | - | &#124; |
| ISDN BRI | $6.50 | $6.50 | - | &#124; |
| ISDN PRI |  | $6.50 | - | &#124; |
| Foreign Exchange – Single Line | $6.50 | $6.50 | - | &#124; |
| Foreign Exchange – Multi-Line | $6.50 | $6.50 | - | &#124; |
| Remote Call Forward | - | $6.50 | - | &#124; |
| Centrex | - | $6.50 | - | (I) |
| Trunks | - | $6.50 | - | (I) |
| T-1/Digital PBX | - | $6.50 | - | (N) |
| T-1/Digital PBX Resale | - | - | - |  |
| Bundled T-1/Digital PBX | - | $6.50 | - | (N) |

Issued:  November 6, 2007

Issued by:    Andoni Economou, Vice President
          44 Wall Street, 6th Floor
          New York, New York  10005

Effective:  November 7, 2007

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 41
Cancels Original Page No. 41

### SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(D)    REGULATORY RECOVERY FEE

| | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
| | | Per Line or Per Trunk | |
| Single Line Local Exchange Service | $0.99 (I) | $0.99 (I) | $0.99 (I) |
| Multi-line Local Exchange Service | $0.99 (I) | $0.99 (I) | $0.99 (I) |
| Lifeline customer | $0.99 (I) | $0.99 (I) | - |
| Resold DSL | $0.99 (I) | $0.99 (I) | - |
| ISDN BRI | $0.99 (I) | $0.99 (I) | - |
| ISDN PRI | - | $4.95 (I) | - |
| Foreign Exchange – Single Line | $0.99 (I) | $0.99 (I) | - |
| Foreign Exchange – Multi-Line | $0.99 (I) | $0.99 (I) | - |
| Remote Call Forward | $0.99 (I) | $0.99 (I) | - |
| Centrex | $0.99 (I) | $0.99 (I) | - |
| Trunks | $0.99 (I) | $0.99 (I) | - |
| T-1/Digital PBX | - | $4.95 (I) | - |
| T-1/Digital PBX Resale | - | $4.95 (I) | - |
| Bundled T-1/Digital PBX | - | $4.95 (I) | - |

Issued:  December 20, 2007                                        Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 42

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(E)    CARRIER LINE CHARGE/PICC (PREFERRED INTEREXCHANGE CARRIER CHARGE)

(1)    Rates and charges applicable to customers in the exchanges of the following Incumbent Local Exchange Carriers and the respective states:

| | |
|---|---|
| BELLSOUTH – | All states in BellSouth Region |
| QWEST – | All states in Qwest Region |
| AT&T (former SBC) – | Arkansas, Kansas, Missouri, Oklahoma, Texas |
| VERIZON (former GTE) – | Arizona, California, Florida, Idaho, Illinois, Indiana, Michigan, Nevada, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Washington, Wisconsin, Virginia |
| VERIZON (former Bell Atlantic) – | Connecticut, Delaware, Maryland, Massachusetts, West Virginia, Washington, D.C. |
| VERIZON (former AllTel) – | Michigan |
| VERIZON (former Contel) – | North Carolina, South Carolina, Texas |

| | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
| | | Per Line or Per Trunk | |
| Single Line Local Exchange Service | - | $2.95 | - |
| Multi-line Local Exchange Service | - | $2.95 | - |
| Lifeline customer | - | - | - |
| Resold DSL | - | $2.95 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $14.75 | - |
| Foreign Exchange | - | $2.95 | - |
| Remote Call Forward | - | - | - |
| Centrex | - | $0.96 | - |
| Trunks | - | $2.95 | - |
| T-1/Digital PBX | - | $14.75 | - |
| T-1/Digital PBX Resale | - | $14.75 | - |
| Bundled T-1/Digital PBX | - | $14.75 | - |

Issued: June 16, 2006                                                              Effective: June 17, 2006
Issued by:         Andoni Economou, Vice President
                   44 Wall Street, 6th Floor
                   New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 43
Cancels Original Page No. 43

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

    (E)     CARRIER LINE CHARGE/PICC (PREFERRED INTEREXCHANGE CARRIER CHARGE)

        (2)     Rates and charges applicable to customers in the exchanges of the following Incumbent Local Exchange Carriers and the respective states:

| | |
|---|---|
| AT&T (SBC-Ameritech) – | California, Connecticut, Illinois, Indiana, Michigan, Nevada, Ohio, Wisconsin |
| Embarq– | Florida, Indiana, Kansas, Minnesota, Missouri, Nebraska, New Jersey, North Carolina, Nevada, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington and Wyoming |

T/N
N
|
|
N

| | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
| | | Per Line or Per Trunk | |
| Single Line Local Exchange Service | - | $1.50 | - |
| Multi-line Local Exchange Service | - | $1.50 | - |
| Lifeline customer | - | - | - |
| Resold DSL | - | $1.50 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $1.50 | - |
| Foreign Exchange | - | - | - |
| Remote Call Forward | - | - | - |
| Centrex | - | $0.96 | - |
| Trunks | - | $1.50 | - |
| T-1/Digital PBX | - | $7.50 | - |
| T-1/Digital PBX Resale | - | $7.50 | - |
| Bundled T-1/Digital PBX | - | $7.50 | - |

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 44

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(E)     CARRIER LINE CHARGE/PICC (PREFERRED INTEREXCHANGE CARRIER CHARGE)

(3)     Rates and charges applicable to customers in the exchanges of the following Incumbent Local Exchange Carriers and the respective states:

VERIZON –                 Maine, Vermont

|  | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
|  |  | Per Line or Per Trunk |  |
| Single Line Local Exchange Service | - | $3.25 | - |
| Multi-line Local Exchange Service | - | $3.25 | - |
| Lifeline customer | - | - | - |
| Resold DSL | - | $3.25 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $16.25 | - |
| Foreign Exchange | - | $3.25 | - |
| Remote Call Forward | - | - | - |
| Centrex | - | $0.96 | - |
| Trunks | - | $3.25 | - |
| T-1/Digital PBX | - | $16.25 | - |
| T-1/Digital PBX Resale | - | $16.25 | - |
| Bundled T-1/Digital PBX | - | $16.25 | - |

Issued:  June 16, 2006                                                              Effective:  June 17, 2006
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 45

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

    (E)     CARRIER LINE CHARGE/PICC (PREFERRED INTEREXCHANGE CARRIER CHARGE)

        (4)     Rates and charges applicable to customers in the exchanges of the following Incumbent
                 Local Exchange Carriers and the respective states:

               VERIZON –            New Hampshire, Rhode Island

|  | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
|  |  | Per Line or Per Trunk |  |
| Single Line Local Exchange Service | - | $3.25 | - |
| Multi-line Local Exchange Service | - | $3.25 | - |
| Lifeline customer | - | - | - |
| Resold DSL | - | $3.25 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $16.25 | - |
| Foreign Exchange | - | $3.25 | - |
| Remote Call Forward | - | - | - |
| Centrex | - | $0.96 | - |
| Trunks | - | $3.25 | - |
| T-1/Digital PBX | - | $16.25 | - |
| T-1/Digital PBX Resale | - | $78.00 | - |
| Bundled T-1/Digital PBX | - | $16.25 | - |

Issued:  June 16, 2006                                                                                    Effective:  June 17, 2006
Issued by:          Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 46

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (E)    CARRIER LINE CHARGE/PICC (PREFERRED INTEREXCHANGE CARRIER CHARGE)

        (5)    Rates and charges applicable to customers in the exchanges of the following Incumbent Local Exchange Carriers and the respective states:

            VERIZON –            New Jersey, New York, Pennsylvania

|  | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
|  |  | Per Line or Per Trunk |  |
| Single Line Local Exchange Service | - | $2.95 | - |
| Multi-line Local Exchange Service | - | $2.95 | - |
| Lifeline customer | - | - | - |
| Resold DSL | - | $2.95 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $14.75 | - |
| Foreign Exchange | - | $2.95 | - |
| Remote Call Forward | - | - | - |
| Centrex | - | $0.96 | - |
| Trunks | - | $2.95 | - |
| T-1/Digital PBX | - | $14.75 | - |
| T-1/Digital PBX Resale | - | $70.80 | - |
| Bundled T-1/Digital PBX | - | $14.75 | - |

Issued:  June 16, 2006

Effective:  June 17, 2006

Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 47

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (E)    CARRIER LINE CHARGE/PICC (PREFERRED INTEREXCHANGE CARRIER CHARGE)

        (6)    Rates and charges applicable to customers in the exchanges of the following Incumbent Local Exchange Carriers and the respective states:

        VERIZON –             Virginia

| | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
| | | Per Line or Per Trunk | |
| Single Line Local Exchange Service | - | $2.95 | - |
| Multi-line Local Exchange Service | - | $2.95 | - |
| Lifeline customer | - | - | - |
| Resold DSL | - | $2.95 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $14.75 | - |
| Foreign Exchange | - | $2.95 | - |
| Remote Call Forward | - | - | - |
| Centrex | - | $0.96 | - |
| Trunks | - | $2.95 | - |
| T-1/Digital PBX | - | $14.75 | - |
| T-1/Digital PBX Resale | - | $16.25 | - |
| Bundled T-1/Digital PBX | - | $14.75 | - |

Issued:  June 16, 2006

Issued by:        Andoni Economou, Vice President
                44 Wall Street, 6th Floor
                New York, New York  10005

Effective:  June 17, 2006

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 48
Cancels Original Page No. 48

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7     RATES AND CHARGES (Cont'd)

(F)     LOCAL NUMBER PORTABILITY CHARGE

(1)     Rates and charges applicable to customers in the exchanges of the following Incumbent
Local Exchange Carriers and the respective states:

| | |
|---|---|
| BELLSOUTH – | All states in BellSouth Region |
| QWEST – | All states in Qwest Region |

T/M*

| | |
|---|---|
| VERIZON (former GTE) – | Arizona, California, Florida, Idaho, Illinois, Indiana, Michigan, Nevada, North Carolina, Ohio, Oregon, South Carolina, Texas, Washington, Wisconsin, Virginia |
| VERIZON (former Bell Atlantic) – | Connecticut, Delaware, Maryland, Massachusetts, West Virginia, Washington, D.C., Virginia |
| VERIZON (former AllTel) – | Michigan |
| VERIZON (former Contel) – | North Carolina, South Carolina, Texas |

| | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
| | | Per Line or Per Trunk | |
| Single Line Local Exchange Service | $0.23 | $0.23 | $0.23 (N) |
| Multi-line Local Exchange Service | $0.23 | $0.23 | $0.23 (N) |
| Lifeline customer | $0.23 | - | - |
| Resold DSL | $0.23 | $0.23 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $10.35 | - |
| Foreign Exchange | - | $0.23 | - |
| Remote Call Forward | - | $0.23 | - |
| Centrex | - | $0.23 | - |
| Trunks | - | $2.07 | - |
| T-1/Digital PBX | - | $10.35 | - |
| T-1/Digital PBX Resale | - | $10.35 | - |
| Bundled T-1/Digital PBX | - | $10.35 | - |

*Certain material formerly appearing on this page, now appears on Original Page No. 52.

Issued: December 20, 2007                                          Effective: December 21, 2007
Issued by:          Andoni Economou, Vice President
                    44 Wall Street, 6th Floor
                    New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
2nd Revised Page No. 49
Cancels 1st Revised Page No. 49

## SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(F)    LOCAL NUMBER PORTABILITY CHARGE

(2)    Rates and charges applicable to customers in the exchanges of the following Incumbent
Local Exchange Carriers and the respective states:

Embarq –    Florida, Indiana, Kansas, Minnesota, Missouri, Nebraska, New Jersey,    T/N
North Carolina, Nevada, Ohio, Oregon, Pennsylvania, South Carolina,    N
Tennessee, Texas, Virginia, Washington and Wyoming    |
    N

| | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
| Per Line or Per Trunk | | | |
| Single Line Local Exchange Service | $0.23 | $0.23 | $0.23 (N) |
| Multi-line Local Exchange Service | $0.23 | $0.23 | $0.23 (N) |
| Lifeline customer | $0.23 | - | - |
| Resold DSL | $0.23 | $0.23 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $1.15 | - |
| Foreign Exchange | - | $0.23 | - |
| Remote Call Forward | - | $0.23 | - |
| Centrex | - | $0.23 | - |
| Trunks | - | $0.23 | - |
| T-1/Digital PBX | - | $0.23 | - |
| T-1/Digital PBX Resale | - | $0.23 | - |
| Bundled T-1/Digital PBX | - | $0.23 | - |

Issued:  April 23, 2008                                                                      Effective:  April 24, 2008
Issued by:        Andoni Economou, Vice President
                        44 Wall Street, 6th Floor
                        New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 50

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (F)    LOCAL NUMBER PORTABILITY CHARGE

        (3)    Rates and charges applicable to customers in the exchanges of the following Incumbent Local Exchange Carriers and the respective states:

        VERIZON (former Bell Atlantic exchanges) –    Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island

|  | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
|  | | Per Line or Per Trunk | |
| Single Line Local Exchange Service | $0.23 | $0.23 | $0.23 |
| Multi-line Local Exchange Service | $0.23 | $0.23 | $0.23 |
| Lifeline customer | $0.23 | - | - |
| Resold DSL | $0.23 | $0.23 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $10.35 | - |
| Foreign Exchange | - | $0.23 | - |
| Remote Call Forward | - | $0.23 | - |
| Centrex | - | $0.23 | - |
| Trunks | - | $2.07 | - |
| T-1/Digital PBX | - | $10.35 | - |
| T-1/Digital PBX Resale | - | $49.68 | - |
| Switched 56kbps | - | $2.07 | |
| Bundled T-1/Digital PBX | - | $10.35 | - |

Issued:  June 16, 2006                                                    Effective:  June 17, 2006
Issued by:    Andoni Economou, Vice President
          44 Wall Street, 6th Floor
          New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
1st Revised Page No. 51
Cancels Original Page No. 51

SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

(F)    LOCAL NUMBER PORTABILITY CHARGE

(4)    Rates and charges applicable to customers in the exchanges of the following Incumbent Local Exchange Carriers and the respective states:

VERIZON (former GTE exchanges) –                Pennsylvania

| | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
| | | Per Line or Per Trunk | |
| Single Line Local Exchange Service | $0.36 | $0.36 | $0.36 (N) |
| Multi-line Local Exchange Service | $0.36 | $0.36 | $0.36 (N) |
| Lifeline customer | $0.36 | - | - |
| Resold DSL | $0.36 | $0.36 | - |
| ISDN BRI | - | - | - |
| ISDN PRI | - | $3.24 | - |
| Foreign Exchange | - | $0.36 | - |
| Remote Call Forward | - | $0.36 | - |
| Centrex | - | $0.36 | - |
| Trunks | - | $3.24 | - |
| T-1/Digital PBX | - | $16.20 | - |
| T-1/Digital PBX Resale | - | $16.20 | - |
| Bundled T-1/Digital PBX | - | $16.20 | - |



M*
|
|
|
|
|
|
M*

*Certain material formerly appearing on this page, now appears on Original Page No. 52.

Issued:  December 20, 2007                              Effective:  December 21, 2007
Issued by:        Andoni Economou, Vice President
                  44 Wall Street, 6th Floor
                  New York, New York  10005

**Manhattan Telecommunications Corporation**
**d/b/a Metropolitan Telecommunications Corporation a/k/a MetTel**

Tariff F.C.C. No. 1 – Access
Section 9
Original Page No. 52

### SECTION 9 – END USER ACCESS SERVICE, (CONT'D)

9.7    RATES AND CHARGES (Cont'd)

    (F)    LOCAL NUMBER PORTABILITY CHARGE    T/M\*

        (5)    Rates and charges applicable to customers in the exchanges of the following Incumbent Local Exchange Carriers and the respective states:

            AT&T (SBC) –    Arkansas, California, Connecticut, Illinois, Indiana, Kansas, Michigan, Missouri, Nevada, Ohio, Oklahoma, Texas, Wisconsin

| | Residential | Business | Public Access Payphone Line |
|---|---|---|---|
| | | Per Line or Per Trunk | |
| Single Line Local Exchange Service | $0.49 (I) | $0.49 (I) | $0.49 (N) |
| Multi-line Local Exchange Service | $0.49 (I) | $0.49 (I) | $0.49 (N) |
| Lifeline customer | $0.49 (I) | - | - |
| Resold DSL | $0.49 (I) | $0.49 (I) | - |
| ISDN BRI | $0.49 (N) | $0.49 (N) | - |
| ISDN PRI | $0.49 (N) | $10.35 | - |
| Foreign Exchange | - | $0.49 (I) | - |
| Remote Call Forward | $0.49 (N) | $0.49 (I) | - |
| Centrex | $0.49 (N) | $0.49 (I) | - |
| Trunks | $0.49 (N) | $2.07 | - |
| T-1/Digital PBX | | $10.35 | - |
| T-1/Digital PBX Resale | - | $10.35 | - |
| Bundled T-1/Digital PBX | - | $10.35 | - |

T/M\*

    (G)    ISP ORIGINATION SERVICE    M\*

        The following charge applies on a per minute basis to the origination of ISP-bound traffic:

        ISP Origination, per minute    $0.015    M\*

\*Certain material now appearing on this page, formerly appeared on Original Page No. 41; certain material now appearing on this page, formerly appeared on Original Page No. 51.

Issued:  December 20, 2007    Effective:  December 21, 2007
Issued by:    Andoni Economou, Vice President
            44 Wall Street, 6th Floor
            New York, New York  10005

Metropolitan Telecommunications of California, Inc. dba MetTel
44 Wall Street, 14th Floor
New York, New York  10005

Schedule Cal. P.U.C. - Access No. 1
Original Page No. 50

SWITCHED ACCESS SERVICES TARIFF

## SECTION 5 - SWITCHED ACCESS RATES, (Cont'd.)

### 5.4    Rates and Charges

#### 5.4.1    Blended Carrier Switched Access

Verizon Service Area

| | |
|---|---|
| Originating | $0.022654 |
| Terminating | $0.022654 |

SBC Service Area

| | |
|---|---|
| Originating | $0.010971 |
| Terminating | $0.010971 |

---

Advice Letter No. 5
Decision No. 01-08-029

Issued by:
David Aronow
President

Date Filed:  January 18, 2005
Effective: January 31, 2005

Metropolitan Telecommunications of D.C., Inc.　　District of Columbia P.S.C.  Tariff  No. 2
Original Page 37

## SECTION 4 - SWITCHED ACCESS RATES (continued)

**4.3      Billing of Access Minutes (continued)**

when the terminating recording switch receives the initial address message from the terminating End User. On directly routed trunk groups or on tandem routed trunk groups, the Company switch receives the initial address message and sends the indication to the Customer in the form of an answer message. The measurement of terminating FG Access call usage ends when the entry switch receives or sends a release message, whichever occurs first.

**4.4      Rates and Charges**

|  | Originating | Terminating |
|---|---|---|
| Switched Access Rates | | |
| Carrier Common Line | $0.019000 | $0.019000 |
| Local Switching | $0.010000 | $0.010000 |
| Local Transport | $0.009232 | $0.009232 |
| | | |
| Total Blended Rate | | |
| Per Access Minute | $0.038232 | $0.038232 |
| | | |
| 800/900 Database Query | | |
| (per call) | $0.003089 | $0.003089 |

4.4.1    Switched Access Optional Features

All Optional Features are offered on an Individual Case Basis (ICB).

Issued: September 27, 2004                          Effective: September 28, 2004
Issued by:                      Andoni Economou, Vice President
Metropolitan Telecommunications of D.C., Inc. d/b/a MetTel
44 Wall Street, 14th Floor
New York, New York 10005

METROPOLITAN TELECOMMUNICATIONS OF DE, INC.                     DE PSC TARIFF NO. 2
D/B/A METTEL                                                    Original Page 69

---

## ACCESS SERVICE

**7.    RATES AND CHARGES** (Cont'd)

7.2    Switched Access Service (Cont'd)
7.2.1    Nonrecurring Charges (Cont'd)

| | | | |
|---|---|---|---|
| | 7.2.1.C | Direct Trunked Transport Activated | Per Order |
| | | Per 24 Trunks Activation or Fraction there of, on a Per Order Basis | $310.00 |
| | 7.2.1.D | Interim NXX Translation Per Order | $ 136.00 |
| 7.2.2 | | Local Transport | Rate |
| | 7.2.2.A | Access | |

|   |   |   |
|---|---|---|
| - | Entrance Facility Per Termination | |
| - | Voice Grade Two Wire | $25.00 |
| - | Voice Grade Four Wire | $45.24 |
| - | High Capacity DS-1 | $133.81 |
| - | High Capacity DS-3 | $2100.00 |
| - | Direct Trunked Transport | |
| - | Direct Trunked Facility Per Mile | |
| - | Voice Grade | $1.90 |
| - | High Capacity DS-1 | $16.75 |
| - | High Capacity DS-3 | $175.00 |
| - | Direct Trunked Termination Per Termination | |
| - | Voice Grade | $ 29.56 |
| - | High Capacity DS-1 | $ 94.38 |
| - | High Capacity DS-3 | $525.64 |
| - | Multiplexing Per Arrangement | |
| - | DS-3 to DS-1 | $970.00 |
| - | DS-1 to Voice | $0.00 |
| - | Tandem Switched Transport | |
| - | Transport Facility Per Access Minute - Per Mile | $0.000045 |

---

Issued:  December 23, 2003                                    Effective:  January 2, 2004
Issued by:

Andoni Economou, Executive Vice President
44 Wall Street, 6th Floor
New York, New York 10005

METROPOLITAN TELECOMMUNICATIONS OF DE, INC.    DE PSC TARIFF NO. 2
D/B/A METTEL                                    Original Page 67

---

### ACCESS SERVICE

7. **RATES AND CHARGES**

    7.1   Common Line Access Service

        7.1.1   Carrier Common Line Access Service    <u>Rate</u>

              <u>Access</u>

              - Terminating Per Access Minute    $0.020734

              - Originating Per Access Minute    $0.022144

---

METROPOLITAN TELECOMMUNICATIONS OF DE, INC.　　　　DE PSC TARIFF NO. 2
D/B/A METTEL　　　　　　　　　　　　　　　　　　　　　　Original Page 70

### ACCESS SERVICE

**7.** **RATES AND CHARGES** (Cont'd)

　　7.2　　Switched Access Service (Cont'd)
　　7.2.2　　Local Transport (Cont'd)

| | | | |
|---|---|---|---|
| | 7.2.2.A | Access (Cont'd) | Rate |
| - | | Transport Termination Per Access Minute - Fixed | $0.000195 |
| - | | Tandem Switching Per Access Minute | $0.000983 |
| - | | Transport Interconnection Charge Per Access Minute | $0.001938 |
| | 7.2.2.B | 800 Series Data Base Access Service Queries | |
| | | Per Query Basic Vertical Feature | $0.003086 $0.000327 |

　　　　7.2.2.C　　Common Channel Signalling Network Connection

　　　　　　7.2.2.C.(1)　Signaling Network Access Link

| | | Rate | Nonrecurring Charge |
|---|---|---|---|
| - | Signaling Mileage Facility per mile | $3.96 | |
| - | Signaling Mileage Termination per Termination | $39.79 | |
| - | Signaling Entrance Facility per Facility | $ 76.20 | $240.00 |

　　　　　　7.2.2.C.(2)　STP Port

| | | |
|---|---|---|
| - | per port | $455.00 |

Issued:  December 23, 2003　　　　　　　　　　　　Effective:  January 2, 2004
Issued by:

Andoni Economou, Executive Vice President
44 Wall Street, 6th Floor
New York, New York 10005

METROPOLITAN TELECOMMUNICATIONS OF DE, INC.        DE PSC TARIFF NO. 2
D/B/A METTEL        Original Page 71

---

### ACCESS SERVICE

**7.**    <u>**RATES AND CHARGES**</u> (Cont'd)

     7.2    Switched Access Service (Cont'd)

         7.2.3    <u>End Office</u>

| | | | |
|---|---|---|---|
| 7.2.3.A | <u>Local Switching</u> | | <u>Rate</u> |
| | Feature Group A | | |
| |     Per Access Minute | | $0.020000 |
| | Feature Group B and D | | |
| |     Per Access Minute | | $0.009904 |
| | WATS and 900 Access | | |
| |     Per Access Minute | | $0.009904 |
| | | | |
| 7.2.3.B | <u>Information Surcharge</u> | | |
| | Per 100 Access Minutes | | $0.014800 |

     7.3    <u>Special Access Service</u>

| | | Monthly<br><u>Rate</u> | Nonrecurring<br><u>Charge</u> |
|---|---|---|---|
| 7.3.1 | <u>Voice Grade Service</u> | | |
| | Channel Termination<br>Per Termination | | |
| | - Two-Wire | $18.50 | $255.00 |
| | - Four-Wire | $45.00 | $260.00 |
| | Channel Mileage Facility<br>Per Mile | $ 2.05 | |
| | Channel Mileage Termination<br>Per Termination | $30.00 | |

         <u>Optional Features and Functions</u>

         1) <u>Bridging</u>

            (a) <u>Voice Bridging Per Port</u>

| | | |
|---|---|---|
| - | Two-Wire | $12.00 |
| - | Four-Wire | $14.00 |

            (b) <u>Data Bridging per port</u>

| | | |
|---|---|---|
| - | Two-Wire | $20.00 |
| - | Four-Wire | $20.00 |

---

Issued: December 23, 2003          Effective: January 2, 2004
Issued by:

Andoni Economou, Executive Vice President
44 Wall Street, 6th Floor
New York, New York 10005


*Metropolitan Telecommunications*

September 21, 2007

**VIA E-MAIL TO D. HIGGINS**

Ms. Beth W. Salak, Director
Division of Competitive Markets & Enforcement
Florida Public Service Commission
Capital Circle Office Center
2540 Shumard Oak Blvd.
Tallahassee, Florida 32399-0850
850-413-6600 (Phone)

Re: Data request to identify rates, terms and conditions for CLEC intrastate switched access rates.

Dear Ms. Salak:

      This is in response to your letter of August 9, 2007 regarding the Florida Public Service Commission Staff request to CLECs to provide their intrastate switched access charges.

      The attached page contains Metropolitan Telecommunications of Florida, Inc., d/b/a MetTel, responses to Staff's questions and intrastate switched access charges price list.

      Please do not hesitate to contact me should you require any additional information.


    Sincerely,

    [Original signed]

    Sam Vogel
    Chief Marketing Officer & SVP Interconnection
    Metropolitan Telecommunications of Florida, Inc.
    44 Wall Street, 6th Floor
    New York, NY 10005
    (212) 607-2146
    (212) 701-8346 Fax

cc:   D. Aronow, MetTel
     A. Economou, MetTel
     D. Higgins, FL PSC



Metropolitan Telecommunications

Metropolitan Telecommunications of Florida, Inc., d/b/a MetTel Responses to
CLEC Intrastate Switched Access Data Request

1.  Do you currently provide telephone service in the state of Florida?
    Yes. MetTel provides local services in AT&T, Embarq and Verizon territory.

2.  Do you assess any entity intrastate switched access charges?

    Yes. MetTel assesses intrastate switched access charges to IXCs where MetTel
    customers are PIC'd to the IXC and where IXCs terminate long distance traffic to
    MetTel customers.

3.  If you are currently assessing carriers' intrastate switched access charges, do you
    have a tariff or price list containing the rates, terms and conditions for intrastate
    switched access charges?

    MetTel does not have a tariff containing the rates, terms and conditions for the
    provision of intrastate switched access charges, but we have a price list.

4.  If the answer to question 3 is affirmative, is this tariff or price list containing
    rates, terms and conditions for intrastate switched access charges on file at the
    Florida Public Service Commission?

    No, a switched access tariff was not a requirement when MetTel filed its
    application to provide services in Florida in 1999.

5.  If you do not have a tariff or price list containing rates, terms and conditions for
    the provision of intrastate switched access on file at the Florida Public Service
    Commission, please provide a copy of your tariff or price list.

    See pages 3 and 4 following for MetTel's intrastate switched access rates.

2



**MetTel**™
Metropolitan Telecommunications

## Metropolitan Telecommunications of Florida, Inc.
### Intrastate Switched Access Rates

### AT&T former BellSouth Territory

| MetTel Access Services Florida Intrastate Note 1 | Call Timing | Originating | Terminating | Originating (Revised Rates) | Terminating (Revised Rates) | Reciprocal Compensation Rate (Revised Rates) | Rate Change Effective |
|---|---|---|---|---|---|---|---|
| Carrier Common Line | per minute | $ 0.007859 | $ 0.015847 | $ - | $ 0.0058580 | 0.000000 | 11/1/2006 |
| | | | | | | | |
| Local Switching | | | | | | | |
| FG C and D | per minute | $ 0.008760 | $ 0.008760 | $ 0.008131 | $ 0.008131 | $ 0.008131 | 2/1/2007 |
| Common Trunk Port Service per each termination | per minute | $ 0.000800 | $ 0.000800 | $ 0.000800 | $ 0.000800 | 0.000800 | No Change |
| Total Local Switching | per minute | $ 0.009560 | $ 0.009560 | $ 0.008931 | $ 0.008931 | $ 0.008931 | No Change |
| | | | | | | | |
| Local Transport | | | | | | | |
| Tandem Switched Transport | | | | | | | |
| DS3/DS1 Multiplexer | per minute | $ 0.000387 | $ 0.000387 | $ - | $ - | $ - | No Change |
| Common Transport Termination | per minute | $ 0.000360 | $ 0.000360 | $ 0.000360 | $ 0.000360 | $ 0.000360 | No Change |
| Common Transport Facility Note 2 | per mile/min. | $ 0.000400 | $ 0.000400 | $ 0.000040 | $ 0.000040 | 0.000040 | No Change |
| Tandem Switching | per minute | $ 0.000500 | $ 0.000500 | $ 0.000500 | $ 0.000500 | $ - | No Change |
| Total Local Transport | per minute | $ 0.001647 | $ 0.001647 | $ 0.000900 | $ 0.000900 | $ 0.000400 | No Change |
| | | | | | | | |
| Total Access Charge | per minute | $ 0.019066 | $ 0.027054 | $ 0.009831 | $ 0.015689 | $ 0.009331 | |
| | | | | | | | |
| Intrastate 800/900 Database Access Service | per query | $ 0.004500 | | $ 0.004500 | | | No Change |

Note 1: Rates benchmarked to Bell South's Florida Intrastate Rates
Note 2: Common Transport Rate assumes 10 average miles.

### Embarq Territory

| MetTel Access Services Florida Intrastate Note 1 | Call Timing | Originating | Terminating | Recip. Comp. Rate | Rate Change Effective |
|---|---|---|---|---|---|
| Carrier Common Line | per minute | 0.003272 | 0.003272 | 0.003272 | 11/1/2006 |
| | | | | | |
| Local Switching | | | | | |
| FG C and D | per minute | $ 0.01770 | $ 0.01770 | $ 0.01770 | No Change |
| Total Local Switching | per minute | $ 0.01770 | $ 0.01770 | $ 0.01770 | No Change |
| | | | | | |
| Local Transport | | | | | |
| Tandem Switched Transport | | | | | |
| Common Transport Termination | per minute | $ 0.000180 | $ 0.000180 | $ 0.000180 | No Change |
| Common Transport Facility Note 2 | per mile/min. | $ 0.000360 | $ 0.000360 | $ 0.000360 | No Change |
| Tandem Switching | per minute | $ 0.000792 | $ 0.000792 | $ - | No Change |
| Total Local Transport | per minute | $ 0.001332 | $ 0.001332 | $ 0.000540 | No Change |
| | | | | | |
| Total Access Charge | per minute | $ 0.022304 | $ 0.022304 | $ 0.021512 | |
| | | United Territory | Central Territory | | |
| Intrastate 800/900 Database Access Service | per query | $ 0.008037 | $ 0.016230 | | No Change |

Note 1: Rates benchmarked to Sprint's Florida Intrastate Rates
Note 2: Common Transport Rate assumes 10 average miles.

3


**MetTel**™
*Metropolitan Telecommunications*

Metropolitan Telecommunications of Florida, Inc.
Intrastate Switched Access Rates

Verizon Territory

| MetTel Access Services<br>Florida Intrastate Note 1 | Call Timing | Originating | Terminating | Recip. Comp.<br>Rate | Rate Change<br>Effective |
|---|---|---|---|---|---|
| Carrier Common Line | per minute | 0.015941 | 0.024695 | 0.000000 | No Change |
| | | | | | |
| Local Switching | | | | | |
| FG C and D | per minute | $ 0.008900 | $ 0.008900 | $ 0.008900 | No Change |
| Total Local Switching | per minute | $ 0.008900 | 0.008900 | $ 0.008900 | No Change |
| | | | | | |
| Local Transport | | | | | |
| Tandem Switched Transport | | | | | |
| Interconnection | per minute | $ 0.001142 | $ 0.001142 | $ 0.001142 | 11/1/2006 |
| Common Transport Termination | per minute | $ 0.0001344 | $ 0.0001344 | $ 0.000134 | No Change |
| Common Transport Facility Note 2 | per mile/min. | $ 0.0001350 | $ 0.0001350 | $ 0.000135 | No Change |
| Tandem Switching | per minute | $ 0.000750 | $ 0.000750 | $ - | No Change |
| Total Local Transport | per minute | $ 0.0021615 | 0.0021615 | $ 0.0014115 | |
| | | | | | |
| Total Access Charge | per minute | $ 0.027002 | 0.035757 | $ 0.010312 | |
| | | | | | |
| Intrastate 800/900 Database Access Service | per query | $ 0.010000 | | | No Change |

Note 1: Rates benchmarked to Verizon's Florida Intrastate Rates
Note 2: Common Transport Rate assumes 10 average miles.

Metropolitan Telecommunications of Georgia, Inc. d/b/a MetTel

Georgia PSC Tariff No. 3
Original Title Sheet No. 54

### SECTION 4 - <u>RATES AND CHARGES</u> (Cont'd)

**4.1**    <u>Switched Access Service</u> (Cont'd)

    4.1.3    <u>Billing of Access Minutes</u> (cont'd)

When recording originating calls over FG Access with SS7 signaling, usage measurement begins with the transmission of the initial address message by the switch for direct trunk groups and with the receipt of an exit message by the switch for tandem trunk groups. The measurement of originating FG Access usage ends when the entry switch receives or sends a release message, whichever occurs first.

For terminating calls over FG Access with SS7 signaling, the measurement of access minutes begins when the terminating recording switch receives the initial address message from the terminating End User. On directly routed trunk groups, the Company switch receives the initial address message and sends the indication to the Customer in the form of an answer message. The measurement for terminating FG Access call usage ends when the entry switch receives or sends a release message, whichever occurs first.

    4.1.4.    <u>Blended Carrier Switched Access FG A,B,D</u>

| | |
|---|---|
| Originating | $0.004906 |
| Terminating | $0.004906 |

    4.1.5.    <u>Intrastate 800/900 Database</u>

| | |
|---|---|
| LNP Query | $0.000448 |
| 10 digit screening w/POTS number delivery | $0.003830 |
| 10 digit screening w/ Toll Free Number Delivery | $0.004210 |

    4.1.6.    <u>Switched Access Optional Features</u>

*All Optional Features are offered on an Individual Case Basis (ICB)*

---

**Issued: July 8, 2003**                            **Effective: August 19, 2003**

**By:**          Andoni Economou, Vice President
Metropolitan Telecommunications of Georgia, Inc. d/b/a MetTel
44 Wall Street, 6th Floor
New York, New York 10005

GA01/BRANW/38936.1

Metropolitan Telecommunications of Georgia, Inc. d/b/a MetTel

Georgia PSC Tariff No. 3
Original Title Sheet No. 59

## SECTION 5-<u>RECIPROCAL COMPENSATION</u>  (Con'd.)

in minutes will be calculated and billed by either the Company or the ONP having the remaining balance in minutes, based on the reciprocal compensation rates herein.

**5.4.    Reciprocal Compensation Rates**

|  |  | Originating and Terminating |
|---|---|---|
| 5.4.1. | Tandem Switching per MOU | $0.001177 |
| 5.4.2. | Common Transport Facility  per mile/per minute | $0.000230 |
| 5.4.3. | Common Transport Termination per MOU | $0.000176 |
| 5.4.4. | DS3/DS1 Multiplexer per MOU | $0.000387 |

**Issued:  July 8, 2003**

**Effective: August 19, 2003**

**By:**        Andoni Economou, Vice President
Metropolitan Telecommunications of Georgia, Inc. d/b/a MetTel
44 Wall Street, 6th Floor
New York, New York 10005

GA01/BRANW/38936.1

Metropolitan Telecommunications of Mass., Inc                    M.D.T.E. Tariff No. 4
44 Wall Street, Floor 14                                                          Original Page 43
New York, New York   10005

SECTION 4.   SWITCHED ACCESS RATES (Continued)

4.3  Billing of Access Minutes (Continued)

usage ends when the entry switch receives or sends a release message, whichever occurs first.

4.4  Rates

Intrastate-IntraLATA and Intrastate – InterLATA

|  | Per Minute of Use* | |
|---|---|---|
|  | Originating | Terminating |
| Switched Access Rates | | |
| Carrier Common Line | $0.025402 | $0.026645 |
| Local Switching | $0.002797 | $0.003086 |
| Local Transport | $0.007953 | $0.008619 |
| Total Blended Rate | | |
| Per Access Minute | $0.036152 | $0.038350 |
| 800/900 Database Query | | |
| (per call) | $0.004186 | $0.004186 |

*All Hours of the Day

Issued: February 7, 2005                                          Effective: March 9, 2005
Issued by:                        Andoni Economou, Vice President
                Metropolitan Telecommunications of Massachusetts, Inc. d/b/a MetTel
                                    44 Wall Street, 14th Floor
                                    New York, New York 10005

Metropolitan Telecommunications of Maine, Inc.                      P.S.C Tariff No. 2
                                                                    Original Page 37

## SECTION 4 - SWITCHED ACCESS RATES (continued)

**4.3    Billing of Access Minutes (continued)**

when the terminating recording switch receives the initial address message from the
terminating End User. On directly routed trunk groups or on tandem routed trunk
groups, the Company switch receives the initial address message and sends the
indication to the Customer in the form of an answer message. The measurement of
terminating FG Access call usage ends when the entry switch receives or sends a
release message, whichever occurs first.

**4.4    Rates and Charges**

|  | Originating | Terminating |
|---|---|---|
| Switched Access Rates |  |  |
| Carrier Common Line | $0.029275 | $0.031465 |
| Local Switching | $0.005512 | $0.005512 |
| Local Transport | $0.001493 | $0.001493 |
|  |  |  |
| Total Blended Rate |  |  |
| Per Access Minute | $0.036280 | $0.038470 |
|  |  |  |
| 800/900 Database Query |  |  |
| (per call) | $0.003766 | $0.003766 |

4.4.1   Switched Access Optional Features

All Optional Features are offered on an Individual Case Basis (ICB).

RECEIVED
2004 OCT 19 AM 9:30
MAINE PUBLIC
UTIL. COMM.

Issued: October 18, 2004                          Effective: November 18, 2004
Issued by:                                        FEB 0 9 2005
Metropolitan Telecommunications of Maine, Inc. d/b/a MetTel
Sam Vogel, Senior Vice President
44 Wall Street, 14th Floor
DOCKET NO. 0 4 - 7 4 8    New York, New York 10005

Manhattan Telecommunications Corporation of New Jersey

d/b/a MetTel

New Jersey B.P.U. Tariff No. 3
2nd Revised Page No. 42
Superseding 1st Revised Page No. 1

CARRIER ACCESS SERVICES

## SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES

   3.6.1    Recurring Charges

   a.    Local Switching

   Per Access Minute                $0.008934

   b.    Local Transport

   Per Access Minute                $0.00125

   c.    800 Data Base Access Service:

   Per Query/Call                   $ 0.002154         (R)

                                                       (D)

   d.    PIC Change Charge, per Change     $5.00

   e.    Unauthorized PIC Change Charge per Unauthorized Change:

        Business/Residence          $ 35.65
        Payphone                    $ 57.57

---

Issued:  April 7, 2006                          Effective: April 10, 2006
Issued By:
            Andoni Economou, Vice President
     Manhattan Telecommunications Corporation of New Jersey d/b/a MetTel
                    44 Wall Street, 14th Floor
                    New York, New York 10005

Manhattan Telecommunications Corporation of New Jersey
d/b/a MetTel

New Jersey B.P.U. Tariff No. 3
3rd Revised Page No. 45
Superseding 2nd Revised Page No. 45

## CARRIER ACCESS SERVICES

### SECTION 5 - CARRIER COMMON LINE ACCESS SERVICE

5.1     GENERAL

The Company will provide Carrier Common Line Access Service to Customers in conjunction with Switched Access Service provided in Section 3 of this Tariff. Carrier Common Line provides for the use of End Users' Company-provided common lines by Customers for access to such End Users to furnish Intrastate Communications.

5.2     LIMITATIONS

No telephone number or detailed billing will be provided with Carrier Common Line Access. Directory listings and intercept arrangements are not included in the rates and charges for Carrier Common Line Access.

5.3     APPLICATION OF INTRASTATE CHARGES

Intrastate rates apply only to that portion of Carrier Common Line Service provided for Intrastate usage. Jurisdictional reporting is required as described in Section 2.10.7 of this Tariff.

5.4     RATES AND CHARGES

a.     Carrier Common Line Service

| | | Originating | Terminating | |
|---|---|---|---|---|
| | Per Access Minute | $0.00965 | $0.00965 | **(I)** |

b.     End User Access Service
Per Individual Line or Trunk:

| | |
|---|---|
| Residence | $6.30 |
| Single Line Business | $6.30 |
| Multiline Business | $6.30 |

---

Issued: August 1, 2007                                                    Effective: August 3, 2007
Issued by:                    Andoni Economou, Vice President
Manhattan Telecommunications Corporation of New Jersey d/b/a MetTel
44 Wall Street, 14th Floor
New York, New York 10005

Metropolitan Telecommunications of Maryland, Inc.

P.S.C Tariff No. 1
1st Revised Page 32
Replacing Original Page 32

MAILLOG NUMBER 108257 FILE DATE 11/7/07

## 4      RATES AND CHARGES

(D)
|
|
|
|
|
|
|
|
|
|
|
|
|
|
|
(D)

| | | |
|---|---|---|
| ¹Total Blended Rate Per Access Minute - Originating | 0.01716 | (R) |
| ¹Total Blended Rate Per Access Minute - Terminating | 0.01716 | (R) |

¹Rate includes the costs for Carrier Common Line, Local Switching and Local Transport

Issued: November 9, 2007                    Effective:  November 23, 2007
Issued by:                    Andoni Economou, Vice President
Metropolitan Telecommunications of Maryland, Inc. d/b/a MetTel
44 Wall Street, 14th Floor
New York, New York 10005

**STATE OF NEW HAMPSHIRE**
**LOCAL EXCHANGE SERVICE AND CARRIER ACCESS**
**TARIFF**

Competitive Local Exchange Carrier (CLEC), Metropolitan Telecommunications of New Hampshire, Inc. d/b/a MetTel, hereinafter referred to as the "Company" or CLEC. Local Exchange Services are furnished for the use of end-users in placing and receiving local telephone calls within the Local Service area. Services, features and functions will be provided where facilities and billing capability are available.

The provision of Local Exchange Services is subject to existing regulations, terms and conditions specified in this Tariff, and may be revised, added to or supplemented. When Local Exchange Services are provided in conjunction with intrastate and interstate services, the intrastate and interstate services are subject to existing regulations, terms and conditions specified in the company's current toll tariffs as revised, added to or supplemented.

**Terms and Conditions**

Customers may be required to enter into written service orders which shall contain or reference a specific description of the service ordered, the rates to be charged, the duration of the services, and the terms and conditions stated herein. The Customer may also be required to execute any other documents as may reasonably be requested by the Company in connection with the provisioning of Local Exchange Service.

**Provision of Equipment and Facilities**

The Customer shall be responsible for the payment of service charges, as set forth herein, for visits by the Company's agents or employees to the premises of the Customer when the service difficulty or trouble report results from the use of equipment or facilities provided by any party other than the Company, including but not limited to the Customer.

**Customer Equipment**

The Customer may transmit or receive information or signals via the facilities of the Company by use of Customer-provided equipment.

Customer-provided equipment on the Customer premises, and the electric power consumed by such equipment, shall be provided by and maintained at the expense of the Customer.

The Customer is responsible for ensuring that Customer-provided equipment and wiring connected to Company equipment and facilities is compatible with such Company-provided equipment and facilities. The magnitude and character of the voltages and currents impressed on Company-provided equipment and facilities by the connection, operation or maintenance of such Customer-provided equipment and wiring must be

Metropolitan Telecommunications of New Hampshire, Inc.    Rate Schedule

---

### Instrastate Access Rates
### Per Minute of Use

|                                        | Originating | Terminating |
|----------------------------------------|-------------|-------------|
| Blended Carrier Switched Access Rates  | $0.029651   | $0.029651   |
| 800/900 Database Query<br>(per call)   | $0.003981   | $0.003981   |

---

Metropolitan Telecommunications d/b/a MetTel

## Section 5 – <u>CARRIER COMMON LINE SERVICE</u>

5.3    <u>Application of Intrastate Charges</u>

Intrastate rates apply only to that portion of Carrier Common Line Service provided for intrastate usage. Jurisdictional reporting is required as described in Section 2.10.7 of this tariff.

5.4    <u>Rates and Charges</u>

Carrier Common Line

|  | Minimum | Maximum |
|---|---|---|
| Per access minute: | $0.0001 | $0.05 |

Issued:        March 16, 2000                                   Effective: April 16, 2000
Issued by:     Andoni Economou, Vice President
               44 Wall Street, 14th Floor
               New York, New York 10005

Metropolitan Telecommunications d/b/a MetTel

Section 3- <u>SWITCHED ACCESS SERVICE</u>

3.6    <u>Rates and Charges</u>

    3.6.1    <u>Recurring Charges</u>

        a.    Local Switching

           Per Access Minute

| | Minimum | Maximum |
|---|---|---|
| IntraLATA and InterLATA: | $0.001 | $0.02 |

        b.    Local Transport

           Per Access Minute

| | Minimum | Maximum |
|---|---|---|
| IntraLATA and InterLATA: | $0.001 | $0.02 |

        c.    800 Data Base Access Service

           Per Query:

| | | Minimum | Maximum |
|---|---|---|---|
| (1) | Customer Identification Charge | $0.001 | $0.02 |
| (2) | 800 to POTS Number Translation | $0.001 | $0.02 |
| (3) | Call Handling and Destination Feature | $0.001 | $0.02 |

Issued:         March 16, 2000                                    Effective: April 16, 2000
Issued by:    Andoni Economou, Vice President
                   44 Wall Street, 14th Floor
                   New York, New York 10005

Metropolitan Telecommunications d/b/a MetTel

P.S.C. No. 2 – Access
Rate Attachment
1st Revised Page No. 1
Superseding Original Page No. 1

---

## RATE ATTACHMENT

### Section 3 – SWITCHED ACCESS SERVICE

3.6    Rates and Charges

    3.6.1    Recurring Charges

        a.    Local Switching

            (1)    Originating

Per Access Minute

| Feature Group B, C and D: | InterLATA | IntraLATA | |
|---|---|---|---|
| - Day | $0.0085 | $0.0085 | |
| - Evening | $0.0051 | $0.0051 | (R) |
| - Night | $0.0030 | $0.0030 | (R) |

            (2)    Terminating

Per Access Minute

| Feature Group B, C and D: | InterLATA | IntraLATA | |
|---|---|---|---|
| - Day | $0.0085 | $0.0085 | (R) |
| - Evening | $0.0051 | $0.0051 | (R) |
| - Night | $0.0030 | $0.0030 | (R) |

            (3)    Shared End Office Trunk Port    (N)
Per Access Minute

| Feature Group B, C and D: | | | |
|---|---|---|---|
| - Day | $0.003364 | $0.003364 | |
| - Evening | $0.002018 | $0.002018 | |
| - Night | $0.001177 | $0.001177 | (N) |

---

Issued:        December 10, 2004                                    Effective: January 11, 2005
Issued by:    Andoni Economou, Vice President
                    44 Wall Street, 14th Floor
                    New York, New York 10005

Metropolitan Telecommunications d/b/a MetTel

P.S.C. No. 2 – Access
Rate Attachment
1st Revised Page No. 2
Superseding Original Page No. 2

## RATE ATTACHMENT

### Section 3 – SWITCHED ACCESS SERVICE

3.6     Rates and Charges (Cont'd)

    3.6.1     Recurring Charges (Cont'd)

        b. Tandem Switched Transport and Host/Remote Switched Transport     (T)

                (D)
                (D)

      (1)     Local Transport Termination     (T)

| | | InterLATA | IntraLATA | |
|---|---|---|---|---|
| Per Access Minute | | | | |
| Feature Group B, C and D: | | | | |
| - Day | | $0.000219 | $0.000219 | (R) |
| - Evening | | $0.000131 | $0.000131 | (R) |
| - Night | | $0.000077 | $0.000077 | (R) |

      (2)     Facility     (N)

| | | InterLATA | IntraLATA |
|---|---|---|---|
| Per Mile Per Access Minute | | | |
| Feature Group B, C and D: | | | |
| - Day | | $0.000044 | $0.000044 |
| - Evening | | $0.000026 | $0.000026 |
| - Night | | $0.000015 | $0.000015 |

      (3)     Tandem Switching

| | | InterLATA | IntraLATA | |
|---|---|---|---|---|
| Per Access Minute | | | | |
| Feature Group B, C and D: | | | | |
| - Day | | $0.001170 | $0.001170 | |
| - Evening | | $0.000702 | $0.000702 | |
| - Night | | $0.000410 | $0.000410 | (N) |

Issued:         December 10, 2004                           Effective: January 11, 2005
Issued by:     Andoni Economou, Vice President
                    44 Wall Street, 14th Floor
                    New York, New York 10005

Metropolitan Telecommunications d/b/a MetTel

P.S.C. No. 2 – Access
Rate Attachment
Original Page No. 2.1

## RATE ATTACHMENT

Section 3 – <u>SWITCHED ACCESS SERVICE</u> (N)

3.6　<u>Rates and Charges (Cont'd)</u>

    3.6.1　<u>Recurring Charges (Cont'd)</u>

        b. Tandem Switched Transport and Host/Remote Switched Transport

          (4)　Transport Multiplexing

Per Access Minute

| Feature Group B, C and D: | InterLATA | IntraLATA |
|---|---|---|
| - Day | $0.000146 | $0.000146 |
| - Evening | $0.000088 | $0.000088 |
| - Night | $0.000051 | $0.000051 |

          (5)　Host/Remote Transport Termination

Per Access Minute

| Feature Group B, C and D: | InterLATA | IntraLATA |
|---|---|---|
| - Day | $0.002075 | $0.002075 |
| - Evening | $0.001245 | $0.001245 |
| - Night | $0.000726 | $0.000726 |

          (6)　Host/Remote Transport Facility

Per Mile Per Access Minute

| Feature Group B, C and D: | InterLATA | IntraLATA |
|---|---|---|
| - Day | $0.000246 | $0.000246 |
| - Evening | $0.000148 | $0.000148 |
| - Night | $0.000086 | $0.000086 | (N) |

Issued:　　　　December 10, 2004　　　　　　　　　　　Effective: January 11, 2005
Issued by:　　Andoni Economou, Vice President
　　　　　　　44 Wall Street, 14th Floor
　　　　　　　New York, New York 10005

Metropolitan Telecommunications d/b/a MetTel

P.S.C. No. 2 – Access
Rate Attachment
1st Revised Page No. 4
Superseding Original Page No. 4

## RATE ATTACHMENT

### Section 5 – CARRIER COMMON LINE SERVICE

5.4    Rates and Charges

Carrier Common Line

a.    New York Metro LATA                                        (T) (C)

Per access minute

| Feature Group B, C and D: | InterLATA | IntraLATA | |
|---|---|---|---|
| - Day | $0.016760 | $0.018179 | (I) |
| - Evening | $0.010056 | $0.010907 | (I) |
| - Night | $0.005866 | $0.006363 | (I) |

b.    Albany, Binghamton, Buffalo,                              (T) (C)
Poughkeepsie and Syracuse LATAs                           (T) (C)

Per access minute

| Feature Group B, C and D: | InterLATA | IntraLATA | |
|---|---|---|---|
| - Day | $0.016760 | $0.011193 | (I) |
| - Evening | $0.010056 | $0.006716 | (I) |
| - Night | $0.005866 | $0.003918 | (I) |

Issued:         December 10, 2004                          Effective: January 11, 2005
Issued by:     Andoni Economou, Vice President
                44 Wall Street, 14th Floor
                New York, New York 10005

Metropolitan Telecommunications
Corporation of PA d/b/a MetTel

Supplement No. 4
Tariff-Telephone Pa. P.U.C. No. 3
Section 3
4th Revised Page No. 42
Cancels 3rd Revised Page No. 42

---

Competitive Local Exchange Carrier Access Services

---

## SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

### 3.6    RATES AND CHARGES

#### 3.6.1    Recurring Charges    -    Verizon Service Areas  **(T)**

a. Local Switching

| | Originating | Terminating |
|---|---|---|
| Per Access Minute | $0.009000 | $0.009000 |

b. Tandem Switched Transport

| | Per Minute of Use | |
|---|---|---|
| | Fixed | Per Mile |
| 1. Tandem Switching | $0.000983 | |
| 2. Tandem Transport | $0.000195 | $0.000045 |
| 3. Interconnection Charge | $0.0030856 | |

c.    800 Data Base Access Service, per Query:

| | |
|---|---|
| Basic | $ 0.0055 |
| Vertical Feature | $ 0.0060 |

**(C)**

**(C)**

---

Issued: June 5, 2008                                    Effective:  June 12, 2008
Issued by:                        Andoni Economou, Vice President
Metropolitan Telecommunications Corporation of PA d/b/a MetTel
44 Wall Street, 14th Floor
New York, New York 10005

Metropolitan Telecommunications
Corporation of PA d/b/a MetTel

Supplement No. 4
Tariff-Telephone Pa. P.U.C. No. 3
Section 3
Original Page No. 42.1

---

Competitive Local Exchange Carrier Access Services

---

SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.6    RATES AND CHARGES

    3.6.2    Recurring Charges    -    Embarq Service Areas

        a. Local Switching

| | Originating | Terminating |
|---|---|---|
| Per Access Minute | $0.003892 | $0.003892 |

        b. Switched Transport

           1. Tandem Switched Transmission

| Per Minute of Use | |
|---|---|
| Fixed | Per Mile |
| $0.000449 | $0.000022 |

           2. Tandem Switching

| Rate Per Access Minute |
|---|
| $0.001438 |

           3. Common Transport Muxing

| Rate Per Access Minute |
|---|
| $0.000469 |

           4. Common Trunk Port

| Rate Per Access Minute |
|---|
| $0.000490 |

      c.    800 Data Base Access Service, per Query:

| | |
|---|---|
| Basic | $ 0.010288 |
| Vertical Feature | $ 0.001344 |

---

Issued: June 5, 2008                                    Effective:  June 12, 2008
Issued by:                        Andoni Economou, Vice President
Metropolitan Telecommunications Corporation of PA d/b/a MetTel
44 Wall Street, 14th Floor
New York, New York 10005

Metropolitan Telecommunications
Corporation of PA d/b/a MetTel

Supplement No. 4
Tariff-Telephone Pa. P.U.C. No. 3
Section 5
1st Revised Page No. 45
Cancels Original Page No. 45

---

Competitive Local Exchange Carrier Access Services

---

SECTION 5 - CARRIER COMMON LINE ACCESS SERVICE

5.1    GENERAL

The Company will provide Carrier Common Line Access Service to Customers in conjunction with Switched Access Service provided in Section 3 of this Tariff. Carrier Common Line provides for the use of End Users' Company-provided common lines by Customers for access to such End Users to furnish Intrastate Communications.

5.2    LIMITATIONS

No telephone number or detailed billing will be provided with Carrier Common Line Access. Directory listings and intercept arrangements are not included in the rates and charges for Carrier Common Line Access.

5.3    APPLICATION OF INTRASTATE CHARGES

Intrastate rates apply only to that portion of Carrier Common Line Service provided for Intrastate usage. Jurisdictional reporting is required as described in Section 2.10.7 of this Tariff.

5.4    RATES AND CHARGES    -    Verizon and Embarq Service Areas  **(C)**

a.    Carrier Common Line Service
Per Access Minute:

| | Originating | Terminating |
|---|---|---|
| Premium Access | $0.0100 | $0.0139 |
| Non-Premium Access | $0.0045 | $0.0063 |



**(C)**

---

Issued:  June 5, 2008                                          Effective:  June 12, 2008
Issued by:                        Andoni Economou, Vice President
                Metropolitan Telecommunications Corporation of PA d/b/a MetTel
                                44 Wall Street, 14th Floor
                                New York, New York 10005

Metropolitan Telecommunications of Rhode Island, Inc.                     P.S.C Tariff No. 2
                                                                          Original Page 37

## SECTION 4 - SWITCHED ACCESS RATES (continued)

### 4.3    Billing of Access Minutes (continued)

when the terminating recording switch receives the initial address message from the terminating End User. On directly routed trunk groups or on tandem routed trunk groups, the Company switch receives the initial address message and sends the indication to the Customer in the form of an answer message. The measurement of terminating FG Access call usage ends when the entry switch receives or sends a release message, whichever occurs first.

### 4.4    Rates and Charges

|  | Originating | Terminating |
|---|---|---|
| Switched Access Rates |  |  |
| Carrier Common Line | $0.022178 | $0.020698 |
| Local Switching | $0.008400 | $0.008400 |
| Local Transport | $0.006652 | $0.006652 |
| | | |
| Total Blended Rate |  |  |
| Per Access Minute | $0.037230 | $0.035750 |
| | | |
| 800/900 Database Query |  |  |
| (per call) | $0.003981 | $0.003981 |

### 4.4.1    Switched Access Optional Features

All Optional Features are offered on an Individual Case Basis (ICB).

---

Issued: October 8, 2004                               Effective: November 8, 2004
Issued by:                        Andoni Economou, Vice President
            Metropolitan Telecommunications of Rhode Island, Inc. d/b/a MetTel
                          44 Wall Street, 14th Floor
                          New York, New York 10005

**MetTel of VA, Inc.**

VA S.C.C. No. 3
Original Page 56

## SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.9     **Rates and Charges**

    3.9.1     **Common Line Access Service**

        A.      **Carrier Common Line**

            - Per Originating Minute           Note 1
            - Per Terminating Minute          Note 1

Note 1:  All access minutes are billed at a single per minute access rate found in Section 3.9.3A, Local Switching.

**MetTel of VA, Inc.**

VA S.C.C. No. 3
Original Page 57

## SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

**3.9    Rates and Charges (Continued)**

    **3.9.2    Switched Transport Service**

        **A.    Nonrecurring Charges**

            1.    Trunk Charges

                Per Trunk                                   ICB

MetTel of VA, Inc.

VA S.C.C. No. 3
Original Page 58

## SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

3.9    **Rates and Charges (Continued)**

    3.9.2    **Switched Transport Service (Continued)**

        B.    **Monthly Recurring Charges**

            1.    Direct-Trunked Transport

            [Reserved for Future Use]

        C.    **Usage Charges**

            1.    Tandem Switched Transport

| | | |
|---|---|---|
| A. | Tandem Switched Transport, per Minute | Note 1 |
| B. | Tandem Switched Transport, per Minute, per Mile | Note 1 |
| C. | Tandem Switching, per Minute | Note 1 |

Note 1: All access minutes are billed at a single per minute access rate found in Section 3.9.3A, Local Switching.

**MetTel of VA, Inc.**

VA S.C.C. No. 3
Original Page 59

---

## SECTION 3 - SWITCHED ACCESS SERVICE, (CONT'D)

**3.9     Rates and Charges (Continued)**

    **3.9.3     End Office Switching**

        **A.     Local Switching**

           Tandem Connect Access:

| | |
|---|---|
| - Per  Originating Minute | $0.0400 |
| - Per Terminating Minute | $0.0400 |

           Direct Connect Access:

| | |
|---|---|
| - Per  Originating Minute | $0.03823 |
| - Per Terminating Minute | $0.03823 |

        **B.     Transport Interconnection Charge**

| | |
|---|---|
| - Per  Minute | Note 1 |

        **C.     Information Surcharge**

| | |
|---|---|
| - Per  Minute | Note 1 |

Note 1: All access minutes are billed at a single per minute access rate found in Section 3.9.3A, Local Switching.

---

Issued:     June 24, 2005

Effective:     June 28, 2005
*VAa0501*

Metropolitan Telecommunications of Vermont, Inc.                    P.S.C Tariff No. 2
                                                                   Original Page 37

---

## SECTION 4 - SWITCHED ACCESS RATES (continued)

### 4.3     Billing of Access Minutes (continued)

when the terminating recording switch receives the initial address message from the
terminating End User. On directly routed trunk groups or on tandem routed trunk
groups, the Company switch receives the initial address message and sends the
indication to the Customer in the form of an answer message. The measurement of
terminating FG Access call usage ends when the entry switch receives or sends a
release message, whichever occurs first.

### 4.4     Rates and Charges

|                         | Originating | Terminating |
|-------------------------|-------------|-------------|
| Switched Access Rates   |             |             |
| Carrier Common Line     | $0.029275   | $0.031465   |
| Local Switching         | $0.005512   | $0.005512   |
| Local Transport         | $0.001493   | $0.001493   |
|                         |             |             |
| Total Blended Rate      |             |             |
| Per Access Minute       | $0.036280   | $0.038470   |
|                         |             |             |
| 800/900 Database Query  |             |             |
| (per call)              | $0.003766   | $0.003766   |

### 4.4.1   Switched Access Optional Features

All Optional Features are offered on an Individual Case Basis (ICB).

---

Issued: October 8, 2004                          Effective: November 8, 2004
Issued by:                       Andoni Economou, Vice President
              Metropolitan Telecommunications of Vermont, Inc. d/b/a MetTel
                              44 Wall Street, 14th Floor
                                New York, New York 10005

Andoni

# GLOBAL NAPS, INC.

Mettel
Attn: CABS Dispute
PO Box 1056
New York, NY 10268-1056

Mettel@csscabs.com

Re:    BANs: 556A5133MD    249A5133VA    76775133NY

To Whom It May Concern:

I am in receipt of the above referenced invoice(s). As you are aware, our companies do not have an interconnection agreement governing the terms and conditions of exchanging telecommunications service. What you may not be aware of is that the traffic you deliver and receive from my company, Global NAPs, Inc., or its affiliates ("Global") and subsidiaries, is "information access traffic" As such, the intercarrier compensation controlling the traffic is subject to federal law, specifically the provisions delineated in the ISP Remand Order. Simply put, the ISP Remand Order provides for bill-and-keep on the traffic we exchange since we were not exchanging traffic prior to the effective date of the Order in 2001. Accordingly, the invoice and account are disputed in full. **Unless and until Global provides written correspondence to the contrary, please consider this letter as disputing all similar invoices from your company to Global.**

If you are not aware of the interplay of federal law and how it governs the exchange of traffic between our two companies, I will be glad to discuss this with you. Please don't hesitate to call me at 212-202-2100

Sincerely,

Robert J. Fox
Vice President – Industry Relations
Global NAPs, Inc.
24 Wayne Court
Northport, N.Y. 11768
Tel. 212-202-2100
Fax 212-202-2101
rfox@gnaps.com