USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7|30|09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
MANHATTAN TELECOMMUNICATIONS CORP.,  :
                                     :
              Plaintiff,             :        08 Civ. 3829 (JSR)
                                     :
              -v-                    :            ORDER
                                     :
GLOBAL NAPS, INC.,                   :
                                     :
              Defendant.             :
----------------------------------- x

JED S. RAKOFF, U.S.D.J.

        Subsequent to a joint call to chambers initiated by the

defendant in the above-captioned matter, the Court requested that

parties submit letter briefs addressing whether the defendant should

be permitted to designate an expert to testify at trial, which

is scheduled to commence in a mere six weeks.  After careful

consideration of the parties' submissions, the Court hereby denies

the defendant's request.  Not only would expert testimony be

inappropriate to address the factual issue in question, the request

comes at the eleventh hour, long after discovery had already closed.

Indeed, allowing for an expert designation at this point,

particularly in the absence of a relevant fact witness who can speak

to the origination of the telecommunications traffic, would be highly

prejudicial to the plaintiff.  The parties are reminded that trial in

this matter will begin at 9 AM on September 8, 2009.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        July 28, 2009